# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Dwaine Coleman )
_____ )
_____ ) Case Number: 15-898-SMY
_____ ) (Clerk's Office will provide)
*Plaintiff/Petitioner(s)* )
DR Santos v. ) ☑ CIVIL RIGHTS COMPLAINT
LT Vinson   Wexford Health ) pursuant to 42 U.S.C. §1983 (State Prisoner)
LT Harrison  IDOC Transfer Coordinator ) ☐ CIVIL RIGHTS COMPLAINT
LT Mitchell  Jane Doe Nurse ) pursuant to 28 U.S.C. §1331 (Federal Prisoner)
Warden Love  C/O Blessing ) ☐ CIVIL COMPLAINT
*Defendant/Respondent(s)* ) pursuant to the Federal Tort Claims Act,
Warden Hilliard  John Doe C/O ) 28 U.S.C. §§1346, 2671-2680, or other law
C/Henna Harrison  MS. Campbell

SCANNED at PCC and E-Mailed
8·13·15 (date) by ___ (initials)
10 (# of pages)

## I. JURISDICTION

Plaintiff: Dwaine Coleman

A.  Plaintiff's mailing address, register number, and present place of confinement.
    B62923
    P.O Box 99
    Pontiac, IL. 61764

**Defendant #1:**

B.  Defendant __LT Vinson_____ is employed as
         (a)    (Name of First Defendant)
    __Correctional Lieutenant_____
         (b)    (Position/Title)
    with __I.D.O.C / Vienna Correctional Center_____
         (c)    (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ☑ Yes   ☐ No

If your answer is YES, briefly explain:
Employed as Lieutenant of Corrections at Vienna C.C. State of Illinois

(Rev. 7/2010)                            1

**Defendant #2:**

C.  Defendant ___Warden Love___ is employed as
    (Name of Second Defendant)

    ___Warden of Corrections (assistant)___
    (Position/Title)

    with ___I.D.O.C. / Vienna Correctional Center___
    (Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain:

___Warden at Vienna C.C., State of Illinois Department of Corrections___

**Additional Defendant(s) (if any):**

D.  Using the outline set forth above, identify any additional Defendant(s).

Defendant: ___Warden Hilliard___

___Warden of Corrections (Head)___

with: ___I DOC / Vienna C.C.___

___State of Illinois Department of Corrections employee___

E.  Defendant: ___Jane Doe Nurse___

___Wexford Health Contract Nurse___

with ___Vienna C.C.___

___I.DOC Contract employee___

(Rev. 7/2010)                                2

**Defendant #2:**

~~C.~~ C. Defendant __Lieutenant Harrison__ is employed as
(Name of Second Defendant)

__Internal Affairs/Correctional Lieutenant__
(Position/Title)

with __I.D.O.C. Vienna C.C. 6695 State Route__
(Employer's Name and Address)
__146 East. Vienna, IL. 62995__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No for D+E also

If you answer is YES, briefly explain:
Defendant employed as Correctional Lieutenant and head of internal affairs at time of incident.

**Additional Defendant(s) (if any):**

~~G.~~ D. Using the outline set forth above, identify any additional Defendant(s).

Officer Ramage
Chairperson of adjustment Committee.
I.D.O.C. Vienna C.C. 6695 State Route 146 East
Vienna, IL. 62995.
at time of claim defendant was employed at Vienna C.C. an I.D.O.C. Facility.

H. ~~E.~~ DR Santos
Contracted Doctor employed at Vienna C.C.
I.D.O.C. Vienna C.C. 6695 State Route 146 East
Vienna, IL. 62995.
Defendant worked at Vienna C.C. at time of incident.

(Rev. 7/2010)          2

I. Defendant: Cltenna Hescison
Correctional officer / adjustment Committee member
Position / Title

I.D.O.C / Vienna C.C.
State of Illinois Employee

J. Defendant: C/O Schach
Correctional Officer
Position / title

I.D.O.C / Vienna C.C.
State of Illinois Employee

K. Defendant: I.D.O.C Transfer Coordinator
Transfer Coordinator I.D.O.C
State of Illinois Employee

L. Defendant: John Doe
Correctional officer 3rd Shift
I.D.O.C / Vienna C.C.

M. Defendant: Wexford Health
Contract Health Care Provider
I.D.O.C Contract Service Provider

N. Defendant: C/O Blessing
Correctional Officer
I.D.O.C / Vienna C.C

2. Defendant: Major Campbell
   Correctional Major
   I.D.O.C / Vienna C.C.

III. **GRIEVANCE PROCEDURE**

    A. Is there a prisoner grievance procedure in the institution? ☑ Yes ☐ No

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☑ Yes ☐ No

    C. If your answer is YES,
        1. What steps did you take?

        *Appealed to ARB. Some Grievances were never returned Deemed exhausted*

        2. What was the result?

        *Rubber Stamp Denials*

    D. If your answer is NO, explain why not.

    E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

    F. If your answer is YES,
        1. What steps did you take?

        2. What was the result?

    G. If your answer is NO, explain why not.

    H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

(Rev. 7/2010)      4

IV. **STATEMENT OF CLAIM**

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

LT. Mitchell Placed me in Segregation in retaliation for complaining about a C/O Denying me access to water to take medication

LT. Horrison further Placed me in Segregation for demanding Investigation into LT Mitchell's action

C/O CHenna Harrison Held Disciplinary Hearing over my objections and refused to call my witnesses LT. Harrison is C/o CHenna Harrison Husband making her not impartial Due to her husband Placing me in Segregation for lodging complaints and demanding Investigation.

C/o John Doe Opened all windows in Segregation unit and Placed Industrial Strength fans in front of my and other Inmate cells in middle of Cold winter in retaliation for loud talking and wrote false Disciplinary report on me after I filed Several Grievances on him. C/o CHenna Harrison conducted Disciplinary hearing over objections.

LT. Vinson Dumped all my Property in Toilet water in retaliation for his denial of me Crisis Intervention and assaulted me and Battered me on 1-3-15 after being stopped from assaulting me on 12-31-14 BY C/o Rolffe (Smashed face in wall handcuffed.)

LT. Vinson Told Inmates I snitched on Gang Chief in Chicago causing me to be assaulted with urine and threats to my life.

Jane Doe Nurse refused to treat obvious injuries or Document due to LT Vinson causing injuries (Deep Bruised wrist, Lump to Head, Chipped Tooth)

Major Campbell was aware of threats to my safety and Investigated my Grievances which he failed to Process (Before assault) I requested emergency transfer

C/o Schechl wrote false Disciplinary reports on me after I complained about him to Major Campbell

I.D.O.C Transfer Coordinator? was advised by my family and myself of Immenate Danger from Gosve officers yet refused to transfer after numerous complaints and Plea's

(Rev. 7/2010)        5

<u>DR. Santos</u>: Deliberately Ignored my Serious medical needs and Prescribed water and excercise for epedimites and Back pain (Chronic) only felt testicle and did litmus test on urine and Ignored all complaints of pain.

<u>Wexford Health</u>: Has allowed Practice of Deliberate Indefferance in attempts to save money.

<u>Warden Love</u>: Was aware of threats to my safety as the Security Warden yet Ignored all Correspondance and face to face Plea's for my Safety.

<u>Warden Hilliard</u>: Was aware of Safety Concerns but Ignored and even acknowledge my abuse and apologized and promised to release me from segregation but lied and even Continued to rubber Stamp false Disciplinery reports.

1. Deliberate Indefference
2. Failure to Protect
3. Deliberate Indefference of Serias medical need
4. Retaliation for excercising a Constitutionaly protected activity
5. Cruel and unusual punishment
6. Intentional Infliction of emotional Distress

Defendants are being sued in their official and Individual Capacity.

Segregation unit infested with mice, roaches and spiders with no T-shirts Issued or Tops to Seg uniforms in winter. Denied Personal T-shirts forced to wear Stained underwear

V. **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

Injunctive relief to clear Disciplinary record of false charges
Declaratory Judgment that Due Process was violated in Disciplinary, failure to Protect, retaliation and Deliberate Indefference.
Compensatory Damages of $20,000
Nominal Damages of $5,000
Punitive Damages of $175,000
Cost and Attorney fee's

VI. **JURY DEMAND** (check one box below)

The plaintiff ☒ does ☐ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 8-11-15 (date)

P.O. Box 99
Street Address

Pontiac, IL. 61764
City, State, Zip

_Dwaine Coleman_
Signature of Plaintiff

Dwaine Coleman
Printed Name

B62923
Prisoner Register Number

Pro Se
Signature of Attorney (if any)