Amended Complaint

2 $ Total Pages

1 of 100

Exibits A - bb attached.

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Dwaine Coleman

_____

_____

*Plaintiff/Petitioner(s)*

v.

L.T. Vinson    Wexford Health
L.T. Harrison   Jane Doe Nurse
L.T. Mitchell   c/o Blessing
Worden Hilliard  c/o McCellen
Worden Love    *Defendant/Respondent(s)*   Leslie McCocty
Cttanya Harrison   MJ Campbell
Donald Stolworthy   Dr Sontos

)
)
)
)
)
)
)
)
)
)
)
)

Case Number: 3:15-CV-00898-SMV

(Clerk's Office will provide)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

SCANNED at PCC and E-Mailed.
10/7/15 (date) by ek (initials)
21 (# of pages)

## I.   JURISDICTION      Southern District Illinois

Plaintiff: Dwaine Coleman

A.   Plaintiff's mailing address, register number, and present place of confinement.

700 W. Lincoln st   #B62923
Pontiac, IL 61764    Pontiac C.C.

**Defendant #1:**

B.   Defendant L.T. Vinson _____ is employed as

(a)    (Name of First Defendant)

Correctional Lieutenant

(b)    (Position/Title)

with Vienna Correctional Center

(c)    (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☒ Yes    ☐ No

If your answer is YES, briefly explain:

Defendant employed by Illinois Department of Corrections at Vienna C.C.

(Rev. 7/2010)                    1

2 of 17

**Defendant #2:**

    C.    Defendant _DR. Santos_ is employed as

                    (Name of Second Defendant)

        _Contract Doctor for I.D.oc_
                    (Position/Title)

        with _Wexford Health_
                    (Employer's Name and Address)

        At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☒ Yes    ☐ No

        If you answer is YES, briefly explain:

        _State Contracted Doctor assigned to Vienna C.C._

    **Additional Defendant(s) (if any):**

    D.    Using the outline set forth above, identify any additional Defendant(s).

Defendant: Warden Hilliard _____ employed as

Warden of Vienna Correctional Center

with: I.D.o.c

E: Defendant: Warden Love ___ employed as

assistant warden of Corrections
with: I.Doc

F. Defendant: MJ Campbell ___ employed as

Major/shift Commander of Vienna C.C.

    (Rev. 7/2010)                  2

with: I.D.o.c

3 of 17

G. Defendant: Wexford Health is employed as Contract Health Care
Provider for I.D.O.C

H. Lieutenant Harrison Defendant is employed as head of I.A
Can Correctional Lieutenant at Vienna C.C.

I. Lieutenant Mitchell Defendant is employed as Building #19
Lieutenant at Vienna C.C.

J. C/O Blessing Defendant is employed as Correctional officer
at Vienna C.C.

K. Channa Harrison Defendant is employed as Correctional officer
and member of Adjustment Committee at Vienna C.C.

L. Jane Doe Nurse Defendant is employed as nurse at
Vienna C.C.

M. C/o McCellen Defendant is employed as Correctional
officer at Vienna Correctional Center

N. Leslie McCarty Defendant is employed as member of
administrative review Board for I.D.O.C

O. Donald Stalworthy Defendant was employed as Director
of I.D.O.C

*  All Defendants are being sued in their Individual as well
as official Capacity.

II.    **PREVIOUS LAWSUITS**

A.    Have you begun any other lawsuits in state or federal court relating to your imprisonment?                    ☒ Yes    ☐ No

B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

1.    Parties to previous lawsuits:
     Plaintiff(s): Dwaine Coleman

     Defendant(s): C/o Keaushaars, et al

2.    Court (if federal court, name of the district; if state court, name of the county): Central District of Illinois

3.    Docket number: 1:15-CV-01311-CSB

4.    Name of Judge to whom case was assigned: Colin Sterling Bruce

5.    Type of case (for example: Was it a habeas corpus or civil rights action?): Civil rights action

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):
     Still Pending

7.    Approximate date of filing lawsuit: 7-20-15

8.    Approximate date of disposition: N/A

(Rev. 7/2010)                                    3

III.  **GRIEVANCE PROCEDURE**

A.  Is there a prisoner grievance procedure in the institution? ☒ Yes     ☐ No

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure?                                                ☒ Yes     ☐ No

C.  If your answer is YES,
1.  What steps did you take?
Filed all grievances up to final Stage with ARB except Grievances that were not returned violating I.D.O.C Grievance return Policy.

2.  What was the result?
Rubber Stamp Denials without Proper Investigation

D.  If your answer is NO, explain why not.

E.  If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?                              ☐ Yes     ☐ No

F.  If your answer is YES,
1.  What steps did you take?

2.  What was the result?

G.  If your answer is NO, explain why not.

H.  Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

— ON 12-8-14 LT. Harrison Placed me in Segregation for Demanding Investigation for earlier Segregation Placement by L.T. Mitchell for Complaining about officer interference with medical needs. (Informal Grievance Sent to LT. Harrison after he failed to respond)

— In my Investigation placement L.T. Harrison violated my Due Process by not Serving me with investigative ticket or Disciplinary ticket whithin eight Days Per administrative Directive

— C/o Chenna Harrism, LT Harrison wife served on my Disciplinary board over my objection and failed to call my witnesses Violating Due Process in Disciplinary Proceedings.

— On 12-26-14 C/o Schach wrote me a falsified ticket in retaliation for complaining about him to his Major Campbell and on this report c/o Schach Violated Administrative Directive on Proper filing of Disciplinary report by failing to list Inmate Witnesses which were Known to him at time of incident.

— ON Numerous occasions c/o McCellen turned Industrial Strength fans on my and other inmate Cells and opened all windows in mid Winter to maliscously Punish us for talking too loud.

— on or about 12-30-14 c/o McCellen threatened to Come in Cell and Put me down and when I wrote Grievance on him he fabricated Disciplinary report on me which I was found Guilty of in flawed Hearing and Denial of Witnesses.

— On or about 11-17-14 DR. Santos refused to treat Serious Medical Condition of epidermites and Chronic/Desenecative Back Pain

— Wexford Health Created Custom of Deliberate Indefference to Serious medical needs by denying Critical treatment and diagnosis to Save money.

— Leslie McCurty of ARB rubber Stamps Grievance Denials by failing to investigate or follow State Created liberty interest in Administrative Directives.

— On 1-3-15 LT. Vinson and C/o Blessing assaulted me LT Vinson Slammed my face into Doorway/wall Causing (Rev. 7/2010) Chipped tooth and big lump on head, C/o Blessing grabbed me by throat while LT Vinson Clenched my Jaws in vice grip while nurse took urine Sample in Crisis Cell.

— ON 12-31-14 C/o Raffe Prevented LT. Vinson from assaulting me which I informed warden Love

5

- ON 12-31-14 LT. Vinson dumped all my property in water intentionally ruining Important writtings and books.
- ON 1-3-15 after LT. Vinson & C/o Blessing assaulted me Jane Doe nurse refused to treat obvious injuries Knowing her Co-workers Caused them in Conspiracy to Cover up
- Maj Campbell was informed of threats to my safety from his officers and in fact interviewed me about threats but refused to Process my grievances or intervene and Protect. ON 1-5-15 I informed Warden Love for the third or fourth time about threats & and assault yet he failed to act.

ON 1-6-15 Warden Hilliard acknowledged false Disciplinary reports and apologized for my treatment and Promised to release me from Segregation with transfer but lied and Continued to Sign off on false Disciplinary reports.

ON 1-6-15 after being allowed to assault me LT Vinson was allowed to escort me from Crisis Cell back to Segregation where he told inmates I Snitched on a Gang Chief in Chicago Deliberately indangering my life, and as a result I was assaulted with urine at Pontiac due to this LT. Viscious lies and my life was further threatened.

- Director Stalworthy failed to investigate Claims and blindly Signed of on grievance denials as he failed to Supervise or Protect.

my Claims are as follows

1. Pattern of Harrasment > all events related to Grievance filing
2. Conditions of Confinement
3. failure to Protect
4. Deliberate indefference to Serious medical needs
5. retaliation for exCercising Constitutionally Protected activity
6. failure to train and or investigate
7. Violation of Due Process in Disciplinary Proceedings
8. Conspiracy
9. Negligence
10. Cruel & unusual Punishment
11. Intentional Infliction of emotional Distress

While Placed in Segregation unlawfully I was also Subjected to mice, Roach, and Spider infestation, no T-Shirts or unifrom tops issued in winter and forced to wear Soiled & Stained underwear.

9 of 17

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

Declaratory relief that violation of Due Process in Disciplinary Proceedings unlawful.
Injunctive relief expungement of Disciplinary record for violations of Due Process.
Declaratory relief, failure to treat serious medical condition unlawful.
Compensatory Damages for Pain and Suffering $175,000
Nominal Damages in amount of $5,000
Punitive Damages in amount of $200,000

## VI.    JURY DEMAND (*check one box below*)

The plaintiff ☒ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:_____           _Dwaine Coleman_____
                       (date)                                              Signature of Plaintiff

_____           _Dwaine Coleman_____
            Street Address                                           Printed Name

_____           #B62923_____
            City, State, Zip                                     Prisoner Register Number

                    _____
                    Signature of Attorney (if any)

(Rev. 7/2010)                                          6

10 oE [illegible]



**Illinois**
Department of
**Corrections**

*AFFidaViTTS from witnesses who Signed witness Slip.*

**BRUCE RAUNER**
Governor

**GLADYSE C. TAYLOR**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

July 16, 2015

Dwaine Coleman
Register No.  B62923
Pontiac Correctional Center

Dear Mr. Coleman:

This is in response to your grievance received on February 19, 2015, regarding a disciplinary report dated December 25, 2014, which was alleged to have occurred at Vienna Correctional Center.  This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your grievances dated December 26, 2014 and February 8, 2015 wherein you claim C/O Schach lied about seeing the milk carton being thrown and where your witnesses were not documented on the disciplinary report.  You request to be released from segregation, returned to grade, compensated for every day illegally confined, and a transfer to Dixon CC or Graham CC.

This office reviewed the disciplinary report written on December 25, 2014 by C/O Schach citing you for the offenses of 206 – Intimidation Or Threats, 304 – Insolence and 402 – Health, Smoking and Safety Violations; along with the corresponding Adjustment Committee's Final Summary Report (#201404801/1 - VIE)

Based on a total review of all available information and a compliance check of the procedural due process safeguards outlined in DR504, this office is reasonably satisfied the offender committed the offenses and recommends the grievance be denied.  An award of monetary compensation is outside the scope of the ARB. It is noted that due to disciplinary issues, Offender was transferred to Pontiac CC on 1/14/15.

FOR THE BOARD:

Leslie McCarty
Administrative Review Board
Office of Inmate Issues

CONCURRED:

Gladyse C. Taylor
Acting Director

7/29/15

cc:   Warden, Pontiac Correctional Center
      Dwaine Coleman, Register No. B62923

"3 of 3" Exhibit B

ON 1-6-15 LT Vinson maliscously lied and told inmates at Vienna C.C. That I Snitched on a Gang Chief in Chicago and Since that lie was Spread I was attacked with urine at Pontiac C.C. and Called a Snitch and my life has been threatened when they catch up with me in Population, My name is Ringing in Lawerenceville C.C, Pinckneyville C.C. Pontiac C.C. and Shawnee C.C. from Inmates that have Transferred Throught the State that was in Vienna C.C. with me or from Somone who told them tha the LT. bust me out for being a Snitch. Due to the urine attack and threats to my life I believe my life would be in Danger at any of these Institutions so I am informing you the Transfer Coordinator of that Danger and also Sending copy of Correspondance to Peoples Law office for my own Protection in case you disregard this threat to be like my Previous complaints were disregorded and LT. Vinson was able to assault me because you refused to remove me from the dangecous Sitivation which myself and my family made numecous complaints of threats to my safety which went ignored.

under Penalty of perjucy this statement is true. X ~~Dwaine Coleman~~

Dwaine Coleman #B62923

Pontiac Correctional Center.

To: Transfer Coordinator Springfield, ILLinois C/o Illinois Department of Corrections

Persuant to the Freedom of information act
I am requesting all incident reports concerning
events involving Dwaine Coleman #B62923 on
1-3-14 and reporting assault of my person
by LT. Vinson and SGT. C/O Blessing At Vienna
Correctional Center. Any and all reports of
incident of assault written by internal affairs,
assistant Warden Love, Major Hurst or Hirsch,
Health Care staff, and Warden Hilliard or
acknowledgement that no report was written
by those individuals.

Incident report by Major Cambell into the
investigation of LT. Mitchell threatening my safety
along with another unamed officer. Vienna C.C

All Documented treatment (Medical) administerd
to Dwaine Coleman concaning testicle and back pain
descibing medications administerd- Vienna C.C (Dates)

13 of 17
Exibit: D

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 2-11-15 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
| --- | --- | --- |

| Present Facility: Pontiac | Facility where grievance issue occurred: Vienna C.C. |
| --- | --- |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☒ Other (specify): Due Process Violations Corruption/misconduct.

☐ Disciplinary Report: ___/___/___
        Date of Report                                                    Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
        Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
        Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
        Chief Administrative Officer, only if EMERGENCY grievance.
        Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
        administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
        Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

On Todays date I recieved my summary for a Disciplinary hearing which was
held at Vienna C.C. which was filled with lies from start to finish and I
Challenge all parties involved to participate in a polygraph If I.D.O.C
Investigators are truly not biased and Covering up Corruption C/o McCellen lied
throught whole ticket but Im grieving the hearing First C/o CHaNNA
L. Harrison didn't document fact I objected to her on Committee due to
issues with her husband LT. Harrison Head of internal affairs who placed
me in Seceegation (Culture of Corruption very blatant and Comical if it
wasn't stressful and hurting me) The Denial of my witness Teague

Relief Requested: release from Segregation return to Grade and $100,000
Compensation for pain and suffering, anxiety and mental Break downs from Maliscious
Conduct of I.D.O.C employee's.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Dwaine Coleman | B62923 | 2/11/15 |
| --- | --- | --- |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (If applicable)**

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response ___/___/___ |
| --- | --- | --- |

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature                                               Date ___/___/___