full Statement not takins by Corrupt Hearing Board crucial Statements omitted.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

Incident # 201404854/1-VIE Dated 1-7-15 1:10 pm
was once again the Stated Company line "Due to physical Boundaries" which Is blatant lie because if investigator even bothered to Check inmate TeaGue was in Cell Six (6) at time of incident and only in Bullpen at time of Hearing So thats first lie disputed, repeled and refuted 2 Nnd Due process Violation so far of hearing Third is lie about witness Wilson Because they never Contacted Wilson and in fact this is the second time adjustment Committee refused to Call Wilson as my witness (Check Summary records as proof of developing Clear pattern) Both times lies told which have been proved. I Told C/o Harrison that I have multiple grievances against officers Same torture tactic behavior but that was'nt investigated because it would prove my Case (exculpatory evidence disregarded/exhonerating) Also as extra piece of proof of misconduct due process violations of Kangaroo Courts malicious Conduct Inmate Michael Barret who was assigned to Building #19 wing 1 bed 41(B) experienced Same Corruption in denial of his witnesses when he was assigned to wing (3) (CHanna L. Harrison Same Corrupt Hearing officer) Once again Stated Company line "due to physical Boundaries" (Sounding familiar yet?) I investigated his due process violation in my Capacity as Jail House Lawyer advising of Course of action for misconduct and in investigation of Bunk Set up and assignment every witness he requested had clear line of Sight to incident and if C/o Harrison even bothered to fake an investigation that would have been noted by bunk numbering system so it's time to stop ignoring blatant retaliation tactics, false reports, assaults and due process violations at Vienna C.C. And other institutions around the State because officers lie with impunity as they Conspire to deprive liberty. This grievance and Summary will be heavily Copied and mailed to press outlets awaiting I.DOC Decision and Govecnor Rauner's administration plan of action for Corruption gutting In I.D.O.C. And last due process violation Jewel is admin Code Chapter I, Sec 5 subchapter e Section 504.60 d) 5) Segregation was full yet not one offender witness was listed as per protocol and it surely was witnesses if story is to be believed that Multiple offenders asked for windows open and industrial fans turned on on a very Cold December winter night. It was requested Six months Segregation Six Months C grade and 1 month loss of goodtime Clear Conspiracy to deprive liberty So This Should be proof to all other assault and false tickets for advocating inmates rights and reporting Corruption. And last but not least Some fraud name Serina K. Lane Stated she served me with this Summary which is unsigned by the warden on 1-19-15 at 7:45 am and if that was true I wouldn't have been traveling on a transfer Bus at that time and would have carried more than Just Medication and I.D. on that transfer bus. So many lies So much Corruption Vienna Should be Condemned from the level of Corruption running rampant. Never even met Serina K. Lane and couldnt pick her out of a line up if the Prosecutor had his finger on her picture Tapping repeatedly.

Retaliation clear by own admission

15 of 17

Exhibit: E

ILLINOIS DEPARTMENT OF CORRECTIONS

# RESPONSE TO OFFENDER'S GRIEVANCE

## Grievance Officer's Report

**Date Received:** December 19, 2014 **Date of Review:** April 20, 2015 **Grievance #** (optional): vc-14-12-026

**Offender:** Dwaine Coleman **ID#:** B62923

**Nature of Grievance:** Staff Conduct If you check dates Vienna violated its own (60) day grievance return policy and how do an emergency grievance get reviewed (4) months later? Warden Hilliard is trying to cover himself and shield himself from Deliberate indifference but a blind fool can see the sham.

**Facts Reviewed:**

Offender grieves being placed in seg for sending an "official complaint" to Lt. Harrison stating that if Lt. Harrison "failed to act he would be named a defendant in a civil suit". Offender also grieves he was placed in a crisis cell for declaring a hunger strike and was "vindictivly and malisciously cut off" from all communication with his attorneys and the courts. Offender finally grieves that while he was in a crisis cell, he was denied toilet paper, and several staff made threats and unprofessional comments to him. Offender requests to be released from seg and be "cleared of all bogus charges".

According to our records, Offender Coleman was issued an IDR by Lt. Harrison on 12/17/14 for 206 Intimidation or Threats and 304 Insolence. According to the Adjustment Committee Summary, Offender Coleman admitted when inteviewed that he did write the letter which states that Coleman intends on taking Harrison to federal court for an 8th amendment violation and states it is up to Harrison what role he chooses to play whether witness or defendant. Based on the IDR written by Lt. Harrison and Offender Coleman's own statement, the Adjustment Committee found Offender guilty of both charges and sanctioned him with 15 days seg. The CAO concurred on 12/28/14.

Offender fails to specify the dates he was placed in a "crisis cell". However, according to our records, Offender was placed in a cell in the health care unit from 12/9/14-12/11/14. Per AD 05.03.165, offenders who declare a hunger strike should be placed in a "controlled housing area where close observation is possible". Offender fails to specify how he was adversely effected by being unable to communicate with his attorney(s) or the courts for the 3 days he was in the health care unit.

Lt. Harrison denies Offender's allegation that he told him "even if I take this to court everybody is going to stick together and lies will be told and even if it make it to court and the only thing will happen is a slap on the wrist and we will be told don't do that again, it won't be no money involved".

Offender fails to specify the dates and/or names of staff involved in his other allegations of staff misconduct. Therefore, those allegations cannot be substantiated.

They failed to act and allowed LT. ~~[illegible]~~ Vinson to assault me and continue Harassing me after I reported assault so I'm curious what excuse will be made for this grievance denial by Springfield? and where's back of grievance?

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that Offender's grievance be DENIED. Offender's allegations of staff misconduct are not substantiated.

Facts are C/O Harrison made statement about lies being told and not LT. Harrison. AD 05.03.165 says nothing about denial of legal papers and other property. Tafari v. McCarthy, 714 F. supp 2d 317 (2010) Filing Grievances is Constitutional/Protected activity even informal grievances (letters to officials) Thought Warden Hilliard lied and said he was retiring? like he lied about everything else.

Karen Elder, Ccii — Karen Elder

Print Grievance Officer's Name — Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

## Chief Administrative Officer's Response

**Date Received:** RECEIVED APR 20 2015 VIENNA CORRECTIONAL CENTER WARDEN'S OFFICE

☑ I concur ☐ I do not concur ☐ Remand

**Comments:**

Robert Hilliard — 4-20-15

Chief Administrative Officer's Signature — Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

Dwaine Coleman — B62923 — 5-6-15

Offender's Signature — ID# — Date

Distribution: Master File; Offender



DOC 0047 (Rev. 3/2005)

Printed on Recycled Paper

# AFFidavitt 1 of 2 Pages

It must be noted in this one sided Investigation Conducted by Leslie McCorty of the Administrative Review Board of the Illinois Department of Corrections She shows her bias by taking the offending Culprits word (LT Vinson) without interviewing the victim to see if there were any independant witnesses to the events. As I.D.O.C employee's stick together Common Since tells you that most criminals will not readily admit to their crimes and those accomplices which were complicit have a personal stake in keeping their complicit acts hidden. Medical injuries were not reported because I was refused medical attention and the lie about me going back to Health Care a second time can be refuted by witness Jayme Gerrad the other tenant in the Crisis area. LT. Vinson should have been asked why I flooded my cell at the very least and it would have been discovered that the cause and effect of the cell flooding came from LT. Vinson Denying me Crisis intervention and refusing to Document my hungerstrike, furthermore if Leslie McCorty Bothered to take an investigation she would have discovered the dishonest frauds documented my hungerstrike at 8:10 pm aprox. and everyone in the State of

# AFFidavitt 2 of 2 Pages

Illinois Department of Corrections Knows that you Cannot Declare a hungerstrike without physically refusing food when it is served, and another factoid is that No facility in the State of Illinois Serves meals at or around 8 pm so the lies were not even Coordinated. LT Vinson Prevented C/o Stewart from Documenting my Hungerstrike because he wanted to suppress the reason for the Hungerstrike being documented not Counting on me being this tenacious illuminating the abuse and Corruption running rampant at Vienna C.C. Two hours passed before LT Vinson took me to Hospital after experiencing Shortness of breath and Chest pains from panic attack and If not for my neck being in a Noose and C/o Rolffe telling LT Vinson to take me I would be dead with no evaluation. C/o Rolffe prevented LT Vinson from assaulting me on 12-31-14 but wasnt around to prevent the assault on 1-3-15. You notice I requested investigation and polygraph test which the Department forces on offenders when they are accused, but I got neither investigation nor polygraph from the Bias Non-investigation rubber stamp Denial.

under penalty of perjury this statement is true. Dwaine Coleman

Date: 6-22-15

Never taken back to healthcare [illegible] crisis cell.

Exhibit: G




**BRUCE RAUNER**
Governor

**DONALD STOLWORTHY**
Director

**1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844**

June 5, 2015 (Received 6-22-15)

Dwaine Coleman
Register No. B62923
Pontiac Correctional Center

Dear Mr. Coleman:

This is in response to your grievance received on January 22, 2015, regarding Staff Conduct (Assaulted by Lt. Vinson & C/O Blessing), which was alleged to have occurred at Vienna Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your grievance dated January 14, 2015, wherein you allege on 1/3/5 you were assaulted by Lt. Vinson and C/O Blessing and reported the assault to Lt. Ohelson that same day who failed to act upon the allegations. Also a nurse (name not provided) falsified a 72 hour hunger strike physical and failed to document obvious injuries you received from the assault. You request an investigation, polygraph test and $500,000 in compensation.

This office spoke with Lt. Vinson who stated Offender Coleman did not inform this Lieutenant that he wanted to declare a hunger strike nor did he ever inform this Lieutenant of any intent to harm himself. Coleman was however escorted to the Health Care Unit by this Lt. because he was claiming to be having chest pains. While in the Health Care Unit Lt. did hear Offender Coleman tell the nurse that he wanted to harm himself at which point the Health Care staff placed Coleman in the crisis cell. Coleman also did flood his cell as he states but the Lt. denies he "dumped" any property. Furthermore Lt. stated he did not assault inmate Coleman in any way. On 1/3/15 Coleman was upset with Health Care staff over a medical issue and tried to pull away from this Lt; while being escorted back to his cell. Coleman laid down on the ground and refused to go back in his cell for several minutes. Coleman was taken back to the health care unit and was seen by the nurse a 2nd time and had no injuries of any kind. An incident report was written regarding this incident. This office also spoke with Lt Oehlsen who stated he did remember the incident and spoke with Coleman regarding his allegations. Coleman did not appear to be in any immediate emergency.

The ARB reviewed three incident reports regarding this incident. It appears while Lt. Vinson was escorting Coleman, he (Coleman) laid down on the floor. Coleman was taken back to and seen by Health Care for a 2nd time who reported no visible injuries.

Based on a total review of all available information, it is the opinion of this office that the issue has now been appropriately addressed. It is, therefore, recommended the grievance be denied. Due to a lack of supporting information, staff misconduct cannot be substantiated. Also denial of healthcare cannot be substantiated as Offende Coleman was seen by healthcare on 2 occasions. Monetary compensation will not be awarded as it is outside the jurisdiction of the ARB.

FOR THE BOARD: Leslie McCarty
Leslie McCarty
Administrative Review Board
Office of Inmate Issues

CONCURRED: D Stolworthy
Donald Stolworthy
Director
TA 6/12/15

cc: Warden, Pontiac Correctional Center
Dwaine Coleman, Register No. B62923

Exhibit: H.

ally harm by rogue officers & their supervisors.

14-12 Vaw

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 12-11-14 | Offender: (Please Print) Dwaine Coleman | | ID#: B62923 |
|---|---|---|---|
| Present Facility: Vienna C.C. | | Facility where grievance issue occurred: | Vienna C.C. |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): ______
- ☐ Disciplinary Report: __/__/__ Date of Report ______ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if **EMERGENCY** grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On 12-8-14 I was placed in segregation for perceived alleged threats made to LT. Harris in an official complaint letter (informal grievance) since all formal request slips and grievances have been ignored, in this correspondence (official complaint) I simply told LT. Harris if he failed to act he would be named a defendant in a civil suit and that was the perceived threat I was placed in segregation for, I was also told I would be written an insolence ticket for calling Warden Love a liar, which Warden Love lied to me twice personally so the truth is not insolence. I declared a hunger strike and was told by Sgt. Jordan that if I didn't end my hunger strike I would be placed in crisis cell and denied access to all my property on higher authority, Sgt. Jordan made

**Relief Requested:** released from segregation immediately cleared of all bogus charges and lateral transfer due to threats to safety and unaddressed culture of corruption and misconduct.

☒ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Dwaine Coleman — Offender's Signature  B62923 — ID#  12/11/14 — Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: __/__/__  ☐ Send directly to Grievance Officer  ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

RECEIVED / REVIEWED DEC 1? 2014 GRIEVANCE OFFICER

RECEIVED / REVIEWED DEC 1? 2014 GRIEVANCE OFFICER

______ Print Counselor's Name  ______ Counselor's Signature  __/__/__ Date of Response

**EMERGENCY REVIEW**

RECEIVED
Date Received: DEC 16 2014
VIENNA CORRECTIONAL CENTER
WARDEN'S OFFICE

Is this determined to be of an emergency nature? ☒ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Robert Hilliard — Chief Administrative Officer's Signature  12/16/14 — Date

[illegible]

Exhibit: H-2

in not being in Segregation bogus because I could have had my parole reinstated but for the negative viewing of my Segregation placement. * I must explicitly note I have not been given or apprised of departmental rules or sanctions for violation of rules per my rights at Vienna C.C. (Constitutional rights of prisoners) any Sanctions imposed will be ~~[illegible]~~ deemed unlawful and further example of disregard of offenders



rights. my rights as [illegible]

Printed on Recycled Paper

Exhibit I



**BRUCE RAUNER**
Governor

**GLADYSE C. TAYLOR**
Acting Director

**1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844**

Offender Name: Coleman, Dwaine    Date: 7/30/15

Register # B62923

Facility: Pontiac CC

This is in response to your grievance received on 3/23/15. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 11/11/14 **Grievance Number:** 14-11-033 **Griev Loc:** Vienna

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary ______
- ○ Personal Property ______
- ○ Mailroom/Publications ______
- ○ Assignment (job, cell) ______
- ○ Commissary ______
- ○ Trust Fund ______
- ○ Conditions (cell conditions, cleaning supplies)
- ☒ Disciplinary Report dated 201404357/1-VIE Incident # 11/10/14
- ○ Other ______

**Based on a review of all available information, this office has determined your grievance to be:**

- ○ Affirmed, Warden ______ is advised to provide a written response of corrective action to this office by ______.
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on ______ was reviewed in accordance with transfer procedures and is an administrative decision.
- ○ In addition, property items are to be disposed of in accordance with DR501C.
- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ☒ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- ○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.
- ○ Other: ______

FOR THE BOARD: [signature]
Leslie McCarty
Administrative Review Board

CONCURRED: [signature] TA 8/7/15
Gladyse C. Taylor
Acting Director

CC: Warden, Vienna Correctional Center
Coleman, Dwaine Register No. B62923