# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DWAINE COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:15-cv-00898-SMY |
| vs. ) | |
| ) | |
| LT. VINSON, et al., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I, Michael J. Hickey of the law firm of Lewis Rice LLC, hereby enter my appearance as counsel in this case on behalf of the Plaintiff Dwaine Coleman.

Respectfully submitted,

**LEWIS RICE LLC**

 /s/ Michael J. Hickey
Michael J. Hickey, #6272404(IL)
600 Washington Ave., Suite 2500
St. Louis, Missouri  63101-1311
Telephone:  (314) 444-7630
Facsimile:  (314) 612-7630
mhickey@lewisrice.com

*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 18th day of March, 2016, a true and correct copy of the foregoing was served via operation of the Court's electronic case filing system upon counsel of record in this matter.

/s/ Michael J. Hickey

2150051.1