B62923  COLEMAN, DWAINE  **IGRV Inmate History**

| Igrv Code | Hearing/Rec Date | Igrv Loc | Hearing Loc | Chair Code | Mail Code | Comments Field |
|---|---|---|---|---|---|---|
| BUSINESS/TRUST | | HIL | HIL | LEMC | G | GRV# 17-0294. GRVS BEING CHARGED $5 FOR CONTRABAND SPOON FROM DIETAR |
| DIETARY | | HIL | HIL | LEMC | G | GRV# 17-0275. GRVS FINDING HAIR IN FOOD AND SUPERVISOR NOT WEARING BEA |
| DIETARY | | HIL | HIL | MEPH | G | GRVS SEVERAL ISSUES WITH DIETARY; PORTIONS, COMPOSITION, |
| DIETARY | | HIL | HIL | LEMC | G | GRV 17-0121.  REQUESTS DIETARY WORKERS WEAR BEARD GUARDS. |
| DR | | HIL | HIL | MEPH | G | GRV# 17-0484, INC# 201603756, DR 11-14-16 |
| DR | | HIL | HIL | LEMC | G | GRV #17-0310. INC #201603015. DR 9-10-16. GRVS FOR DR TO BE DISMISSED. |
| GRIEV PROCESS | | HIL | HIL | LEMC | G | GRV 17-0155.  RE 7/27/16 GRV (SANITATION), REQUESTS FIRE GRV OFFICER STEVE |
| LIBRARY | | HIL | HIL | MEPH | G | GRV# 17-0648. GRVS LAW LIBRARY PASSES BEING CANCELLED. |
| LIBRARY | | HIL | HIL | LEMC | G | GRV #17-0311. GRV DATE 9/23/16 GRVS TO BE PUT ON CALL PASS 2X WEEKLY |
| MAILROOM | | HIL | HIL | MEPH | G | GRV# 17-0647. GRVS MAILING TIME SENSITIVE MAIL ON 12/25/16 AND 12/26/16 AND |
| MAILROOM | | HIL | HIL | LEMC | G | GRV# 17-0297. GRV DATE 9/20/16 GRVS THAT FOR THE 2ND TIME THIS MONTH MAIL |
| OTHER | | HIL | HIL | LEMC | G | GRV# 17-0296. GRVS NEED FOR HYGIENE KIT. |
| STAFF CONDUCT | | HIL | HIL | MEPH | G | GRV# 17-0463. GRVS ANSWERS TO GRVS GIVEN BY COUNSELOR BEAMS ON 11/22/ |
| STAFF CONDUCT | | HIL | HIL | MEPH | G | GRV# 17-0705. GRVS CO HULSEY CONDUCT |
| STAFF CONDUCT | | HIL | HIL | MEPH | G | GRV# 17-0444. GRVS CONDUCT OF SGT HILGENDORF ON 10/25/16 |
| STAFF CONDUCT | | HIL | HIL | MEPH | G | GRV# 17-0456. GRVS HARASSMENT FROM CO'S RICKEY AND VORGIAS ON 10/30/16 |
| STAFF CONDUCT | | HIL | HIL | MEPH | G | GRV# 17-0492. GRVS CO RICKEY CONDUCT ON 11/13/16 |
| STAFF CONDUCT | | HIL | HIL | MEPH | G | GRVS# 17-0684. GRVS STAFF HAS NOT COLLECTED LAUNDRY FOR 3 WEEKS |
| BUSINESS/TRUST | 01/04/2017 | HIL | HIL | MEPH | G | GRV #16-1546. GRVS KIT CHARGES TO BE DELETED FROM HIS TF; POLICY HAS BEE |
| CONDITIONS | 01/04/2017 | HIL | HIL | MEPH | G | GRV #17-0025. GRVS POWER BEING OUT FOR 3 DAYS; POLICY CHANGES ARE ADMI |
| MAILROOM | 01/04/2017 | HIL | HIL | LEMC | G | GRV #16-1547. GRV DATE 6/19/16 GRVS SENDING FORMS TO BE NOTORIZED AND H |
| STAFF CONDUCT | 01/04/2017 | HIL | HIL | MEPH | G | GRV #17-0009. GRVS FOIA OFFICER HAWKINSON; ARB CANNOT ADDRESS ANY FUR |
| DR | 12/27/2016 | HIL | HIL | MEPH | G | RGF; GRV DTD 11/12/16. INC# 201603497, DR 10/19/16; OFFENDER DID NOT FOLLOW |
| MEDICAL | 12/27/2016 | HIL | HIL | MEPH | G | RGF; GRV# 14-0404. GRVS ON 10/19/16 GOING TO HCU FOR TOE INJURY AND STAFF |
| STAFF CONDUCT | 12/27/2016 | HIL | HIL | MEPH | G | RGF; GRV DTD 11/19/16. GRVS GO ASKING FOR COPY OF DR - INC# 201603591, DR |
| DIETARY | 12/08/2016 | HIL | HIL | MEPH | G | GRV #16-1477. DTD 5-13-16. GRVS FOOD BEING DONATED AND STAFF TAKING IT. AL |
| STAFF CONDUCT | 11/14/2016 | HIL | HIL | SAJO | | E-GRV DATED 10-19-16.  10-19-16; SGT HILENDORF, CLAIMS SGT HILGENDORF SLAM |
| DIETARY | 10/17/2016 | HIL | HIL | LEMC | G | RGF; GRV# 17-0201. GRVS DIETARY WORKERS HAVING BEARDS AND NOT WEARIN |
| MAILROOM | 10/17/2016 | HIL | HIL | LEMC | G | RGF;  GRV# 17-0200. GRV DATE 9/2/16 GRVS TAMPERING OF MAIL AND REQ INVEST |
| MEDICAL | 10/17/2016 | HIL | HIL | LEMC | G | RGF;  GRV# 17-0202. GRVS NEED FOR PROPER MEDS FOR EYE INJURY.  ARB RECE |
| CONDITIONS | 10/06/2016 | HIL | HIL | LEMC | G | GRV# 16-1372. GRVS STAFF NOT GIVING CLEANING SUPPLIES OUT, BEING INDIGEN |

Coleman v. Vinson, et al. (15-898) IDOC No.::   000078

EXHIBIT B

B62923 COLEMAN, DWAINE

IGRV Inmate History

Coleman v. Vinson, et al. (15-898) IDOC No.: 000079

| Igrv Code | Hearing/Rec Date | Igrv Loc | Hearing Loc | Chair Code | Mail Code | Comments Field |
|---|---|---|---|---|---|---|
| DIETARY | 09/12/2016 | HIL | HIL | LEMC | G | DATED 8/24/16. (EMERGENCY) REQUESTS TO INSPECT & SANITIZE DIETARY. ON 8/2 |
| STAFF CONDUCT | 07/25/2016 | HIL | PON | LEMC | G | GRV# 064198. GRVS STAFF DID NOT ASSIST IN GETTING MENTAL HEALTH TX AFTER |
| MEDICAL | 07/09/2016 | HIL | HIL | LEMC | G | RGF: GRV DTD 6/11/16. GRVS TINTED LENSES WERE NOT ISSUED AT HILL. ARB NE |
| STAFF CONDUCT | 07/06/2016 | HIL | HIL | LEMC | G | GRV DTD 6-3-16. GRVS CO UNDERWOOD. PER UNDERWOOD CALL PASSES ARE MO |
| STAFF CONDUCT | 07/06/2016 | HIL | HIL | LEMC | G | GRV DTD 6-8-16. GRVS NO PRIVACY WHEN SPEAKING W/MHP RE PREA. DUE TO SA |
| STAFF CONDUCT | 07/05/2016 | PON | HIL | LEMC | G | RGF: GRV DTD 6/3/16. GRVS DENIAL OF ACCESS TO PREA REPORTING AND BIAS PF |
| PREA | 06/16/2016 | HIL | HIL | LEMC | G | GRV DTD 6/5/16. EMERGENCY PREA GRV. ALLEGATIONS BEING INVESTIGATED BY I |
| LIBRARY | 05/31/2016 | HIL | HIL | LEMC | G | GRV DTD 4/14/16. EMERGENCY GRV. GRVS LAW LIBRARY DOES NOT PARTICIPATE I |
| DR | 04/14/2016 | PON | HIL | LEMC | G | GRV 063861. DR, 9/9/15, 201503707. PER ADJUST COMM IF OBJECTIONS WERE MA |
| DR | 04/14/2016 | PON | HIL | LEMC | G | GRV# 063666, INC'S 201503437, 201503438, 201503439, DTD 08/19/15 & 08/22/15. PEF |
| ADMIN POLICY | 03/24/2016 | PON | PON | LEMC | G | RGF: GRV 063614. GRVS STRIP SEARCH POLICY. I/M FAILS TO PROVIDE ANY DATE |
| MEDICAL | 11/02/2015 | VIE | VIE | TEAN | G | GRV # 15-01-004; REQUESTS SECOND OPINION FOR BACK PROBLEMS |
| DR | 10/21/2015 | VIE | VIE | LEMC | G | GRV #VC-14-12-026; IDR 201404726/1 - VIE GRV STAFF CONDUCT OF LT. HARRISON. |
| STAFF CONDUCT | 10/14/2015 | VIE | VIE | LEMC | G | GRV # 15-01-001: INCIDENT 11/17/14 W/ STAFF BEING LIARS (LT. MITCHELL ETC.) LT. |
| PP | 08/28/2015 | VIE | PON | LEMC | G | GRV #14-12-027: GRVS CONFISCATION ON 12/14/14 OF SHOWERS SHOES, ADDRES! |
| CONDITIONS | 07/30/2015 | VIE | VIE | LEMC | G | RGF: GRV # 14-12-028; INCIDENT 11/18/14 W/ FEMALE C/O TURNING ON INDUSTRIAL |
| DR | 07/30/2015 | VIE | VIE | LEMC | G | GRV # 14-11-033: IDR 11/10/14 BY C/O CAVITT. ARB REASONABLY SATISFIED I/M CON |
| STAFF CONDUCT | 07/30/2015 | VIE | PON | LEMC | G | RGF: GRV # 14-12-029: GRV DATE 2/5/15 C/O'S IN BUILDING 19 FAIL TO WORK LIKE T |
| DR | 07/16/2015 | VIE | PON | LEMC | G | DR 12/25/14 @ VIENNA CC. #201404801/1 - VIE. ARB REASONABLY SATISIFIED I/M CC |
| DR | 07/06/2015 | VIE | PON | LEMC | G | GRVS IDR 201404854/1 - VIE 12/28/14. ARB REASONABLY SATISFIED I/M COMMITTED |
| STAFF CONDUCT | 06/05/2015 | VIE | PON | LEMC | G | GRV DATED 1/14/15 GRVS ON 1/3/15 ASSUALTED BY LT. VINSON & C/O BLESSING & F |
| STAFF CONDUCT | 04/22/2015 | STA | VIE | LEMC | G | GRV DATED 11/7/14: ALLEGES C/O CHUCK GLAZE WENT ON A DISRESPECTUL RANT |
| MEDICAL | 04/08/2015 | VIE | VIE | TEAN | G | RGF: GRV #VC-14-12-014 GRVS NOT RECEIVING TX FOR BACK AND TESTICLE PAIN. |
| MEDICAL | 03/30/2015 | VIE | PON | LEMC | G | GRV DATED 1/15/15: GRV LACK OF TX FOR BACK PAIN AT VIENNA & PAIN IN LEFT TE |
| MEDICAL | 03/11/2015 | PON | VIE | LEMC | G | RGF: (4 GRVS) GRIEVES NOT RECEIVING MED/MENTAL HEALTH TX DUE TO RACIAL |
| DR | 03/02/2015 | VIE | VIE | LEMC | G | RGF: SENT IN BY (OUTSIDE SOURCE) GRIEVES DUE PROCESS ON DR FOR 206 AND |
| OTHER | 01/29/2015 | VIE | PON | LEMC | G | GRV DATD 1/15/15 - COMPLAINING OF ALL IDRS HE RECEIVED AT VIENNA. I/M IS VA |
| PRB | 01/29/2015 | VIE | PON | LEMC | G | GRIEVES RECEIVED A POOR PRB HEARING. I/M NEEDS TO CONTACT PRB REGARD |
| BUSINESS/TRUST | 01/24/2011 | PNK | PNK | JAMI | G | WANTS $2.08 BACK FOR STAMPED ENVELOPES HE DIDN'T GET. RGF FOR G/O RESF |
| MAILROOM | 01/24/2011 | PNK | PNK | JAMI | G | MAIL SHOULD BE OPENED AND DELIVERED THE SAME DAY. RGF FOR G/O RESPON! |
| STAFF CONDUCT | 08/07/2001 | DIX | DIX | DOCR | G | CFSII SIEBIEN |

B62923  COLEMAN, DWAINE

**IGRV Inmate History**

| Igrv Code | Hearing/Rec Date | Igrv Loc | Hearing Loc | Chair Code | Mail Code | Comments Field |
|-----------|------------------|----------|-------------|------------|-----------|----------------|
| MEDICAL | 05/14/2001 | DIX | DIX | DOCR | G | CO-PAY |
| STAFF CONDUCT | 05/14/2001 | DIX | DIX | DOCR | G | DAVEYS |
| DR | 01/12/2000 | STA | STA | BORA | G | 10/24/99 |
| PC | 08/12/1999 | STA | STA | PHTI | G | |
| PP | 07/15/1999 | PON | STA | LEHA | G | RADIO/CASSETTE PLAYER & TAPE |
| WR | 05/11/1995 | SHE | SHE | LEHA | G | |

Coleman v. Vinson, et al. (15-898) IDOC No.:

000080

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: _Coleman, Dwaine_     Date: _11-2-15_

Register # _B62923_

Facility: _Pontiac CC_

This is in response to your grievance received on _4-13-15_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _11-16-14_ Grievance Number: _15-01-004_ Griev Loc: _Vien/NC_

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
   Incident # _____

⊘ Other _Medical (2nd opinion for urology) Back Pain_

**Based on a review of all available information, this office has determined your grievance to be:**

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

⊘ Denied, in accordance with DR504F, this is an administrative decision.

⊘ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _Do not have right to choose Dr._

FOR THE BOARD: _s/ Terri Anderson_     CONCURRED: _s/ John R. Baldwin_
                Terri Anderson                        John R. Baldwin
                Administrative Review Board              Acting Director

CC:   Warden, _Pontiac_ Correctional Center , Register No. _B62923_
      _Coleman_

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

*www.illinois.gov/idoc*

Coleman v. Vinson, et al. (15-898) IDOC No.:     000081

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** February 3, 2015     **Date of Review:** February 3, 2015     **Grievance #** (optional): 15-01-004

**Offender:** Coleman, Dwaine                            **ID#:** B62923

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** Inmate's Grievance

Counselor's response states that a review of the medical file shows offender is receiving appropriate care.

Memorandum from Nigel Vinyard, HCU DON stating that offender was charged appropriately and is receiving the appropriate medical care.

It appears all 504 safegaurds were followed.

**Recommendation:** After review of the above facts recommend grievance be denied.

s/ N. Anderson

N. Anderson #13626
Print Grievance Officer's Name                                        Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

RECEIVED

| Chief Administrative Officer's Response |
|---|

**Date Received:** MAR 0 2 2015       ☑ I concur     ☐ I do not concur     ☐ Remand

**Comments:** MENARD CORRECTIONAL CENTER
WARDEN'S OFFICE

RECEIVED

APR 1 3 2015

ADMINISTRATIVE
REVIEW BOARD

R. Hilliand                                          3/2/15
Chief Administrative Officer's Signature                                         Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

s/ Dwaine Coleman                          B62923       4-6-15
Offender's Signature                                     ID#            Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 11-16-14 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
| --- | --- | --- |
| Present Facility: Vienna C.C. | Facility where grievance issue occurred: Vienna C.C. | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☐ Staff Conduct    ☐ Dietary    ☒ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
     Date of Report          Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only if EMERGENCY grievance.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON 11-12-14 I submitted a request for a second opinion from State Contracted DR. Santos lack of treatment and on Todays date 11-16-14 I was Charged $5.00 and sent right back to State Contracted DR. Santos Now my request slip clearly stated I wanted a second opinion but was charged to see the same incompetant State Contracted Doctor who favorite prescription is water and exccesise in order to save the State money. I have a copy of that same request slip that I submitted

Relief Requested: To Be seen by a Urologist and different doctor for my Back Problems. $5.00 refunded since I clearly didnt receive a second opinion as I requested.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

/ s/ Dwaine Coleman      B62923    11 , 16 , 14
     Offender's Signature          ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 12 / 2 / 14    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: THE OFFENDER WAS CHARGED APPROPRIATELY AND A REVIEW OF THE MEDICAL FILE REVEALS THE OFFENDER IS RECEIVING APPROPRIATE MEDICAL CARE.

JULIA RODRIGUEZ, CCII      s/ Julia Rodriguez      12 / 19 / 14
Print Counselor's Name        Counselor's Signature        Date of Response

---

**RECEIVED**

**EMERGENCY REVIEW**

Date Received: NOV 17 2014

VIENNA CORRECTIONAL CENTER
WARDEN'S OFFICE

**RECEIVED**
APR 13 2015
**ADMINISTRATIVE REVIEW BOARD**

Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Robert H. _____ / 17 / 2014
Chief Administrative Officer's Signature      Date

Distribution: Master File; Offender      Page 1      DOC 0046 (8/2012)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

So there will be no descrepancies or doubt about my requesting a second opinion and then being charged to see the same incompetant Doctor. Vienna C.C. is running a very dangerous sick call/Doctor scam and playing with peoples lives. I clearly told DR. Santos that I have an internal pain but his incompetance has him trying to feel for an external pain, that's just to show you the level of health care being provided to offenders. I informed DR. Santos that he is not a uroligist and that's what I need. After informing DR. Santos that he was not a uroligist he got upset and kicked me out without even addressing my back problems. I am in extreme pain so this is an emergency grievance.

RECEIVED

SEE-3

Coleman v. Vinson, et al. (15-898)   IDOC No.:   000084

So there will be no descrepancies or doubt about my requesting a second opinion and then being charged to see the same incompetant Doctor. Vienna C.C. is running a very dangerous Sick Call / Doctor Scam and playing with peoples lives. I clearly told DR. Santos that I have an internal pain but his incompetance has him trying to feel for an enternal pain, that's goes to show you the level of health Care being provided to offenders. I informed DR. Santos that he is not a urologist and that's what I need. After informing DR. Santos that he was not a urologist he got upset and kicked me out without even addressing my back problems. I am in extreme pain so this is an emergency grievance.

Appeal to Grievance officer.
(outgoing mail)

12-22-14

THe Chorge was theft and I dont know
what medical file Counselor Rodriguez
was looking in at time of response because
this Doctor and healthcare has done nothing
for me but stole my money. I Clearly
asked for Second opinion so what's apcopiate
about flagrent deception and theft?
Counselor Rodriguez Somehow finds a way
to Justify all misconduct if She even
bothers to answer the grievance without
being forced to. Appeal!

Duaine Coleman #B62923

s/ Dwaine Coleman

1st seg 3(B)

RECEIVED

APR 13 2015

ADMINISTRATIVE
REVIEW BOARD

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: _Coleman, Dwaine_          Date: _10/21/15_

Register # _B62923_

Facility: _Pontiac CC_

This is in response to your grievance received on _5/14/15_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _12/11/14_  Grievance Number: _VC-1412-026_  Griev Loc: _Vienna_

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _12/27/14_ Incident # _201404926/1-VIE_
- ⊘ Other _Staff Conduct - Lt. Harrison_

Based on a review of all available information, this office has determined your grievance to be:

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ○ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _Staff misconduct against Lt. Harrison cannot be substantiated_

s/ Leslie McCarty

FOR THE BOARD: _Leslie McCarty_
Leslie McCarty
Administrative Review Board

CONCURRED: _s/ John R. Baldwin_
John R. Baldwin
Acting Director
_10/23/15_

CC: Warden, _Pontiac_ Correctional Center
_Coleman, Dwaine_, Register No. _B62923_

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Coleman v. Vinson, et al. (15-898) IDOC No.: 000087

*Grievance of 1st amendment Violation*
*Retaliation Clear by Lieut commission*

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

---

**Grievance Officer's Report**

**Date Received:** December 19, 2014    **Date of Review:** April 20, 2015    **Grievance #** (optional): vc-14-12-026

**Offender:** Dwaine Coleman    **ID#:** B62923

**Nature of Grievance:** Staff Conduct   *If you Check dates Vienna Violated it's own (60) day Grievance return Policy and how do an emergency grievance get reviewed (4) months later? Warden Hilliard is trying to Cover himself and Shield himself from Deleberate Indifference but a blind fool Can see the Sham.*

**Facts Reviewed:**

Offender grieves being placed in seg for sending an "official complaint" to Lt. Harrison stating that if Lt. Harrison "failed to act he would be named a defendant in a civil suit". Offender also grieves he was placed in a crisis cell for declaring a hunger strike and was "vindictivly and maliciously cut off" from all communication with his attorneys and the courts. Offender finally grieves that while he was in a crisis cell, he was denied toilet paper, and several staff made threats and unprofessional comments to him. Offender requests to be released from seg and be "cleared of all bogus charges".

According to our records, Offender Coleman was issued an IDR by Lt. Harrison on 12/17/14 for 206 Intimidation or Threats and 304 Insolence. According to the Adjustment Committee Summary, Offender Coleman admitted when inteviewed that he did write the letter which states that Coleman intends on taking Harrison to federal court for an 8th amendment violation and states it is up to Harrison what role he chooses to play whether witness or defendant. Based on the IDR written by Lt. Harrison and Offender Coleman's own statement, the Adjustment Committee found Offender guilty of both charges and sanctioned him with 15 days seg. The CAO concurred on 12/28/14.

Offender fails to specify the dates he was placed in a "crisis cell". However, according to our records, Offender was placed in a cell in the health care unit from 12/9/14-12/11/14. Per AD 05.03.165, offenders who declare a hunger strike should be placed in a "controlled housing area where close observation is possible". Offender fails to specify how he was adversely effected by being unable to communicate with his attorney(s) or the courts for the 3 days he was in the health care unit.

Lt. Harrison denies Offender's allegation that he told him "even if I take this to court everybody is going to stick together and lies will be told and even if it make it to court and the only thing will happen is a slap on the wrist and we will be told don't do that again, it won't be no money involved".

Offender fails to specify the dates and/or names of staff involved in his other allegations of staff misconduct. Therefore, those allegations cannot be substantiated.   *They failed to act and allowed LT. Vison Vinson to assault me and continue Horassing me after I reported assault so I'm curious what excuse will be made for this grievance denial by Springfield? and wheres back of grievance?*

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that Offender's grievance be DENIED. Offender's allegations of staff misconduct are not substantiated.

*Facts are C/O Harrison made statement about lies being told and not LT. Harrison. AD 05.03.165 says nothing about Denial of legal papers and other property. Tafoy V. McCarthy, 784 F supp 2d 317 (2010) Filing Grievances is constitutionally Protected activity even informal grievances (letters to officials) Thaught Worden Hilliard lied and said he was reticing? like he lied about everything else.*

Karen Elder, Ccii    **s/ Karen Elder**
Print Grievance Officer's Name    Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

---

**Chief Administrative Officer's Response**

**RECEIVED**

**Date Received:** APR 20 2015    ☑ I concur   ☐ I do not concur   ☐ Remand

**Comments:**

VIENNA CORRECTIONAL CENTER
WARDEN'S OFFICE

RECEIVED
MAY 1 4 2015
ADMINISTRATIVE
REVIEW BOARD

**s/ Robert Hiliard**    4-20-15
Chief Administrative Officer's Signature    Date

---

**Offender's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

**s/ Dwaine Coleman**    B62923    5-6-15
Offender's Signature    ID#    Date

Coleman v. Vinson, et al. (15-898) IDOC No.:    000088

I fear of imminent danger and
& their supervisors.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Copied for file, media, and a grievance

| Date: 12-11-14 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
|---|---|---|

| Present Facility: Vienna C.C. | Facility where grievance issue occurred: Vienna C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ ADA Disability Accommodation
☒ Staff Conduct   ☐ Dietary   ☐ Medical Treatment   ☐ HIPAA
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator   ☐ Other (specify): _____

☐ Disciplinary Report: ____/____/____   _____
        Date of Report   Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): _____

On 12-8-14 I was placed in segregation for perceived alleged threats made to LT. Harris in an official Complaint letter (informal grievance) Since all formal report slips and grievances have been ignored, in this correspondence (official complaint) I simply told LT. Harris if he failed to act he would be named a defendant in a Civil Suit and that was the perceived threat I was placed in segregation for, I was also told I would be written an insolence ticket for calling Warden Love a liar, which Warden Love lied to me twice personally so the truth is not insolence. I Declared a hunger strike and was told by Sgt. Jochan that if I didn't end my hunger strike I would be placed in Crisis cell and denied access to all my property on his/her authority, Sgt. Jochan made

Relief Requested: released from Segregation immediatly cleared of all bogus Charges and lateral transfer due to threats to safety and unaddressed Culture of Corruption and misconduct.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Dwaine Coleman
Offender's Signature     ID# B62923     Date 12, 11, 14

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RSCD / REVIEWED
DEC 18 2014
GRIEVANCE OFFICER

RECEIVED
DEC 19 2014
GRIEVANCE OFFICER

RECEIVED
MAY 1 1 2015
ADMINISTRATIVE
REVIEW BOARD

_____   _____   _____
Print Counselor's Name   Counselor's Signature   Date of Response

---

**RECEIVED**   **EMERGENCY REVIEW**

Date Received: DEC 16 2014   Is this determined to be of an emergency nature?   ☒ Yes; expedite emergency grievance
                                ☐ No; an emergency is not substantiated.
VIENNA CORRECTIONAL CENTER   Offender should submit this grievance
WARDEN'S OFFICE   in the normal manner.

s/ Robert Hilliand
Chief Administrative Officer's Signature     Date 12, 16, 14

Distribution: Master File; Offender.   Page 1   DOC 0046 (8/2012)

Printed on Recycled Paper

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

**Name:** COLEMAN, DWAINE M     **IDOC Number:** B62923     **Race:** BLK

**Hearing Date/Time:** 12/26/2014  01:58 PM     **Living Unit:** PON-E-09-22     **Orientation Status:** N/A

**Incident Number:** 201404726/2 - VIE     **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 12/17/2014 | 201404726/1-VIE | HARRISON, SHANE W | SEG | 10:00 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 206 | Intimidation Or Threats | Guilty |
| 304 | Insolence | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|-----------|--------------|----------------|

**No Witness Requested**

### RECORD OF PROCEEDINGS
OFFENDER PRESENT FOR HEARING, IDR READ AND OFFENDER PLEAD NOT GUILTY TO 206/304.  STATES HE DID NOT THREATEN PHYSICALLY OR FINANCIALLY ASST. WARDEN LOVE.

### BASIS FOR DECISION
BASED ON AN IDR WRITTEN BY LT HARRISON THAT STATES AN INVESTIGATION WAS COMPLETED INTO A LETTER WHICH WAS WRITTEN TO ASSISTANT WARDEN OF OPERATIONS LOVE WHICH INDICATES IT WAS SENT BY AN INMATE COLEMAN B62923 ON 12/5/14.  WHEN INTERVIEWED COLEMAN STATED HE DID IN FACT WRITE A LETTER TO ASSISTANT WARDEN LOVE.  COLEMAN STATES IN THE LETTER HE IS GOING TO DO EVERYTHING IN HIS POWER TO WEAKEN ASSISTANT WARDEN LOVE'S SHIELD OF QUALIFIED IMMUNITY SO ASSISTANT WARDEN CAN STOP SMILING AND LYING AND START ACTING AGAINST THE CULTURE OF CORRUPTION AT VIENNA CC.  COLEMAN STATES HE HAS COPIED CORRESPONDANCE FOR SOCIAL MEDIA.

NOTE ORIGINAL HEARING RESULTS WERE REMANDED BY THE CAO DUE TO OFFENDER COLEMAN HAVING LISTED ORIGINAL HEARING OFFICER IN THE LETTER IN QUESTION.

OFFENDER COLEMAN IDENTIFED BY STATE PHOTO ID

ADJUSTMENT COMMITTEE CONTACTED INTERNAL AFFAIRS TO VERIFY THE TRUTHFULLNESS OF THE IDR

ADJUSTMENT COMMITTEE IS REASONABLY SATISIFED OFFENDER COMMITTED 206/304

### DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 1 Months C Grade | 1 Months C Grade |
| 1 Months Segregation | 1 Months Segregation |
| Transfer (Disciplinary) | Transfer (Disciplinary) |
| Other : TRANSFER OUT OF MINIMUM | Other : TRANSFER OUT OF MINIMUM |

**Basis for Discipline:** PROGRESSIVE/NATURE OF OFFENSE

### Signatures
**Hearing Committee**

| | Signature | Date | Race |
|--|-----------|------|------|
| HANKINS, JEREMY K  - Chair Person | | 12/26/14 | WHI |
| BRYANT, CYNTHIA M | | 12/26/14 | BLK |

Recommended Action Approved

Coleman v. Vinson, et al. (15-898) IDOC No.:     000090

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** COLEMAN, DWAINE M | **IDOC Number:** B62923 | **Race:** BLK |
| **Hearing Date/Time:** 12/26/2014   01:58 PM | **Living Unit:** PON-E-09-22 | **Orientation Status:** N/A |
| **Incident Number:** 201404726/2 - VIE | **Status:** Final | |

**Final Comments:** N/A

---

JEAN A CAMPANELLA / RJH  12/28/2014                                          12/28/14
_____                    _____
**Chief Administrative Officer**                           **Signature**                    **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

CHANNA L HARRISON                                           1/7/2015                    08:00 AM
_____                    _____
**Employee Serving Copy to Committed Person**                 **When Served  - - Date and Time**

Coleman v. Vinson, et al. (15-898) IDOC No.:    000091

*STOP*

*SEG 4726*

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Offender Disciplinary Report

Date: 12/17/2014

| Type of Report: | |
|---|---|
| ☒ Disciplinary | ☐ Investigative |

Vienna Correctional Center
Facility

Offender Name:   Coleman

ID #:   B62923

---

**Offense Information:**

Observation Date:   12/17/2014      Approximate Time:   10:00   ☒ a.m ☐ p.m.   Location:   1ˢᵗ seg cell 6

Offense(s):  DR 504:   . 206 Threats or Intimidation 304 Insolence

**Observation:**  (NOTE. Each offense identified above must be substantiated.) On the above date and approximate time an investigation was completed into a letter which was written to Assistant Warden of Operations Love which indicates it was sent by an inmate Coleman B62923 on 12/5/14. When interviewed Inmate Coleman B62923 stated he did in fact write the letter to Assistant Warden Love. Coleman States in the letter he is going to do everything in his power to weaken Assistant Warden Love's shield of qualified immunity so Assistant Warden can stop smiling and lying and start acting against the culture of corruption at Vienna CC. Coleman states he has copied correspondence for social media. Inmate Coleman was identified by his photo ID.

Witness(es):  SGT Edwards

☐ Check if Offender Disciplinary Continuation Page, DOC 0316, is attached to describe additional facts, observations or witnesses.

| | | | | ☒ a.m. ☐ p.m. |
|---|---|---|---|---|
| LT S. Harrison | 6284 | | 12/17/2014 | 10:40 |
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

---

## Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement     ☐ Investigative Status     Reasons:

Printed Name and Badge #          Shift Supervisor's Signature          Date
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer     Comment:

☒ Major infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ Minor infraction, submitted to Program Unit

SS.J. Cox 594          s/ J. Cox    594          12/17/14
Print Reviewing Officer's Name and Badge #     Reviewing Officer's Signature     Date

☒ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):

Sgt. Meyers 1180          s/ Signature          12-18-14
Print Hearing Investigator's Name and Badge #     Hearing Investigator's Signature     Date

### Procedures Applicable to all Hearings on Investigative and Disciplinary Reports
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

### Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign
s/ Dwaine Coleman          EL 14s
Offender's Signature          ID#

Sgt. Meyers          1180          s/ Signature
Serving Employee (Print Name)          Badge #          Signature

12-18-14          11:32
Date Served          Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature          ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report          Print offender's name          ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

Page 1 of _____

Printed on Recycled Paper

DOC 0317 (Rev 2/2007)

Distribution:   Master File
Offender
Facility (2)



Bruce Rauner
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

October 14, 2015

Dwaine Coleman
Register No. B62923
Pontiac Correctional Center

Dear Mr. Coleman:

This is the **final review to the remand** of August 19, 2015, wherein the Grievance Officer was instructed to provide statements from C/O Cavit and Lt. Mitchell and the issue of being segregated when asking for medical treatment.

Lt. Mitchell stated he never bullied or retaliated against Offender Coleman at any time. Any and all interactions with Offender was within the guidelines of Department rules. Lt. Mitchell provided he informed Offender that he needed to send Healthcare a request so he could be seen by Healthcare Staff for treatment. C/O Cavit was unable to be provided a statement to the Grievance Officer.

Based on a total review of all available information and a compliance check of the procedural due process safeguards outlined in DR504, this office is reasonably satisfied the issues grieved have now been appropriately addressed by the facility Admininistration, and recommends the grievance be denied. Staff misconduct cannot be substantiated.

FOR THE BOARD:    s/ Leslie McCarty

                 Leslie McCarty
                 Administrative Review Board
                 Office of Inmate Issues

CONCURRED:    s/ John R. Baldwin

                 John R. Baldwin
                 Acting Director    10/15/15

cc:   Warden, Pontiac Correctional Center
      Dwaine Coleman, Register No. B62923

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Coleman v. Vinson, et al. (15-898) IDOC No.:    000093

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: 09-01-15          Date of Review: 09-11-15          Grievance # (optional): vc-15-01-001

Offender: Coleman          ID#: B62923

**Nature of Grievance:** Staff Conduct-relief requested- To be released from seg and LT. Mitchell investigated for intimidation and threats..

**Facts Reviewed:** Staements provided by Lt Mitchell on 9-10-15 and 12-20-14 which Lt. states" he never bullied or retaliated against offender Coleman(b62923) at any time. Any and all interactions with offenders is within the guidelines of department rules". As for allegations of being segregated when asking for medical treatment statement provided by Lt Mitchell on 12-20-14 states offender said he was not getting proper medical treatment from healthcare, Lt. informed offender that he needed to send Healthcare a request so he could be seen by healthcare staff.

**Recommendation:** Based on the statement provided by the Lt. Mitchell and transfer to a different facility the relief requested has been answered, this grievance officer recommends offender's grievance be DENIED.

s/ Signature

Harold Buchmeier Ccii                          CCII
Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, Including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 9/14/15     ☑ concur     ☐ I do not concur     ☐ Remand

Comments:

s/ Signature

Chief Administrative Officer's Signature                          9/14/15
                                                                          Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature                    ID#                    Date

Coleman v. Vinson, et al. (15-898) IDOC No.:   000094

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)



Printed on Recycled Paper

Coleman v. Vinson, et al. (15-898) IDOC No.:     000095

9/10/15

I never bullied or retaliated against Offender Coleman B62203 at any time. Any and all interactions with any offender is within the guidelines or Departmental Rules

s/ Lt. Mitchell       S 747/14

Lt. Mitchell

4/0 CAvitt
on extended
LOA



**Illinois**
**Department of**
**Corrections**

Bruce Rauner
Governor

John R. Baldwin
Acting Director

1301 Concordia Court • P.O. Box 19277
Springfield IL 62794-9277

Telephone: (217) 558-2200
TDD: (800) 526-0844

August 19, 2015

Dwaine Coleman
Register No. B62923
Pontiac Correctional Center

Dear Mr. Coleman:

This is in response to your grievance received on March 2, 2015, regarding Staff Conduct (C/O Cavitt and Lt. Mitchell), which was alleged to have occurred at Vienna Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your grievance dated 11/17/14 wherein you state on 11/17/14 C/O Cavitt denied you from taking you medication and Lt. Mitchell bullied and retaliated against you for exercising your constitutional rights.

The Grievance Officer's Report (#15-01-001) and subsequent recommendation dated February 13, 2015 and approval by the Chief Administrative Officer on March 2, 2015 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that this grievance is being remanded back to the Grievance Officer per DR504 to obtain statements from C/O Cavit and Lt. Mitchell regarding the allegations against them. The Grievance Officer also needs to include a response as to Offender's allegations of being segregated when asking for medical treatment. Once the statements have been obtained, the Grievance Officer is to include them in his Grievance Officer's Report and provide the Offender and ARB with a copy of the new report. At that time, the grievance will then be reviewed.

FOR THE BOARD:   s/ Leslie McCarty
Leslie McCarty
Administrative Review Board
Office of Inmate Issues

CONCURRED:   s/ John Baldwin
John R. Baldwin
Acting Director
8/29/15

cc:   Warden, Pontiac Correctional Center
Grievance Officer, Vienna Correctional Center
Dwaine Coleman, Register No. B62923
Tickler

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: 2/13/15   Date of Review: 2/13/15   Grievance # (optional) 5-01-001

Offender: Coleman   ID#: B62923

Nature of Grievance: STAFF CONDUCT

Facts Reviewed: Offender Coleman #B62923 claims LT Michell, c/o Dent & CcII Julia Rodriguez Are Liar's + Bullies Also very Dishonest.

Recommendation: After reading The Grievance From Offender Coleman #B62923 iT is very clear THAT Offender Coleman is insolent + Disrespectful To STAFF. Grievance Denied.

c/o Keith PAGE   s/ Keith Page   3842
Print Grievance Officer's Name   Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| RECEIVED   Chief Administrative Officer's Response |
|---|

Date Received: MAR 0 2 2015   ☑ I concur   ☐ I do not concur   ☐ Remand

Comments: VIENNA CORRECTIONAL CENTER
WARDEN'S OFFICE

s/ Robert Hilliard   3/2/15
Chief Administrative Officer's Signature   Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature   ID#   Date

Coleman v. Vinson, et al. (15-898) IDOC No.:   000098

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE (Continued)

Coleman v. Vinson, et al. (15-898) IDOC No.:      000099

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 11-17-14 | Offender: (Please Print) Dwaine Coleman | ID#: B62993 |
|---|---|---|
| Present Facility: Vienna C.C. | Facility where grievance issue occurred: Vienna C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [ ] Medical Treatment

- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___   _____
  Date of Report              Facility where issued

Note:     Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

On todays date an unknown c/o working with c/o Cavitt in building #19 2nd floor Denied me from Taking my madication and using the wash room because he interupted my conversation with c/o Cavitt and I respectfuly told him I wasn't talking to him this c/o became enraged and cursed me out and said "I dont give a fuck what you gotta do go to your bunk" I told this c/o I was writting him up an I need a Crisis team because I'm in fear this c/o say fuck you Crisis get on

Relief Requested: To be released from Segregation and LT M____ investigated for retaliation and intimidation and threats.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| s/ Dwaine Coleman | B62993 | 11-17-14 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 12 / 1 / 14        [ ] Send directly to Grievance Officer        [ ] Outside jurisdiction of this facility. Send to
                                                                                Administrative Review Board, P.O. Box 19277,
                                                                                Springfield, IL  62794-9277

Response: OFFENDER NEVER DECLARED A HUNGER STRIKE. OFFENDER WAS PLACED IN SEGREGATION DUE TO ODR THAT WAS WRITTEN. OFFENDER WAS RESTRAINED IN HAND RESTRAINTS DUE TO ODR THAT WAS WRITTEN BY C/O DONT. OFFENDER STATED TO LT. MITCHELL THAT HE WAS NOT GETTING PROPER MEDICAL TREATMENT FROM HEALTH CARE. OFFENDER WAS INFORMED THAT HE NEEDED TO SEND HEALTH CARE A REQUEST SO HE COULD BE SEEN.

| JULIA RODRIGUEZ  CCII | s/ Julia Rodriguez | 12/22/14 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: 11 / 18 / 2014        Is this determined to be of an emergency nature?    [ ] Yes; expedite emergency grievance
                                                                                          [x] No; an emergency is not substantiated.
                                                                                          Offender should submit this grievance
                                                                                          in the normal manner.

DEC 05 2014

JAN 15 ____                s/ _____                    11 / 18 / 2014
                          Chief Administrative Officer's Signature                    Date

Distribution: Master File; Offender.                Page 1                    DOC 0046 (8/2012)
                                                Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

your bunk which I complied but sent a note to the other C/O asking for crisis team the C/O I had trouble with wrote me a false ticket for telling him I was reporting him. I was on wing talking to him and went to bunk when told. This is the second false write up I received at Vienna C.C. in span of 11 days. Lt. Mitchell tried to talk me out of my complaint and told me if I presue my complaint he would put me in segregation so I told Lt Mitchell that he go have to do that because I want my issues Documented I also declared hunger strike and so far that protocol has not been followed because I'm still in Cell Cutin offenders with food. Lt Mitchell made that Call as well. Lt Mitchell retaliated against me for excercising my constitutional rights. C/O rampage and crisis lady was present to witness Lt Mitchell retaliation threat but I doubt they will go against their Boss. Also I must note that I was handcuffed before I saw crisis team and to my knowledge that has never been protocol so the threat was made obvious that if I presue my issue things would get worse. I have medical issues and was segregated for asking for treatment to aleve the pain. Once again I have been targeted for excercising my constitutional rights in the grievence paredure. I have wrote several grievence about misconduct and Vienna C.C. Cutin offiare compromising with the free world by delay or exploitation and processing phone and visiting Ish and because of this I have become a target. I must note is as of this date none of my grievences have been answered. Lt Mitchell tried to intimidate and belittle me for excercising my rights. I believe Lt Mitchell is a dishonest bully and need to be investigated.

<center>C/O Determined to be C/O T
Dent</center>

Coleman v. Vinson, et al. (15-898) IDOC No.:          000101

TO: Grievance officer!
ApPeal (outgoing mail.)

12-23-14

Counselor Julia Rodriguez is a liar
due to fact she has repeatedly lied on grievance
responses. I declared hunger strike on 11-17-14
and did not consume food for four days while
in 3rd seg bull pen. I informed Major Cox
about protocol not being followed. C/o Potts
was five day officer and kitchen only brought
seven trays daily because the kitchen had hunger
strike documented unless Vienna C.C. violated
protocol and didn't record it. Counselor Rodriguez
is dishonest and biased towards offenders because
she justifies misconduct in every single response
and blatantly lies. LT Harrison knows name of
C/o I slipped note to declaring hunger strike so
I refute all lies Julia Rodriguez tells to cover up
corruption.

Dwaine Coleman #B62923

s/ Dwaine Coleman

MRS V- Mental Health also was informed!



**Illinois**
Department of
**Corrections**

Pat Quinn
Governor

S. A. Godinez
Director

Vienna Correctional Center / 6695 State  Rte 146 East / Vienna, IL 62995 / Telephone: (618) 658-8371 / TDD: (800) 526-0844 / Fax:  (618) 658-4492

MEMORANDUM

DATE:          December 17, 2014

TO:             Lt. David Mitchell                    **SECOND REQUEST**

FROM:         Julia Rodriguez                       a/ Julia Rodriguez
                Correctional Counselor II

SUBJECT:     Grievance Response

Please find attached grievance dated 11/17/14 that I received from Offender Dwaine Coleman
B63923 on 12/1/14 regarding treatment in segregation.

The Warden has requested that responses to grievances be sent back within 5 days.

Thank you for your help.

Attachment(s)

12/20/14

Offender never Declared hunger strike, Offender was placed
in segregation (Temp. Confinement) due to ODR that was written. Offender
was Restrained in Hand Restraints due to ODR that was written by C/o Dent.
Offender stated to me that he was not getting proper medical
treatment from Healthcare. I informed Offender that he needed
to send Healthcare A Request so he could be seen. Offender's grievance
Refers to me As A 'bully' And dishonest which is very Insolent
Towards this staff. ___ 5747



**Illinois**
**Department of**
**Corrections**

**Bruce Rauner**
Governor

**John R. Baldwin**
Acting Director

1301 Concordia Court • P.O. Box 19277
Springfield IL 62794-9277

Telephone: (217) 558-2200
TDD: (800) 526-0844

August 19, 2015

Dwaine Coleman
Register No.  B62923
Pontiac Correctional Center

Dear Mr. Coleman:

This is in response to your grievance received on March 2, 2015, regarding Staff Conduct (C/O Cavitt and Lt. Mitchell), which was alleged to have occurred at Vienna Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your grievance dated 11/17/14 wherein you state on 11/17/14 C/O Cavitt denied you from taking you medication and Lt. Mitchell bullied and retaliated against you for exercising your constitutional rights.

The Grievance Officer's Report (#15-01-001) and subsequent recommendation dated February 13, 2015 and approval by the Chief Administrative Officer on March 2, 2015 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that this grievance is being remanded back to the Grievance Officer per DR504 to obtain statements from C/O Cavit and Lt. Mitchell regarding the allegations against them. The Grievance Officer also needs to include a response as to Offender's allegations of being segregated when asking for medical treatment. Once the statements have been obtained, the Grievance Officer is to include them in his Grievance Officer's Report and provide the Offender and ARB with a copy of the new report. At that time, the grievance will then be reviewed.

FOR THE BOARD: _____

s/ Leslie McCarty

Leslie McCarty
Administrative Review Board
Office of Inmate Issues

CONCURRED:_____

s/ John Baldwin

John R. Baldwin
Acting Director

8/29/15

cc:   Warden, Pontiac Correctional Center
      Grievance Officer, Vienna Correctional Center
      Dwaine Coleman, Register No. B62923
      Tickler

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: 2/13/15    Date of Review: 2/13/15    Grievance # (optional) 15-01-001

Offender: COLEMAN                                    ID#: B62923

Nature of Grievance: STAFF CONDUCT

Facts Reviewed: Offender Coleman #B62923 claims LT Michell, c/o Dent & Cell Julia Rodriguez Are Liar's + Bullies. Also Very Dishonest.

Recommendation: After reading The Grievance From Offender Coleman #B62923 iT is very clear ThaT Offender Coleman is iNsolent + DisrespecTFul To STAFF. Grievance Denied.

c/o Keith PAGE                          s/ Keith Page
Print Grievance Officer's Name                3847
                                      Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| ~~RECEIVED~~ Chief Administrative Officer's Response |
|---|

Date Received: MAR 0 2 2015    ✓ I concur    ☐ I do not concur    ☐ Remand

Comments: VIENNA CORRECTIONAL CENTER
WARDEN'S OFFICE

RECEIVED

MAR 2 3 2015

ADMINISTRATIVE
REVIEW BOARD

s/ Robert Hilliard                          3/2/15
Chief Administrative Officer's Signature        Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

                                      Date Received

s/ Dwaine Coleman                    B62923        3/16/15
Offender's Signature                    ID#          Date

Coleman v. Vinson, et al. (15-898) IDOC No.:      000105

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 11-17-14 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |

| Present Facility: Vienna C.C. | Facility where grievance issue occurred: Vienna C.C. |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☒ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
Date of Report                    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On todays date an unknown C/o working with C/o Cavitt
in building #19 2nd floor Denied me from Taking my
medication and using the wash room because he interupted
my conversation with C/o Cavitt and I respectfully told him
I wasn't talking to him this C/o became enraged and
Cursed me out and Said "I dont give a fuck what you
gotta do. go to your bunk" I told this C/o I was
watting. him up and I need a Crisis team because
I'm in pain this C/o Said fuck your Crisis get on →

Relief Requested: To be released from Segregation and LT Mitchell
investigated for retaliation and intimidation and threats.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Dwaine Coleman                    B62923                    11/17/14
Offender's Signature                    ID#                    Date

(Continue on reverse side if necessary)

**RECEIVED**

| **Counselor's Response (if applicable)** | MAR 23 2015 |

Date Received: 12/1/14     ☐ Send directly to Grievance Officer     ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**ADMINISTRATIVE REVIEW BOARD**

Response: OFFENDER NEVER DECLARED A HUNGER STRIKE. OFFENDER WAS PLACED IN
SEGREGATION DUE TO ODR THAT WAS WRITTEN. OFFENDER WAS RESTRAINED IN HAND
RESTRAINTS DUE TO ODR THAT WAS WRITTEN BY C/O DENT. OFFENDER STATED
TO LT. MITCHELL THAT HE WAS NOT GETTING PROPER MEDICAL TREATMENT FROM
HEALTH CARE. OFFENDER WAS INFORMED THAT HE NEEDED TO SEND HEALTH CARE
A REQUEST SO HE COULD BE SEEN.

JULIA RODRIGUEZ  CCII          s/ Julia Rodriguez          12/22/14
Print Counselor's Name                    Counselor's Signature          Date of Response

| **EMERGENCY REVIEW** |

Date Received: 11/18/2014     Is this determined to be of an emergency nature?     ☐ Yes; expedite emergency grievance
                                                                                      ☒ No; an emergency is not substantiated.
                                                                                      Offender should submit this grievance in the normal manner.

DEC 05 2014

Hilliard
Chief Administrative Officer's Signature          11/18/2014
                                                            Date

Distribution: Master File; Offender.          Page 1          DOC 0046 (8/2012)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

your bunk which I complied but sent a note to the other C/O asking for crisis team the C/O I had trouble with wrote me a false ticket for telling him I was reporting him. I was on wing talking to him and went to bunk when told. This is the second false write up I received at Vienna C.C. in span of 11 days Lt Mitchell tried to talk me out of my complaint and told me if I presue my complaint he would put me in Segregation so I told Lt Mitchell that he go have to do that because I want my issues Documented I also declined hunger strike and so far that protocal has not been followed because I'm still in Cell with offenders with food. Lt Mitchell made that Call as well. Lt Mitchell retaliated against me for exceccising my Constitutional rights. C/o Rampage and crisis lady was present to witness Lt Mitchell retaliation threat but I doubt they will go against their Boss. Also I must note that I was handcuffed before I saw crisis team and to my Knowledge that has never been protocol so the threat was made obvious that if I presue my issue things would get worse. I have medical issues and was Segregatated for asking for treatment to alive the pain. Once again I have been targeted for exceccising my Constitutional rights to the grievance procedure. I have wrote Several grievances about misconduct and Vienna C.C. cutting off our Communication with the free world by delaring orientation and processing phone and visiting list and because of this I have become a target. I must note as of this date none of my grievances have been answered. Lt Mitchell tried to intimidate and belittle me for exceccising my rights. I believe Lt Mitchell is a dishonest bully and need to be investigated.

C/O Determined to be C/O J. Dent

Coleman v. Vinson, et al.                   IDOC No.:   000107

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | | |
|---|---|---|---|
| **Name:** COLEMAN, DWAINE M | | **IDOC Number:** B62923 | **Race:** BLK |
| **Hearing Date/Time:** 11/21/2014  08:38 AM | | **Living Unit:** PON-N-01-12 | **Orientation Status:** N/A |
| **Incident Number:** 201404442/1 - VIE | | **Status:** Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 11/17/2014 | 201404442/1-VIE | DENT, JACOB M | BUILDING 19 | 08:00 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 304 | Insolence | Not Guilty |
| 403 | Disobeying A Direct Order | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS

OFFENDER PRESENT FOR SCHEDULED HEARING, IDR READ, AND OFFENDER PLEAD NOT GUILTY TO 304/403. OFFENDER STATES HE WAS NOT GIVE 24 HOURS NOTICE OF HEARING.  OFFENDER STATES THAT THE IDR WAS NOT HEARD WITHIN 72 HOURS AND SHOULD BE THROWN OUT.  OFENDER STATES HE WAS NOT ALLOWED TO SUBMIT HIS WRITTEN STATEMENT.  OFFENDER CLAIMS THAT HIS WITNESS'S WERE NOT CALLED AND THE OFFENDER FEELS HIS DUE PROCESS HAS BEEN VIOLATED AND THAT THIS IS A VIOLATION OF IL ADMIN CODE.  OFFENDER STATES THE OFFICER LIED.

## BASIS FOR DECISION

BASED ON AN IDR WRITTEN BY OFFICER DENT THAT STATES OFFENDER COLEMAN REPORTED TO THE OFFICER'S DESK AND STATED HE HAD A PASS.  DENT INFORMED COLEMAN THAT THERE WERE NOT ANY7 PASSES.  AT THAT POINT COLEMAN JUST STOOD THERE AND MUMBLEDSOMETHING UNDER HIS BREATH. DENT INFORMED COLEMAN TO RETURN TO HIS BUNK 2 MORE TIMES.  COLEMAN STATED I'M NOT TALKING TO YOU AND BEGAN TO GET LOUD IN FRONT OF OTHER OFFENDERS.  DENT AGAIN TOLD COLEMAN TO GO BACK TO HIS BUNK., COLEMAN REMAINED JUST LOOKING AT DENT.  DENT HAD TO TELL COLEMAN 2 MORE TIMES TO RETURN TO HIS BUNK.

OFFENDER IDENTIFIED BY STATE ISSUE PHOTO ID

OFFENDER WAS SERVED IDR ON 11/19/14 AT 1:30P AND HEARING WAS CONDUCTED ON 11/21/14 AT 8:38A.

OFFENDER FAILED TO TURN IN ANY WITNESS REQUEST FORMS TO THE ADJUSTMENT COMMITTEE

OFFENDER REPORTED TO THE ADJUSTMENT COMMITTEE HEARING AND FAILED TO BRING HIS WRITTEN STATEMENT TO TURN IN

ADJUSTMENT COMMITTEE IS REASONABLY SATISIFIED OFFENDER COMMITTED 403

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 1 Months B Grade | 1 Months B Grade |
| 5 Days  Segregation | 5 Days  Segregation |
| Basis for Discipline:NATURE OF OFFENSE | |

## Signatures
### Hearing Committee

| | | | |
|---|---|---|---|
| RAMAGE, JOHN H  - Chair Person | | 11/21/14 | WHI |
| | Signature | Date | Race |

Page 1 of 2

Coleman v. Vinson, et al. (15-898) IDOC No.:        000108

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** COLEMAN, DWAINE M | **IDOC Number:** B62923 | **Race:** BLK |
| **Hearing Date/Time:** 11/21/2014   08:38 AM | **Living Unit:** PON-N-01-12 | **Orientation Status:** N/A |
| **Incident Number:** 201404442/1 - VIE | **Status:** Final | |

## Signatures
### Hearing Committee

| | | | | |
|---|---|---|---|---|
| THAI, CAM V | | | 11/21/14 | UNK |
| | | Signature | Date | Race |
| Recommended Action Approved | | | | |

---

**Final Comments:** N/A

---

JEAN A CAMPANELLA / LJL  11/21/2014                         11/21/14

**Chief Administrative Officer**          Signature                    Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

CHANNA L HARRISON                          1/7/2015          08:00 AM

**Employee Serving Copy to Committed Person**      When Served  - - Date and Time

Coleman v. Vinson, et al. (15-898) IDOC No.:      000109

4442

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Disciplinary Report**

Date: 11-17-14

| Type of Report: | |
|---|---|
| ☒ Disciplinary | ☐ Investigative |

Vienna Facility

Offender Name: Coleman    ID #: B62923

Observation Date: 11-17-14   Approximate Time: 8:00  ☒ a.m. ☐ p.m.   Location: 2nd floor Office desk

Offense(s): DR 504: 304 - Insolence / Disobeying a Direct order - 408

Observation: (NOTE: Each offense identified above must be substantiated) on the above date and approximat time this R/o was assigned to 2nd floor movement Inmate Coleman # B62923 Came to the Desk and said he had a pass this R/o Informed Inmate Coleman # B62923 that there was no pass Inmate just stood there and said something under his breath this R/o Informed him to go back to his bunk 2 more times Inmate stated I am not talking to you then started to get real loud Infront of other Inmates also this R/o told him again to go back to his bunk Inmate just standing there cooking at this R/o Inmate went back after this R/o told him 2 more times to go back to his bunk. I/o made my state I/O

Witness(es): C/o Cash

☐ Check if Offender Disciplinary Continuation Page, DOC 0317 is attached to describe additional facts, observations or witnesses.

| C/o S. Dent | 9877 | s/ S. Dent | 11-17-14 | 8:15 ☒ a.m. ☐ p.m. |
|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

**Disciplinary Action**

Shift Review: ☒ Temporary Confinement  ☐ Investigative Status   Reasons: Serious Nass of Offense

Lt Mitchell   5747   s/ Lt. Mitchell 74 7/14   11-17-14
Printed Name and Badge #   Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer)   Date

Reviewing Officer's Decision: ☒ Confinement reviewed by Reviewing Officer   Comment: Continue Confinment

☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

C. Harris Ikn   960   s/ Signature   11-17-14
Print Reviewing Officer's Name and Badge #   Reviewing Officer's Signature   Date

☒ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):

Lt. J Davis   11086   s/ Lt. J. Davis   11-19-14
Print Hearing Investigator's Name and Badge #   Hearing Investigator's Signature   Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material suc as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign   ☒ s/ Dwaine Coleman
Offender's Signature   x B62903

Lt. J Davis   11086   s/ J. Davis
Serving Employee (Print Name)   Badge #   Signature

11-9-14   1:30 ☒ am ☐ pm
Date Served   Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____   _____
Offender's Signature   ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

_____   _____   _____
Date of Disciplinary Report   Print offender's name   ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Re of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

Page _____ of _____

● Distribution:   Master File
Offender
Facility (2)

DOC 0317 (Rev



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**JOHN R. BALDWIN**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Coleman, Dwaine_

Date: _8/28/15_

Register # _B62923_

Facility: _Pontiac_

This is in response to your grievance received on _4/13/15_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _12/14/14_ Grievance Number: _14-12-027_ Griev Loc: _Vienna_

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

☑ Personal Property _Missing shower shoes & address book_

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
    Incident # _____

○ Other _____

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

○ Denied, in accordance with DR504F, this is an administrative decision.

☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ In addition, property items are to be disposed of in accordance with DR501C.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

☑ Other: _Offender claims he has receipts and inventory sheets but failed to provide them for the ARB to review_

FOR THE BOARD: _Leslie McCarty_ s. Leslie McCarty
Leslie McCarty
Administrative Review Board

CONCURRED: s/ John Baldwin
John R. Baldwin
Acting Director
_8/31/15_

CC: Warden, _Pontiac_ Correctional Center
    _Coleman, Dwaine_, Register No. _B62923_

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
| --- |

**Date Received:** December 19, 2014     **Date of Review:** March 18, 2015     **Grievance #** (optional): vc-14-12-027

**Offender:** Dwaine Coleman             **ID#:** B62923

**Nature of Grievance:** Personal Property - Offender alleges that he was informed on 12/14/14 that his address book, shower shoes, and copies of grievances were missing from his property. Offender claims he had them in his seg cell with him until he was moved to an "isolation cell". Offender requests that his shower shoes be replaced.

**Facts Reviewed:** Offender's Grievance, Inventory Sheet dated 11/17/14

According to our records, Offender Coleman was moved to Seg on 12/8/14.

A review of Offender's 11/17/14 Inventory Sheet doesn't indicate Offender owned a pair of shower shoes.

The 11/17/14 Inventory Sheet also notes "o" next to where it says "address book".

The Offender provides no documentation to show that he purchased either of these items after 11/17/14. *(Received 3-31-15)*

Offender signed his inventory sheet on 12/17/14 certifying that he received all his property.

*I have receipts and inventory sheets to refute Vienna c.c Corruption and lies so good luck sticking to that story which will Prove my point in Court that everything come out of Vienna c.c is a drop lie and cover up of prior lies (whole Corrupt institution) I thought Worden Hilliard lied and said he was retiring also! I bet it Shew I acquired at Vienna with address book and have receipt saying I bought Shower Shoes Also Inventory Sheet is total lie.*

**Recommendation:** Based on a total review of available information, it is the Recommendation of this Grievance Officer that Offender's Grievance be DENIED. Offender's allegations that we lost his property are not substantiated.

*Major Campbell Told me a Inmate Transferred to Shawnee with Same last name may have been given my address book and Shower Shoes so Keep switching story and telling lies.*

s/ Karen Elder

Karen Elder, Ccii
Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
| --- |

**RECEIVED**

**Date Received:**      [✓] I concur      [ ] I do not concur      [ ] Remand

MAR 2 0 2015

**Comments:**

VIENNA CORRECTIONAL CENTER
WARDEN'S OFFICE

**RECEIVED**

APR 1 3 2015

s/ Robert Hilliard         ADMINISTRATIVE 3-30-15

Chief Administrative Officer's Signature        REVIEW BOARD    Date

| Offender's Appeal To The Director |
| --- |

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

s/ Dwaine Coleman         B62923      4-5-15

Offender's Signature        ID#      Date

Coleman v. Vinson, et al. (15-898) IDOC No.:    000112

Copied for filing in accidental destruction.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

14-12-027

| Date: 12-14-14 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
|---|---|---|

| Present Facility: Vienna C.C | Facility where grievance issue occurred: Vienna C.C |
|---|---|

**NATURE OF GRIEVANCE:**

☒ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☒ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___     _____
       Date of Report             Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Summary of Grievance (Provide Information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

ON Todays date, 12-14-14 C/O Stewart informed me at
aprox 2:50 pm That he called to Check on my address
book, Shower Shoes and Copies of grievances I filed that
was left in cell Seven on third floor see Which Sgt.
Jordan didn't allow me to take with me when he moved
me to an Isolation cell and informed me he was told not
to give me anything Cutting off all my Communication with
the outside world. Sgt. Jordan assured me those items
would be placed in my property which he lied because this

Relief Requested: My Shower Shoes replaced and an independent investigation
to all the misconduct directed at me and person identified who was
ordered to dispose of and destroy my property.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Dwaine Coleman          B62923     12,14,14
     Offender's Signature                 ID#            Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to
                                                  Administrative Review Board, P.O. Box 19277,
                                                  Springfield, IL 62794-9277

Response: GRIEVANCE

          DEC 1 8 2014

         GRIEVANCE OFFICER

**RECEIVED**

_____         APR 13 2015   Counselor's Signature     ___/___/___
Print Counselor's Name                                                     Date of Response

**RECEIVED**       **ADMINISTRATIVE REVIEW BOARD**    **EMERGENCY REVIEW**

Date Received: DEC 18 2014    Is this determined to be of an emergency nature?

VIENNA CORRECTIONAL CENTER    ☒ Yes; expedite emergency grievance
WARDEN'S OFFICE      ☐ No; an emergency is not substantiated.
                                          Offender should submit this grievance
s/ Robert Hilliard               in the normal manner.

Chief Administrative Officer's Signature                           12,18,14
                                                             Date

Distribution: Master File; Offender             Page 1                  DOC 0046 (8/2012)
Printed on Recycled Paper

Coleman v. Vinson, et al. (15-898) IDOC No.:     000113

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Corrupt institution disposed of my property illegaly and un-lawfully. THis is a Vindictive and deliberate, malisious act because my address book was invaluable and cannot be replaced, it contained Legal Contacts, Personal Contacts, Prison reform group Contacts, State representitive contacts and work product of business blue prints that cannot be ~~was~~ recovered This is not a mistake because my blue ride book with more Legal Contacts and case law that concerns misconduct at Vienna C.C. was also stolen out of my property box along with a letter from John Howard association with their address on it Clearly labled privileged mail, THis misconduct pattern is very clear when you factor in that my civil suit forms for the Southern District of Illinois involving Vienna C.C. was denied me. I have been Threatened and obstructed at every Turn by this administrations Corruption and misconduct. ~~Due~~ due to this level of Corruption and threats made by a Correctional ~~Sergt~~ LT and an officer I am in fear of my safety and life and am expiencing regular anxiety and panic attacks. I was still at Vienna C.C. when my property was destroyed and stolen by I.A. (I believe) I Know for fact Internal affairs searched all my property and Know it's not a coincidence that all evidence against Vienna C.C. has been stolen from me and destroyed. My property was intentionally destroyed by Vienna C.C. and its administration

RECEIVED
AUG 0 9 2016
ADMINISTRATIVE
REVIEW BOARD

DOC 0046 (8/2012)

Coleman v. Vinson, et al. (15-898) IDOC No.:    000114

ILLINOIS DEPARTMENT OF CORRECTIONS.

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: *Coleman* *Dwaine* *B62923*
Last Name          First Name          MI          IDN

Facility: *Pontiac CC*

☒ Grievance: Facility Grievance # (if applicable) *14-12-029* Dated: *11/24/14*   or ☐ Correspondence: Dated:

Received: *3/22/15* Regarding: *Mail Handling / Staff Conduct*
Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL   62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
Date

☒ No justification provided for additional consideration.

---

Other (specify): *Offender failed to provide dates or names for ARB for review. Offender is now housed at Pontiac*

Completed by: Leslie McCarty          s/ Leslie McCarty          *7/30/15*
Print Name                    Signature                    Date

Printed on Recycled Paper

Distribution:   Offender          DOC 0070 (Rev.4/2013)
Inmate Issues

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: 2 / 5 / 15   Date of Review: 2 / 5 / 15   Grievance # (optional) 14-12-029

Offender: Coleman   ID#: B62923

Nature of Grievance: MAil HANDLiNG / STAFF conducT

Facts Reviewed: Offender Coleman # B62923 claims That All c/o's That work 3rd Floor oF Building 19 Arc on A control Freak, Power struck, Self important illusion So They play Games with our mAiL". In response To offender Coleman # B62923 The mAil on 3rd Floor is passed out The SAme DAy That The 3rd Floor c/o's receiv iT. IT is passed out AFTer 9:00 pm Becuse That is when All offenders Are BAck From work, med line, chapel, + All other Lines.

Recommendation: On Offender Coleman's # B62923 Grievance he STATes That This is his 14Th Grievance. This Grievance Officer Does not Know where The rest Arc, But This Grievance is Denied.

c/o Keith PAGe
Print Grievance Officer's Name

s/ Keith Page   3847
Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

RECEIVED

Date Received: MAR 0 2 2015

Comments: VIENNA CORRECTIONAL CENTER WARDEN'S OFFICE

[✓] I concur   [ ] I do not concur   [ ] Remand

RECEIVED
MAR 2 3 2015
ADMINISTRATIVE REVIEW BOARD

Chief Administrative Officer's Signature

3 / 2 / 15
Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Date received

s/ Dwaine Coleman
Offender's Signature

B62923
ID#

3 / 16 / 15
Date

Coleman v. Vinson, et al. (15-898) IDOC No.:      000116

*This is my 11th grievance and as of this date none have been answered - 14-12-029*

*Copies for the site. Case of accidental destruction. #2*

## ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 11-24-14 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
|---|---|---|

| Present Facility: Vienna C.C. | Facility where grievance issue occurred: Vienna C.C. |
|---|---|

### NATURE OF GRIEVANCE:

☐ Personal Property  ☒ Mail Handling  ☐ Restoration of Good Time  ☐ ADA Disability Accommodation
☐ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___  _____
Date of Report   Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

According to Illinois Administrative Code (Mail Handeling) Inmate mail is supposed to be delivered Promptly, yet C/O's in Building #19 3rd floor Sit with their feet kicked up on the desk Playing Cards while our mail Sits on the desk till they decide to Pass it out after 9 pm at night. Already tapped with the fact that Vienna C.C. takes weeks (up to 4) to even except our Phone and Visiting list it. is Clear that this administration is impeding our Communication with the free world and our family. I have been in my

Relief Requested: Mail to be delivered to offenders promptly, like second floor receives theirs.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Dwaine Coleman _____   B62923   11/24/14
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: 11/26/14  ☐ Send directly to Grievance Officer  ☒ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: NOT MARKED EMERGENCY. OFFENDER FAILS TO LIST THE NAMES OF THE SPECIFIC OFFICERS HE IS TALKING ABOUT SO THIS GRIEVANCE CANNOT BE PROCESSED. MORE SPECIFIC INFORMATION IS REQUIRED.

Julia Rodriguez CCII   s/ Julia Rodriguez   12/5/14
Print Counselor's Name   Counselor's Signature   Date of Response

### EMERGENCY REVIEW

Date Received: _____   RECEIVED   Is this determined to be of an emergency nature?
DEC 19 2014   MAR 2 3 2015   ☐ Yes; expedite emergency grievance
GRIEVANCE OFFICER   ADMINISTRATIVE REVIEW BOARD   ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____   ___/___/___
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender   Page 1   DOC 0046 (8/2012)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

assigned bunk since 11-21-14 but yet mail room is still sending previous offenders mail to my bunk so I am not receiving my mail. C/O's in building #19 2nd floor delivers mail right after 3pm count so I know the 3rd floor C/O's are on a control freak, power struck, self important illusion so they play games with our mail. I have not saw or heard from a Counselor in unit #19 since I've been at Vienna C.C. I talked to MS. Houston while in segregation but she does not handle grievances as she shouldn't, but this lack of grievance return is very frustrating and ~~senseless~~ ridiculous.

I am an offenders rights advocate and as such I document all misconduct to show culture of corruption accepted as norm at Vienna C.C.

Coleman v. Vinson, et al. (15-898) IDOC No.:      000118

ILLINOIS DEPARTMENT OF CORRECTIONS.

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Coleman_ _Dwaine_ ___ MI _B62923_ IDR#

Facility: _Pontiac CC_

☒ Grievance: Facility Grievance # (if applicable) _14-12-028_ Dated: _____ or ☐ Correspondence: Dated: _____

Received: _2/23/15_ Regarding: _Staff Conduct Unarmed female officer_
Date _turned on the fan_

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL   62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____ Date

☐ No justification provided for additional consideration.

Other (specify): _Offender failed to provide name of female officer to review; offender's conjecture officer wanted to sleep. Offender now at Pontiac_

Completed by: _Leslie McCarty_       s/ Leslie McCarty       _7-30-15_
Print Name       Signature       Date

Printed on Recycled Paper       DOC 0070 (Rev.4/2013)

Distribution: Offender
Inmate Issues

Coleman v. Vinson, et al. (15-898) IDOC No.:   000119

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: 2/13/15   Date of Review: 2/13/15   Grievance # (optional): 14-12-028

Offender: Coleman   ID#: B62923

Nature of Grievance: STAFF CONDUCT

Facts Reviewed: OFFENDER Coleman #B62923 claims THAT A Female C/O Turned on A FAN, in SEG AND OFFENDER GOT COLD.

Recommendation: BAsed upon A review of The FACTS This Grievance is without merit. Grievance Denied.

C/O Keith PAGE
**Print Grievance Officer's Name**
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

s/ Keith Page  384
**Grievance Officer's Signature**

---

| RECEIVED   Chief Administrative Officer's Response |
|---|

Date Received: MAR 02 2015   ☑ I concur   ☐ I do not concur   ☐ Remand

RECEIVED

Comments:
VIENNA CORRECTIONAL CENTER
WARDEN'S OFFICE

MAR 2 3 2015

ADMINISTRATIVE
REVIEW BOARD

s/ Robert Hilliard
**Chief Administrative Officer's Signature**

3/2/15
**Date**

---

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Date received

s/ Dwaine Coleman   B62923   3/16/15
**Offender's Signature**   **ID#**   **Date**

Coleman v. Vinson, et al. (15-898) IDOC No.:      000120

Copied for file

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

19. 3-12A

| Date: 11-18-14 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
| Present Facility: Vienna C.C. | Facility where grievance issue occurred: Vienna C.C. | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☑ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify): _____

☐ Disciplinary Report: _____ / _____ / _____
             Date of Report           Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
     Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     Chief Administrative Officer, only if EMERGENCY grievance.
     Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
     administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
     Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On Today's date Third shift female C/O put industrial strength fan on us to punish everyone because people were Talking and she couldn't sleep through her shift It is winter time and very cold in this Segregation cage. This fan has been blowing all night freezing us in a maliscious vindictive manner all because this C/O is mad because she cant sleep through her shift. C/O's have been openning windows freezing us as punishement when they get frustated at certain →

Relief Requested: For this cruel punishment to be stopped and C/O to be addressed.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Dwaine Coleman       B62923    11/18/14
Offender's Signature               ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 11 / 24 / 14    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: NOT MARKED EMERGENCY; OFFENDER FAILS TO LIST THE NAME OF THE SPECIFIC OFFICER HE IS TALKING ABOUT SO THIS GRIEVANCE CANNOT BE PROCESSED. MORE SPECIFIC INFORMATION IS REQUIRED.

JULIA RODRIGUEZ   CC.II     s/ Julia Rodriguez     12-15-14
Print Counselor's Name            Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date Received: _____    RECEIVED    Is this determination to be an emergency nature?    ☐ Yes; expedite emergency grievance
          DEC 16 2014      MAR 23 2015    ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.
          GRIEVANCE OFFICER    ADMINISTRATIVE REVIEW BOARD
          Chief Administrative Officer's Signature         _____ / _____ / _____
                                       Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

individuals to make us pay as a whole. This behavior
is very cruel and malicious to freeze us as punishment
because she wants to sleep on the Job. Witness list
has been assembled because this institution dont care
how we are treated and stand by their officers
misconduct. I was basically told that by Major
Peck. This C/O covered her name Tag and refused to give
her name.

Printed on Recycled Paper

9-895

Coleman V. Vinson, et al. (15-898) IDOC No.:      000122



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**GLADYSE C. TAYLOR**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Coleman, Dwaine_     Date: _7/30/15_

Register # _B62923_

Facility: _Pontiac C C_

This is in response to your grievance received on _3/23/15_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _11/11/14_ Grievance Number: _14-11-033_ Griev Loc: _Vienna_

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

☒ Disciplinary Report dated _201404357/1-VIE_
Incident # _11/10/14_

○ Other _____

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

○ Denied, in accordance with DR504F, this is an administrative decision.

☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ In addition, property items are to be disposed of in accordance with DR501C.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

☒ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

○ Other: _____

FOR THE BOARD: _s/ Leslie McCarty_
Leslie McCarty
Administrative Review Board

CONCURRED: _s/ Gladyse Tyalor_
Gladyse C. Taylor
Acting Director
8/7/15

CC:   Warden, _Vienna_ Correctional Center
_Coleman, Dwaine_ Register No. _B62923_

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: __1__ / __31__ / __2015__   Date of Review: __1__ / __31__ / __2015__   Grievance # (optional): __14-11-033__

Offender: _Coleman, Dwaine M._   ID#: _B62923_

Nature of Grievance: _Disciplinary Report on 11/10/14 at Vienna C.C._

Facts Reviewed: _This officer has reviewed I/n Coleman's B62923 grievance;_
_The offender Disciplinary Report written by C/o Cavitt 13670 which_
_contains no accusation of I/n Coleman damaging his personal bed sheets and_
_I/n Coleman claiming the Tovel on the line, which I/n Coleman also make claim to_
_in Offender Grievance; Shakedown Record given to I/n Coleman for the_
_altered bed sheet; Request for witness + Adjustment Committee Final_
_Summary Report, where I/n Colemans witness Avalos M38650 concures_
_with I/n Coleman that the line was already in place when I/n Coleman moved in_
_and I/n Coleman admitted to using the line attached to his bed_

Recommendation: _The Final Results of the Adjustment Committee stand as_
_is according to the Final Summary Report and the request for an_
_investigation on C/o Cavitt be denied_

_James Randolph   9765_
Print Grievance Officer's Name

s/ James Randolph
Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

RECEIVED

| Chief Administrative Officer's Response |
|---|

Date Received: MAR 0 2 2015   ☑ concur   ☐ I do not concur   ☐ Remand

Comments: VIENNA CORRECTIONAL CENTER
WARDEN'S OFFICE

RECEIVED

MAR 2 3 2015

ADMINISTRATIVE
REVIEW BOARD

s/ Robert Hilliard

Chief Administrative Officer's Signature      __3__ / __2__ / __15__
                                                Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Date received

s/ Dwaine Coleman

Offender's Signature      B62923      __3__ / __16__ / __15__
                          ID#          Date

Copied and recssed of
SUBMISSION FILE DR 14-11-14

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

14-11-033

| Date: 11-11-14 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
|---|---|---|

| Present Facility: Vienna C.C. | Facility where grievance issue occurred: Vienna C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ ADA Disability Accommodation |
|---|---|---|---|
| ☐ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☐ Other (specify): |

☒ Disciplinary Report: 11 / 10 / 14 ___Vienna C.C.___
          Date of Report            Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer**, only if EMERGENCY grievance.
    **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 11-10-14 C/o Cavitt wrote me a Disciplinary report for 202-Damage misuse of property which is a blatant false report for a string hanging on side of bunk C/o Cavitt was aware I just arrived in Vienna a few days prior and string was there prior to my bed assignment, furthermore I showed C/o Cavitt that my bed sheets were still intacte intact with no tears, As for 202 and redundant DR 404 I have not yet attended ocientation and therefore have not been apised of the Disciplinary rules and sanctions for those subsequent violations, according to →

Relief Requested: All Charges be dismissed as false and investigation conducted into C/o Cavitt writting false reports, and if I am found guilty by Chance of any Charge to be immediatly returned to my former state to be able to shop with all privledges.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| s/ Dwaine Coleman | | B62923 | 11,11,14 |
|---|---|---|---|
| Offender's Signature | | ID# | Date |

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |
|---|

Date Received: ___ / ___ / ___     ☐ Send directly to Grievance Officer     ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: ___

**RECEIVED**

MAR 2 3 2015

ADMINISTRATIVE
REVIEW BOARD

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

| **EMERGENCY REVIEW** |
|---|

Date Received: REC'D / REVIEWED ___ / ___ / ___    ??? 17 2014    Is this determined to be of an emergency nature?

☐ Yes: expedite emergency grievance
☐ No: an emergency is not substantiated. Offender should submit this grievance in the normal manner.

___/___/___
Chief Administrative Officer's Signature           Date

Coleman v. Vinson, et al. (15-898) IDOC No.:    000125

the Illinois administrative Code and Illinois case law which have been ruled on an inmate cannot be found guilty of any rule violation he has not been notified of in writting. I am not familiar with nor have I been notified of DR rule 202 or 404 which makes that false report invalid. As of this Date I do not retain a copy of said rules because I have not been issued them by Vienna C.C. As far as house rule #23 That rule specifies visual impairment, the location towel was hanging on bunk was from the side closest to wall with full obseclation unobstucted so that violation is false and invalid also, plus the sacs said we could hang wet clothes in those areas as long as they didn't obstuct view. Many more beds had strings but I was written up because I asked C/o Cavitt why he threw my towel on the floor, C/o Cavitt returned and in an provoking manner showing out in front of rookie got in my face and said "Do you have a problem" I responded no problem I'm just gonna be more proffesional and write the discespetful incident up instead of fall for your ~~obvious~~ oblivus provocation attempts, to this C/o Cavitt demanded my I.D. which he was standing right in front of clipped to bed, I told C/o Cavitt "it's right in your face" C/o Cavitt demanded I give it to him which I did because I recognized his juvenile attempt to get me placed in segregation by refusing. C/o Cavitt did'nt even have to extend his arm to retcieve my I.D. but yet in an unprofessional power struct play made me get out of my bunk walk to him standing next to the I.D. and give it to him, once again showing out for the rookie. C/o Cavitt about ~~to~~ DR 202 and has been proven dishonest through evidence and witnesses so the taint of all his written lies should render the whole ticket invalid do to his dishonest nature and conduct. Now this ticket is a major which goes to show and proves C/o Cavitt maliciously conspired to deprive me of liberty by writting a false Discipline report. Now I wait to see if the right thing is done or it's business as usual before I take further action beyond administrative review....

Distribution: Master File; Offender

DOC 0046 (8/2012)

Printed on Recycled Paper
Coleman v. Vinson, et al. (15-898) IDOC No.:        000126

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | | |
|---|---|---|---|
| **Name:** COLEMAN, DWAINE M | **IDOC Number:** B62923 | | **Race:** BLK |
| **Hearing Date/Time:** 11/17/2014  08:45 AM | **Living Unit:** PON-N-01-12 | | **Orientation Status:** N/A |
| **Incident Number:** 201404351/1 - VIE | **Status:** Final | | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 11/10/2014 | 201404351/1-VIE | CAVITT, GREGORY A | BUILDING 19 | 07:00 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 202 | Damage Or Misuse of Property | Not Guilty |
| 404 | Violation Of Rules | Guilty |
| | *Comments:housing unit rule #23* | |

| Witness Type | Witness ID | Witness Name | Witness Status | |
|---|---|---|---|---|
| Inmate | IDOC#: M38650 | AVALOS, JOSE | Witness Was Called | Requested By Inmate |

**Statement:** WITNESS STATED THE LINE WAS THERE WHEN COLEMAN MOVED IN BUT IT WAS ATTACHED TO OFFENDER COLEMAN'S BED

_____

Witness Interviewer Signature

I attest to the statements as being a correct reflection of the statements provided to me by witnesses.

## RECORD OF PROCEEDINGS

OFFENDER PRESENT FOR HEARING, IDR READ, AND OFFENDER PLEAD NOT GUILTY TO 202/404.  OFFENDER STATES HE SHOWED OFFICER CAVITT UNDAMAGED SHEETS AND STATES HE DOES NOT HAVE A COPY OF DEPARTMENTAL RULES.

## BASIS FOR DECISION

BASED ON AN IDR WRITTEN BY OFFICER CAVITT THAT STATES CAVITT FOUND A CLOTHESLINE MADE OUT OF A BED SHEET ON WEST WING BED 3B.  OFFENDER COLEMAN IS ASSIGNED TO THAT BED AND ADMITTED IT WWAS HIS TOWEL ON THE LINE.

OFFENDER IDENTIFIED BY STATE PHOTO ID

OFFENDER WILSON WAS NOT CALLED DUE TO WITNESS REQUEST FORM NOT CORRECTLY FILLED OUT

OFFENDER AVALOS WAS CALLED AND COMMENTS NOTED

ADJSUTMENT COMMITTEE DEEMS THAT SHEET WAS NOT DAMAGED BY OFFENDER COLEMAN BUT WITNESS STATEMENT DOES REFLECT THAT THE SHEET WAS ATTACHED TO OFFENDER COLEMAN'S BED.  OFFENDER'S ARE RESPONSIBLE FOR ALL ITEMS WITHIN THEIR ASSIGNED LIVING ARES.

ADJUSTMENT COMMITTEE IS REASONABLY SATISIFIED OFFENDER COMMITTED 404.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 7 Days Phone Restriction | 7 Days Phone Restriction |
| 7 Days Commissary Restriction | 7 Days Commissary Restriction |
| 7 Days Recreation Restriction | 7 Days Recreation Restriction |
| Basis for Discipline:1ST IDR AT VIENNA | |

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| RAMAGE, JOHN H  - Chair Person | | 11/17/14 | WHI |

Run Date: 7/30/2015 15:07:37

Coleman v. Vinson, et al. (15-898) IDOC No.:      000127

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** COLEMAN, DWAINE M      **IDOC Number:** B62923      **Race:** BLK

**Hearing Date/Time:** 11/17/2014   08:45 AM      **Living Unit:** PON-N-01-12      **Orientation Status:** N/A

**Incident Number:** 201404351/1 - VIE      **Status:** Final

---

## Signatures
### Hearing Committee

| | | | |
|---|---|---|---|
| BRYANT, CYNTHIA M | | 11/17/14 | BLK |
| | Signature | Date | Race |

Recommended Action Approved

---

**Final Comments:** N/A

---

| | | |
|---|---|---|
| JEAN A CAMPANELLA / RJH  11/19/2014 | | 11/19/14 |
| Chief Administrative Officer | Signature | Date |

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

| | | |
|---|---|---|
| CHANNA L HARRISON | 11/20/2014 | 08:30 AM |
| Employee Serving Copy to Committed Person | When Served  - - Date and Time | |

Coleman v. Vinson, et al. (15-898) IDOC No.:     000128

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Disciplinary Report**

*4351*

Date: 11-10-14

**Type of Report:** ☒ Disciplinary  ☐ Investigative

*Vienna C.C.*
Facility

**Offender Name:** *Coleman*   ID #: *B62923*

**Observation Date:** 11-10-14   **Approximate Time:** 7:00  ☒ a.m. ☐ p.m.   **Location:** 2nd floor West 3B

**Offense(s): DR 504:** 202 Damage or misuse of property 404 Violation of Rules #23 House Rule

**Observation:** (NOTE: Each offense identified above must be substantiated.) On the above date and approximate time this C/O found a clothesline made out of a bed sheet on west wing bed 3B. Inm Coleman B62923 is assigned to west 3B. and admitted it was his towel on the line. Inm Coleman B62923 was identified by state I.D. card.

End of Report

**Witness(es):** E Stram 12780

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses

| E Cavitt 13670 | 13670 | s/ Signature 2620 | 11-10-14 | 7:58 ☒ a.m. ☐ p.m. |
|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

## Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reasons:

| | | |
|---|---|---|
| Printed Name and Badge # | Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer) | Date |

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment:

☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ Minor Infraction, submitted to Program Unit

| CHARLES Hea   S90 | s/ Signature | 11-10-14 |
|---|---|---|
| Print Reviewing Officer's Name and Badge # | Reviewing Officer's Signature | Date |

☒ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only)

| L Hoch412   11753 | s/ Signature | 11-11-14 |
|---|---|---|
| Print Hearing Investigator's Name and Badge # | Hearing Investigator's Signature | Date |

### Procedures Applicable to all Hearings on Investigative and Disciplinary Reports

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical materials as records or documents.

### Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign

| L Hochm / Jordan White | Offender's Signature | 11753 | ID# B62923 | s/ Signature Jonathan White |
|---|---|---|---|---|
| Serving Employee (Print Name) | | Badge # | | Signature |

| 11/11/14 | 315 ☒ a.m. ☐ p.m. |
|---|---|
| Date Served | Time Served |

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

| | |
|---|---|
| Offender's Signature | ID# |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

| | |
|---|---|
| Date of Disciplinary Report   Print offender's name | ID# |

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| | | | |

Witness can testify to:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| | | | |

Witness can testify to: ●

Distribution:  Master File
              Offender
              Facility (2)

DOC 0317 (Rev

Coleman v. Vinson, et al. (15-898) IDOC No.:   000129



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**GLADYSE C. TAYLOR**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

July 16, 2015

Dwaine Coleman
Register No. B62923
Pontiac Correctional Center

Dear Mr. Coleman:

This is in response to your grievance received on February 19, 2015, regarding a disciplinary report dated December 25, 2014, which was alleged to have occurred at Vienna Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your grievances dated December 26, 2014 and February 8, 2015 wherein you claim C/O Schach lied about seeing the milk carton being thrown and where your witnesses were not documented on the disciplinary report. You request to be released from segregation, returned to grade, compensated for every day illegally confined, and a transfer to Dixon CC or Graham CC.

This office reviewed the disciplinary report written on December 25, 2014 by C/O Schach citing you for the offenses of 206 – Intimidation Or Threats, 304 – Insolence and 402 – Health, Smoking and Safety Violations; along with the corresponding Adjustment Committee's Final Summary Report (#201404801/1 - VIE)

Based on a total review of all available information and a compliance check of the procedural due process safeguards outlined in DR504, this office is reasonably satisfied the offender committed the offenses and recommends the grievance be denied. An award of monetary compensation is outside the scope of the ARB. It is noted that due to disciplinary issues, Offender was transferred to Pontiac CC on 1/14/15.

s/ Leslie McCarty

FOR THE BOARD: _____
Leslie McCarty
Administrative Review Board
Office of Inmate Issues

s/ Gladyse Taylor

CONCURRED:_____
Gladyse C. Taylor
Acting Director
7/29/15

cc:   Warden, Pontiac Correctional Center
      Dwaine Coleman, Register No. B62923

*Copied for file and filed as
emergency with chain of custody of
and denial of Health+ mental Health*

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

| Date: 2-8-15 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
|---|---|---|
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Vienna C.C. | |

**NATURE OF GRIEVANCE**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify) Violation Due Process + admin Code 504.60 d) 5)

- [ ] Disciplinary Report: _____/_____/_____  Vienna C.C.
  Date of Report                Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

According to 20 Illinois Administrative Code CH I, Sec 504.60 Investigation of Major Disciplinary Reports, My procedural due process was willfully violated in all disciplinary reports written at Vienna C.C. where witnesses were available, but not documented on the Disciplinary report showing extreme bias only documenting fellow employee witnesses when according to Code The names of Offenders employees and visitors who were witnesses should have been documented when writting report but exculpatory evidence

**Relief Requested:** For Violations be remedied release from Segregation return to A grade and monetary compensation for every day illegally and unlawfully Confined with transfer to Dixon CC- or Graham C.C-

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Dwaine Coleman _____ B62923 2, 8, 15
Offender's Signature                    ID#          Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: _____/_____/_____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

RECEIVED
FEB 1 9 2015
ADMINISTRATIVE
REVIEW BOARD

_____ _____ _____/_____/_____
Print Counselor's Name        Counselor's Signature        Date of Response

---

**EMERGENCY REVIEW**

| Date Received: _____/_____/_____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____
Chief Administrative Officer's Signature                    Date

though witnesses was not sought because fairness in the proceedings was not sought the reports were written in a manner to attain a slam dunk guilty verdict by an already biased adjustment Committee. There can never be any true justice when Co-workers hear charges brought by other Co-workers and there is no independant review. Administrative Code 504 (60 Section d) Paragraph five 5) is very clear in the language of "Shall" which the Courts defined as a further duty to act. When Sanctions and Discipline are issued and upheld I.D.O.C. leans heavily on rules and guidlines to justify those actions and Just as such those rules and guidlines should be leaned on to remedy injustice and unfairness in the process. Summary with incident # 201404801/1 written by Alfred J. Schach where offender witnesses were present yet not documented on report plus my witnesses not called was a violation. Ticket Dated 12-25-14. Summary with incident # 201404787/1-VIE written by Richard W McGraw dated 12-17-14 was a violation when there was a bullpen full of offender witnesses omitted from report regardless if I requested any of them or not, plus all six of my Credible witnesses illegally deemed irrelevant with Company line Stated "due to physical boundry" physical boundry and sound boundry are two different things considering time of manning and proximity of witnesses in earshot. This ticket if nothing else exposes the adjustment Committee's Corruption and misconduct in how they Routinly violate offenders rights willfully with no Compassion or humanity as they Conspire to deprive liberty while Covering up fellow employees misconduct and even have the audacity to retaliate with a Compaign of false Disciplinary reports if you dare refuse to be a sheep and demand that your rights be recognized and rules be followed as vigorously as they are enforced (New and foreign Concept) violations deemed discovered on 1-18-15 after receiving admin Code. after mine were stolen by C/O's at Vienna or Pontiac C.C. (not those particular codes though) I feel this Grievance warrants Emergency review due to fact I have suffered in pain at Pontiac C.C. for 26 days with no medical or mental Health attention as of date grievance is written. I have been Seeking medical and mental Health Services since arrival on 1-14-15 due to Chronic excruciating back pain, pain in left testicle undignosed and mental health Care when I Just came off Suicide watch prior to transfer to Pontiac. I was thrown in a Cell and forgotten left to suffer I am suffering Depression, Bipolar and anxiety attacks with no help at all.

Coleman v. Vinson, et al. (15-898) IDOC No.:          000132

*C/o... ... Out ... Transferred on 1-14-15 why
NC response?                                      copied to file*

*See*  15-01-002

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 12-26-14 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
|---|---|---|

| Present Facility: Vienna C.C. | Facility where grievance issue occurred: Vienna C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property        ☐ Mail Handling        ☐ Restoration of Good Time        ☐ ADA Disability Accommodation
☒ Staff Conduct            ☐ Dietary              ☐ Medical Treatment                ☐ HIPAA
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator   ☐ Other (specify): _____

☒ Disciplinary Report: 12 / 25 / 14     Vienna C.C.
                        Date of Report          Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

ON 12-26-14 I received a ticket for Intimidation threats, Insolence
and safety violation C/o Schaub 9668 is a blatant liar due to
fact he tried to conduct a investigation to find out who threw the
milk Carton this C/o tried to get offender Bidsell to tell but I
told Bidsell "you have the right to remain silent" and C/o got mad
he then accused offender McConkey of throwing milk Carton
This C/o Cant even lie on ticket right because he said he saw my arm
being withdrawn and if that was true why would you have to ask
me did I throw it? liar, liar, liar. These blatant lies are really →

Relief Requested: I want immediate transfer due to Numerous lies threats and false
reports written on me. request polygraph to dispute lying bigots!

☐  Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Dwaine Coleman
_____        B62923        12 / 26 / 14
Offender's Signature                ID#              Date
(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date
Received: ___ / ___ / ___        ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to
                                                                       Administrative Review Board, P.O. Box 19277,
                                                                       Springfield, IL 62794-9277

Response: _____

DEC 05 2014                                        RECEIVED
                                                   FEB 1 9 2015
                                                   ADMINISTRATIVE
                                                   REVIEW BOARD

_____        _____        ___ / ___ / ___
Print Counselor's Name              Counselor's Signature        Date of Response

---

**EMERGENCY REVIEW**

Date
Received: ___ / ___ / ___        Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
                                                                                    ☐ No; an emergency is not substantiated.
                                                                                    Offender should submit this grievance
                                                                                    in the normal manner.

_____                                                            ___ / ___ / ___
Chief Administrative Officer's Signature                                               Date

Distribution: Master File; Offender.                Page 1                        DOC 0046 (8/2012)
                              Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

getting ridiculous. as far as me saying "I feel like throwing shit on some motherfucker today" lets be very real that even sound like a lying whiteboy (Racist) Trying to Convince his friends on the adjustment Committee that I actually said that garbage. Sgt Harrison is a bigoted Racist liar also who told me black folks can only come together to riot and loot and maybe BBQ. 12-23-14 numerous witnesses. C/o Schaab is mad because I have no respect for him and his racist bigoted attitude, and told him many times he is not qualified to deal with me. so get to boss if you wanna talk to me. I tell the truth and yes I told him that.
I really fear for my safety now that lies have intensified.
I was laying down when this bigoted Racist C/o Schaab came to my Cell.

Check Complete Pattern of Harrassment tactics to see full Picture!

Coleman v. Vinson, et al. (15-898) IDOC No.:   000134

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** COLEMAN, DWAINE M     **IDOC Number:** B62923     **Race:** BLK

**Hearing Date/Time:** 12/28/2014  09:07 AM     **Living Unit:** PON-W-06-10     **Orientation Status:** N/A

**Incident Number:** 201404801/1 - VIE     **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 12/25/2014 | 201404801/1-VIE | SCHACH, ALFRED J | SEG | 11:00 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 206 | Intimidation Or Threats | Guilty |
| 304 | Insolence | Guilty |
| 402 | Health,Smoking Or Safety Violations | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|-----------|--------------|----------------|

**No Witness Requested**

## RECORD OF PROCEEDINGS
OFFENDER PRESENT FOR SCHEDULED I.D.R. HEARING. CHARGES READ, INMATE PLEADS NOT GUILTY TO 206, 304 AND 402. STATES THAT C/O SHAUB LIED ON THE TICKET. C/O SHAUB TRIED TO ACCUSE INMATE MCCONKEY OF THROWING THE MILK FIRST, THEN TRIED TO ACCUSE INMATE MCCONKEY OF THROWING THE MILK. INMATE COLEMAN STATES THAT HE SUBMITTED A WITNESS LIST. ADJUSTMENT COMMITTEE DID NOT RECIEVE A COPY OF SUCH LIST.

## BASIS FOR DECISION
BASED ON WRITTEN STATEMENT BY C/O SCHACH THAT ON 12/25/14 WHILE MAKING A CHECK ON THE BACK CELLS OF SEG. AS C/O SCHACH WAS WALKING BACK TO OFFICER STATION HE OBSERVED AN OPEN MILK CONTAINER HIT THE SHOWER WALL. INMATE SCHACH IMMEDIATLY TURNED AROUND AND SEEN INMATE COLEMAN #B62923 ARM BEING DRAWN BACK INTO HIS CELL. C/O SCHACH ALONG WITH SGT. HARRISON ASKED INMATE COLEMAN IF HE THREW THE MILK. INMATE COLEMAN #B62923 STATES "NO BUT I FEEL LIKE THROWING SHIT ON SOME MOTHER FUCKER TODAY, THAT'S THE KIND OF MOOD I'M IN."

POSITIVE I.D. BY STATE I.D. CARD

OFFENDER COLEMAN FAILED TO PROVIDE ADJUSTMENT COMMITTEE WITH NAMES AND NUMBERS OF WITNESSES TO BE CALLED AND WHAT THEY COULD TESTIFY TO OFFICER SHAUBS ACTION. THERE IS NOT CURRENTLY A OFFICER SHAUB WORKING AT THE VIENNA CORRECTIONAL CENTER.

ADJUSMENT COMMITTEE IS REASONABLY SATISFIED THAT OFFENDER COLEMAN COMMITTED 206, 304 AND 402.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 4 Months C Grade | 4 Months C Grade |
| 4 Months Segregation | 4 Months Segregation |
| Transfer (Disciplinary) | Transfer (Disciplinary) |

Basis for Discipline:PROGRESSIVE/SERIOUSNESS OF OFFENSE

## Signatures
### Hearing Committee

| THAI, CAM V  - Chair Person | | 12/28/14 | UNK |
|-----------------------------|--|----------|-----|
| | Signature | Date | Race |

Coleman v. Vinson, et al. (15-898) IDOC No.:     000135

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** COLEMAN, DWAINE M | **IDOC Number:** B62923 | **Race:** BLK |
| **Hearing Date/Time:** 12/28/2014  09:07 AM | **Living Unit:** PON-W-06-10 | **Orientation Status:** N/A |
| **Incident Number:** 201404801/1 - VIE | **Status:** Final | |

## Signatures
### Hearing Committee

| | | | |
|---|---|---|---|
| HANKINS, JEREMY K | | 12/28/14 | WHI |
| | Signature | Date | Race |

Recommended Action Approved

**Final Comments:** N/A

| | | |
|---|---|---|
| ROBERT J HILLIARD / RJH  12/28/2014 | | 12/28/14 |
| **Chief Administrative Officer** | Signature | Date |

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

| | | |
|---|---|---|
| CHANNA L HARRISON | 1/7/2015 | 08:00 AM |
| **Employee Serving Copy to Committed Person** | **When Served - - Date and Time** | |

Run Date: 6/26/2015 10:06:24

Coleman v. Vinson, et al. (15-898) IDOC No.:      000136

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Disciplinary Report**

V.C.C.

4801                    Date: 12-25-14

Facility

**Type of Report:**
☑ Disciplinary  ☐ Investigative

Offender Name: Coleman, Dwaine          ID #: B62923

Observation Date: 12-25-14   Approximate Time: 11:00  ☐ a.m. ☐ p.m.   Location: Bldg 19 1st Flr Seg

Offense(s): DR 504: 206 Intimidation or Threats, 304 Insolence, 402 Health, Smoking or Safety Violations

Observation: (NOTE: Each offense identified above must be substantiated.)

On 12-25-14 at approx 1100 hrs this R/o was checking the back cells in first seg. As this R/o was heading back to his desk an open milk carton hit the shower wall on the outside. This R/o immediatly turned to see Im Coleman's (B62923) arm being withdrawn back into his cell (cell 3). This R/o then called Sgt Harrison to seg. This R/o along with Sgt Harrison asked Im Coleman (B62923) is he threw the milk. Im Coleman (B62923) replied "No but I feel like throwing shit on some mother fucker today that's _____ need Im in" Im Coleman (B62923) was identified by State I.D. card

Witness(es): Sgt Harrison G.

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

Go Schad                    868    s/ Signature                    12-25-14  12:04 ☐ a.m. ☐ p.m.
Reporting Employee (Print Name)     Badge #    Signature                    Date       Time

---

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement  ☐ Investigative Status   Reasons: _____

_____        _____     _____
Printed Name and Badge #                Shift Supervisor's Signature         Date
                                        (For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment: _____

☑ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

Charles Heur              540    s/ Signature                    12-25-14
Print Reviewing Officer's Name and Badge #    Reviewing Officer's Signature    Date

☑ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):

Lt Mitchel               747    s/ Signature    747              12-26-14
Print Hearing Investigator's Name and Badge #   Hearing Investigator's Signature   Date

**Procedures Applicable to all Hearings on Investigatory and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign   s/ Dwaine Coleman                    B62923
                                      Offender's Signature                 ID#

WALT R STAFFORD                 6329    s/ Signature
Serving Employee (Print Name)   Badge #    Signature

12-26-14              4:44 pm ☐ a.m. ☐ p.m.
Date Served          Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____        _____
Offender's Signature                    ID#

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

_____  _____  _____
Date of Disciplinary Report    Print offender's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

Printed on Recycled Paper

Distribution:  Master File
               Offender
               Facility (2)

DOC 0317 (Rev. 2/2007)

Coleman v. Vinson, et al. (15-898) IDOC No.:    000137

**State of Illinois -- Department of Corrections Disciplinary Tracking Inmate Disciplinary Card**

Name: **COLEMAN, DWAINE**

IDOC # :**B62923**

Transferred In: 2015-01-14

Disciplinary History from 1/1/1998 through 6/26/2015

Living Unit: PON/W /06/10

| Incident Date Incident/Summ#/Inst. Ticket Type | Offense Codes, Descriptions | | Disciplinary Action |
|---|---|---|---|
| 1/14/2001 200100420/2-DIX Minor | 307 Unauthorized Movement 403 Disobeying A Direct Order | Deleted Guilty | Verbal Reprimand |
| 8/17/2001 200106142/1-DIX Major | 304 Insolence Reduced to : 404 Comments:  Rule  # 37 403 Disobeying A Direct Order | Guilty Reduced to 404 Guilty | 15 Days Commissary Restriction |
| 12/22/2007 200704284/1-VIE Major | 304 Insolence 403 Disobeying A Direct Order | Guilty Guilty | Assignment Change: Yes Other : UNASSIGN 14 Days Commissary Restriction 14 Days Recreation Restriction |
| 12/22/2007 200704280/1-VIE Major | 304 Insolence 403 Disobeying A Direct Order | Guilty Guilty | 5 Days   Segregation Housing Change: Yes Assignment Change: Yes Other : NO PAY 1 MONTH/ BACK TO 19 1 Months Commissary Restriction 1 Months Recreation Restriction |
| 11/10/2014 201404351/1-VIE Major | 202 Damage Or Misuse of Property 404 Violation Of Rules Comments: housing unit rule #23 | Not Guilty Guilty | 7 Days Phone Restriction 7 Days Commissary Restriction 7 Days Recreation Restriction |
| 11/17/2014 201404442/1-VIE Major | 304 Insolence 403 Disobeying A Direct Order | Not Guilty Guilty | 1 Months B Grade/Level 5 Days   Segregation |
| 12/17/2014 201404724/2-VIE Major | 206 Intimidation Or Threats 304 Insolence | Guilty Guilty | 15 Days   Segregation |
| 12/17/2014 201404787/1-VIE Major | 206 Intimidation Or Threats 304 Insolence | Guilty Guilty | 2 Months C Grade/Level 2 Months Segregation Transfer (Disciplinary) |
| 12/17/2014 201404726/2-VIE Major | 206 Intimidation Or Threats 304 Insolence | Guilty Guilty | 1 Months C Grade/Level 1 Months Segregation Transfer (Disciplinary) Other : TRANSFER OUT OF MINIMUM |
| 12/17/2014 201404725/2-VIE Major | 304 Insolence | Guilty | 1 Months C Grade/Level Transfer (Disciplinary) Other : TRANSFER OUT OF MINIMUM |
| 12/25/2014 201404801/1-VIE Major | 206 Intimidation Or Threats 304 Insolence 402 Health,Smoking Or Safety Violations | Guilty Guilty Guilty | 4 Months C Grade/Level 4 Months Segregation Transfer (Disciplinary) |

Page 1 of 2

Coleman v. Vinson, et al. (15-898) IDOC No.:      000138

## State of Illinois -- Department of
## Corrections Disciplinary Tracking Inmate
## Disciplinary Card

Name: <u>COLEMAN, DWAINE</u>                                          IDOC # :<u>B62923</u>

Transferred In: 2015-01-14        Disciplinary History from 1/1/1998 through 6/26/2015        Living Unit: PON/W /06/10

| Incident Date Incident/Summ#/Inst. Ticket Type | Offense Codes, Descriptions | | Disciplinary Action |
|---|---|---|---|
| 12/28/2014 | 206 Intimidation Or Threats | Guilty | 6 Months C Grade/Level |
| 201404854/1-VIE | 304 Insolence | Guilty | 6 Months Segregation |
| Major | | | Revoke GCC or SGT 1 Months |
| | | | Transfer (Disciplinary) |
| | | | Other : TRANSFER TO ANOTHER FACILITY |
| 1/9/2015 | 403 Disobeying A Direct Order | Guilty | 1 Months C Grade/Level |
| 201500166/1-PON | | | |
| Major | | | |

Coleman v. Vinson, et al. (15-898) IDOC No.:      000139



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**GLADYSE C. TAYLOR**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

July 6, 2015

Dwaine Coleman
Register No. B62923
Pontiac Correctional Center

Dear Mr. Coleman:

This is in response to your grievance received on February 19, 2015, regarding a disciplinary report dated December 28, 2014, which was alleged to have occurred at Vienna Correctional Center.  This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your grievance dated February 11, 2015 wherein you allege the disciplinary hearing held at Vienna CC was filled with lies from start to finish.  You claim C/O McClellan lied through out the ticket, Witness Teague was denied to be interviwed, it is not documented you objected to C/O Channa Harrison hearing your ticket since her husband, Lt Harrison, placed you in segregation, and you requested a polygraph test.  You request to be released from segregation, returned to grade, and $100,00 compensation for pain, suffering, anxiety, and mental breakdown.

This office reviewed the disciplinary report written on December 28, 2014 by C/O McClellan citing you for the offenses of 206 – Intimidation Or Threats and 304 – Insolence; along with the corresponding Adjustment Committee's Final Summary Report (#201404854/1 – VIE)

Based on a total review of all available information and a compliance check of the procedural due process safeguards outlined in DR504, this office is reasonably satisfied the offender committed the offenses and recommends the grievance be denied.  An award of monetary compensation is outside the scope of the ARB.

s/ Leslie McCarty

FOR THE BOARD: _____
Leslie McCarty
Administrative Review Board
Office of Inmate Issues

s/ Gladyse Taylor

CONCURRED:_____
Gladyse C. Taylor
Acting Director
7/10/15

cc:  Warden, Pontiac Correctional Center
     Dwaine Coleman, Register No. B62923

Coleman v. Vinson, et al. (15-898) IDOC No.:    000140

Copied for file

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

| Date: 2-11-15 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
|---|---|---|
| Present Facility: Pontiac | Facility where grievance issue occurred: Vienna C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): Due Process Violations Corruption/misconduct

- [ ] Disciplinary Report: ___/___/___  Date of Report   Facility where issued

> **Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On Today's date I recieved my summary for a Disciplinary hearing which was held at Vienna C.C. (which was filled with lies from start to finish and I challenge all parties involved to participate in a polygraph I+ I.D.O.C. investigators are truly not biased and Covering up Corruption C/o McClellen lied throught whole ticket but I'm greiving the hearing First C/o CHONNA L. Harrison didnt document fact I objected to her on committee due to issues with her husband LT. Harrison Head of internal affairs who placed me in Segregation (Culture of Corruption very blatant and comical if it wasn't stressful and hurting me.) The Denial of my witness Teague

**Relief Requested:** release from Segregation return to Grade and $100,000 Compensation for Pain and suffering, anxiety and mental Break downs from malicious Conduct of I.D.O.C employee's.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Dwaine Coleman
_____
Offender's Signature     ID# B62923     Date 2/11/15

*(Continue on reverse side if necessary)*

---

**Counselor's Response (if applicable)**

| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

RECEIVED

FEB 19 2015

ADMINISTRATIVE REVIEW BOARD

Print Counselor's Name     Counselor's Signature     Date of Response ___/___/___

---

**EMERGENCY REVIEW**

Date Received: ___/___/___     Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____
Chief Administrative Officer's Signature     Date ___/___/___

*Full Statement Not Taking by Corrupt Hearing Board Crucial Statements omitted.*

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE** (Continued)

Incident # 201404854/1-VIE  Dated 1-7-15  1:10 pm

was once again the Stated Company line "Due to physical Boundaries" which Is blatant lie because if investigator even bothered to Check inmate Teague was in Cell Six (6) at time of incident and only in Bullpen at time of Hearing So thats first lie disputed, repelled and refuted 2nd Due Process Violation So far at hearing Third is lie about witness Wilson Because they never Contacted Wilson and in fact this is the second time adjustment Committee refused to Call Wilson as my witness (Check Summary records as proof of developing Clear pattern) Both times lies told which have been proved. I Told C/o Harrison that I have multiple grievances against officas Same texture tactic behavior but that wasn't investigated because it would prove my Case (exculpatory evidence disregarded/exhinolating) Also as extra piece of Proof of misconduct due process Violation of Kangaroo Courts Malicious Conduct Inmate Michael Boccato who was assigned to Building #19 wing 1 bed 41(B) experienced Same Corruption in denial of his witnesses when he was assigned to wing(3)(Channell Harrison Same Corrupt Hearing officer) Once again Stated Company line "due to physical Boundaries" (Sounding familiar yet?) I investigated his due process violation in my Capacity as Jail House Lawyer advising of Course of action for misconduct and in investigation of Bunk Set up and assignment every witness he requested had clear line of Sight to incident and if C/o Harrison even bothered to fake an investigation that would have been noted by bunk numbering System So it's time to stop ignoring blatant retaliation tactics, false reports, assaults and due process violations at Vienna C.C. and other institutions around the State because officas lie with impunity as they Conspire to deprive liberty. This grievance and Summary will be heavily copied and mailed to press outlets awaiting IDOC Decision and Governor Rauner's administration plan of action for Corruption getting in I.DOC. And last due process Violation Jewel is admin Code, Chapter I, Sec Six subchapter e Section 504.60 d) 5) Segregation was full yet not one Offender witness was listed as per protocol and it surely was, witnesses if story is to be believed that multiple offendas asked for windows open and industrial fons turned on on a very Cold December Winter night. If it was requested Six months Segregation Six Months C grade and 1 month loss of goodtime Clear Conspiracy to deprive liberty So This should be proof to all other assault and false tickets for advocating inmates rights and reporting Corruption. And last but not least Some fraud name Serina K. Lane Stated she served me with this Summary which is unsigned by the Warden on 1-19-15 at 7:45 am and if that was true I wouldn't have been traveling on a transfer Bus at that time and would have Carried more than Just Medication and I.D. on that transfer bus. So many lies So much Corruption Vienna Should be Condemned from the level of Corruption running rampant.

Never even met Serina K. Lane and couldn't pick her out of a line up if the Prosecutor had his finger on her picture Topping (repeatedly)

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** COLEMAN, DWAINE M | **IDOC Number:** B62923 | **Race:** BLK |
| **Hearing Date/Time:** 1/7/2015   01:10 PM | **Living Unit:** PON-W-06-10 | **Orientation Status:** N/A |
| **Incident Number:** 201404854/1 - VIE | **Status:** Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 12/28/2014 | 201404854/1-VIE | MCCLELLAN, RYAN B | SEG | 11:15 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 206 | Intimidation Or Threats | Guilty |
| 304 | Insolence | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status | |
|---|---|---|---|---|
| Inmate | IDOC#: M48076 | TEAGUE, MICHAEL | Testimony Would Be Irrelevant | Requested By Inmate |

**Statement:** I/M TEAGUE M48076 WAS NOT CALLED DUE PHYSICAL BOUNDARIES PREVENTING HIM FROM SEEING OR HEARING INCIDENT.

_____     I attest to the statements as being a correct reflection of the statements
Witness Interviewer Signature     provided to me by witnesses.

## RECORD OF PROCEEDINGS

IDR READ. INMATE PLEADS NOT GUILTY. INMATE STATES HE ASKED THE C/O TO TURN THE FAN OFF BUT HE DIDN'T CUSS AT HIM. STATED THAT HE ASKED TO SPEAK TO LT. VINSON AND HE DIDN'T DO ANYTHING ABOUT IT. STATED HE ASKED LT. VINSON IF HE WAS AFRAID TO SUPERVISE HIS STAFF. STATED THIS C/O DOES THIS TO HIM EVERY NIGHT.

Run Date: 6/26/2015 10:02:01

Coleman v. Vinson, et al. (15-898) IDOC No.:     000143

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** COLEMAN, DWAINE M | **IDOC Number:** B62923 | **Race:** BLK |
| **Hearing Date/Time:** 1/7/2015  01:10 PM | **Living Unit:** PON-W-06-10 | **Orientation Status:** N/A |
| **Incident Number:** 201404854/1 - VIE | **Status:** Final | |

## BASIS FOR DECISION

BASED ON WRITTEN REPORT BY C/O R. MCCLELLAN STATING THAT ON 12-28-14 HE OPENED THE SEG WINDOWS PER REQUEST OF MULTIPLE INMATES. UPON OPENING THE WINDOWS  C/O MCCLELLAN  HEARD AN INMATE SAY SOMETHING OUT OF CELL 3. C/O MCCLELLAN WENT TO CELL 3 AND ASKED I/M COLEMAN B62923, WHO WAS THE ONLY INMATE IN CELL 3, WHAT HE WANTED. I/M COLEMAN STATED "DON'T WORRY ABOUT IT YOU WILL READ IT IN THE GRIEVANCE BITCH." C/O MCCLELLAN ASKED IF HE NEEDED HIS NAME, INMATE COLEMAN STATED "NO I'LL GET IT FROM THE LOG BOOK YOU BIG HILLBILLY BITCH." C/O MCCLELLAN THEN TOLD INMATE COLEMAN HE NEED TO CALM DOWN, AT WHICH POINT I/M COLEMAN TOLD THIS C/O "OR WHAT, YOU COME IN THIS CELL I'LL WHOOP YOUR ASS YOU HILLBILLY BITCH."

INMATE COLEMAN B62923 IDENTIFIED BY STATE PHOTO ID.

ADJ. COMM. CONTACTED C/O MCCLELLAN WHO STATES THE IDR IS CORRECT AS WRITTEN.

INMATE COLEMAN STATED THE C/O MCCLELLAN DOES THIS TO HIM EVERY NIGHT.  PER REVIEW OF 11-7 ROSTER - C/O MCCLELLAN IS NOT THE 5 DAY ASSIGNED OFFICER IN SEG.

INMATE COLEMAN REQUESTED I/M TEAGUE M48076 AS A WITNESS. I/M TEAGUE WAS NOT CALLED DUE TO BEING IN THE SEG BULLPEN AT TIME OF INCIDENT AND PHYSICAL BOUNDERIES PREVENTING INMATE FROM SEEING OR HEARING INCIDENT.

I/M COLEMAN REQUESTED I/M WILSON R28627 AS A WITNESS.  I/M WILSON R28627 STATED THAT HE DOES NOT KNOW INMATE COLEMAN AND THAT HE DID NOT HEAR ANYTHING.

BASED ON INMATE COLEMANS DISCIPLINARY HISTORY SINCE 11/10/14:
1 - 202 DAMAGE OR MISUSE OF PROPERTY
1 - 404 VIOLATION OF RULES
7 - 304'S INSOLENCE
1 - 403 DISOBEYING A DIRECT ORDER
5 - 206'S INTIMIDATION OR THREATS
1 - 402 HEALTH, SMOKING AND SAFETY VIOLATIONS

DUE TO INMATE COLEMANS DISCIPLINARY HISTORY AND THIS BEING HIS 5TH INTIMIDATION OR THREATS AT VCC SINCE 12/17/14 ADJ. COMM. FEELS THAT DISCIPLINE IS JUSTIFIED AND I/M COLEMAN SHOULD BE TRANSFERRED FROM THIS MINIMUM SECURITY FACILITY.

## DISCIPLINARY ACTION   *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 6 Months C Grade | 6 Months C Grade |
| 6 Months Segregation | 6 Months Segregation |
| Revoke GCC or SGT 6 Months | Revoke GCC or SGT 1 Months |
| Transfer (Disciplinary) | Transfer (Disciplinary) |
| Other : TRANSFER TO ANOTHER FACILITY | Other : TRANSFER TO ANOTHER FACILITY |
| Basis for Discipline:5TH 206 SINCE 12/17/14 | |

## Signatures
### Hearing Committee

| | | | |
|---|---|---|---|
| CRIM, STEVEN D  - Chair Person | | 01/07/15 | BLK |
| | Signature | Date | Race |
| HARRISON, CHANNA L | | 01/07/15 | WHI |
| | Signature | Date | Race |

Recommended Action Reduced

Page 2 of 3

Coleman v. Vinson, et al. (15-898) IDOC No.:      000144

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** COLEMAN, DWAINE M | **IDOC Number:** B62923 | **Race:** BLK |
| **Hearing Date/Time:** 1/7/2015   01:10 PM | **Living Unit:** PON-W-06-10 | **Orientation Status:** N/A |
| **Incident Number:** 201404854/1 - VIE | **Status:** Final | |

**Final Comments:** N/A

ROBERT J HILLIARD / RJH  1/13/2015             01/13/15
_____      _____      _____
**Chief Administrative Officer**           **Signature**           **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

SERINA K LANE             1/14/2015        07:45 AM
_____      _____
**Employee Serving Copy to Committed Person**      **When Served  - - Date and Time**

Coleman v. Vinson, et al. (15-898) IDOC No.:     000145

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Disciplinary Report**          4854  1st/Seg

Date: 12-28-14

**Type of Report:**
[X] Disciplinary   [ ] Investigative

_Vienna C.C._
Facility

Offender Name: _Coleman_          ID #: _B62923_

Observation Date: _12-28-14_  Approximate Time: _11:15_  [ ] a.m. [ ] p.m.  Location: _1st Floor Seg_

Offense(s): DR 504: _206 Intimidation and threats; 304 Insolence_

Observation: (NOTE: Each offense identified above must be substantiated.) _On the above date and approximate_
_time, opened seg window per request of multiple inmates._
_Upon opening window this c/o heard an inmate say something_
_out of cell 3. This c/o exit and asked I/m Coleman B62923, the_
_only inmate in cell 3, what he wanted. I/m Coleman stated "don't_
_worry about it, you'll read it in a grievance bitch." This c/o asked_
_it I/m needed his name, he stated "No I'll get it from log book you_
_big hillbilly Bitch." This c/o then told I/m Coleman he needed to calm_
_down, at which point I/m Coleman told this c/o "or what, you come in this_
_Cell I'll whip your ass you hillbilly Bitch." I/m identified by State ID. E.O.R._

[ ] Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |
|---|---|---|---|---|
| B. Mckellan | 1378 | s/ Signature | 12-28-14 | 1145 [ ] a.m. [ ] p.m. |

**Disciplinary Action:**

**Shift Review:** [ ] Temporary Confinement   [ ] Investigative Status   Reasons:_____

Printed Name and Badge #         Shift Supervisor's Signature                Date
                                 (For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** [ ] Confinement reviewed by Reviewing Officer   Comment:_____
[X] Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
[ ] Minor Infraction, submitted to Program Unit          s/ Signature          12-29-14
TAYS or Ochsen   6355          Reviewing Officer's Signature
Print Reviewing Officer's Name and Badge #

[X] Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only)
_Sgt. Myers   11810_    s/ Sgt. Myers   11810      12-31-14
Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

[ ] Check if offender refused to sign          s/ Dwaine Coleman
                                               Offender's Signature          ID# B62923

_Sgt Myers_          11810      s/ Sgt. Myers   11810
Serving Employee (Print Name)   Badge #      Hearing Investigator's Signature

12-31-14          755 Am [ ] a.m. [ ] p.m.
Date Served      Time Served

[ ] I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____          _____
Offender's Signature               ID#

(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

Date of Disciplinary Report     Print offender's name          ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness _Mike Teague_   Witness badge or ID#   Assigned Cell (if applicable)   Title (if applicable)

Witness can testify to: _____

Print Name of witness _Wilson_   Witness badge or ID#   Assigned Cell (if applicable)   Title (if applicable)

Witness can testify to: _____

Page _1_ of _1_
Printed on Recycled Paper

DOC 0317 (Rev. 2/2007)

Distribution:  Master File
               Offender
               Facility (2)

Coleman v. Vinson, et al. (15-898) IDOC No.:   000146

To: I.D.O.C Director,

2-15-15

Grievance dated 12-26-14 was forwarded from Vienna C.C. with no response only stamped "reviewed" which tells me nothing. There is real corruption running rampant in I.D.O.C I was assaulted by a LT which was covered up by Vienna C.C. I am being denied Mental Health and Health Care by both Vienna C.C. and Pontiac C.C. Grievances which are denied are immediatley returned while grievences with merit are sat on for a full six months which proves it doesn't take that long to answer grievances and only a delay tactic to obstruct exhausting administrative remedies, reports are routinly falsified and I have had my property destroyed and stolen three times by Vienna C.C. in attempts to destroy evidence against their misconduct my grievances have been stolen and destroyed and my U.S. mail have been tampered with, long before I was assaulted I informed Vienna and Springfield of threats and Harassment yet both failed to act and therefore failed to protect from a state created danger by leaving me in hands of my tormentors. I have numerous grievences submitted that need to be returned. I have merit to all claims of corruption and assault but I.D.O.C is more concerned with technical procedure than weeding out corruption and addressing valid complaints promptly and apropiatly. I am informing you MR Director personelly so you have the choice to act or disregard complaints. I am in pain but still being refused treatment!

Dwaine Coleman #B62923

s/ Dwaine Coleman

RECEIVED
FEB 19 2015
ADMINISTRATIVE REVIEW BOARD

To: Director of Illinois Department of Corrections.

From: Duaine Coleman #B62923 Pontiac C.C.

Urgent in Pain!

To: Director Department of Corrections

From: Duaine Coleman #B62923

Copy 1 of 3 ... Director / Springfield Copy                    2-16-15

I requested Crisis team at Breakfast this morning and so far
been ignored, I am in extreme pain so I am declaring a hunger
strike by refusing my dinner tray and recording time declared. My
Health care needs have been ignored for over a month at Pontiac CU
Showing deliberate indifference. Note handed to C/o at time of
Declaration. I know Pontiac want me to extremley act out to se
Medical attention so I'm informing Springfield also so when tickets are
written they know why (Truth) & Gallery C/o informed House CT 1st shi...

                    Dwaine Coleman #B68923

s/ Dwaine Coleman

...nder penalty of perjury this statement true

ADMINISTRATIVE
REVIEW BOARD

FEB 1 9 2015

RECEIVED

Coleman v. Vinson, et al. (15-898) IDOC No.:   000149



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**DONALD STOLWORTHY**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

June 5, 2015

Dwaine Coleman
Register No. B62923
Pontiac Correctional Center

Dear Mr. Coleman:

This is in response to your grievance received on January 22, 2015, regarding Staff Conduct (Assaulted by Lt. Vinson & C/O Blessing), which was alleged to have occurred at Vienna Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your grievance dated January 14, 2015, wherein you allege on 1/3/5 you were assaulted by Lt. Vinson and C/O Blessing and reported the assault to Lt. Ohelson that same day who failed to act upon the allegations. Also a nurse (name not provided) falsified a 72 hour hunger strike physical and failed to document obvious injuries you received from the assault. You request an investigation, polygraph test and $500,000 in compensation.

This office spoke with Lt. Vinson who stated Offender Coleman did not inform this Lieutenant that he wanted to declare a hunger strike nor did he ever inform this Lieutenant of any intent to harm himself. Coleman was however escorted to the Health Care Unit by this Lt. because he was claiming to be having chest pains. While in the Health Care Unit Lt. did not hear Offender Coleman tell the nurse that he wanted to harm himself at which point the Health Care staff placed Coleman in the crisis cell. Coleman also did flood his cell as he states but the Lt. denies he "dumped" any property. Furthermore Lt. stated he did not assault inmate Coleman in any way. On 1/3/15 Coleman was upset with Health Care staff over a medical issue and tried to pull away from this Lt; while being escorted back to his cell. Coleman laid down on the ground and refused to go back in his cell for several minutes. Coleman was taken back to the health care unit and was seen by the nurse a 2nd time and had no injuries of any kind. An incident report was written regarding this incident. This office also spoke with Lt Oehlsen who stated he did remember the incident and spoke with Coleman regarding his allegations. Coleman did not appear to be in any immediate emergency.

The ARB reviewed three incident reports regarding this incident. It appears while Lt. Vinson was escorting Coleman, he (Coleman) laid down on the floor. Coleman was taken back to and seen by Health Care for a 2nd time who reported no visible injuries.

Based on a total review of all available information, it is the opinion of this office that the issue has now been appropriately addressed. It is, therefore, recommended the grievance be denied. Due to a lack of supporting information, staff misconduct cannot be substantiated. Also denial of healthcare cannot be substantiated as Offende Coleman was seen by healthcare on 2 occasions. Monetary compensation will not be awarded as it is outside the jurisdiction of the ARB.

FOR THE BOARD: s/ Leslie McCarty
Leslie McCarty
Administrative Review Board
Office of Inmate Issues

CONCURRED: s/ Donald Stolworthy
Donald Stolworthy
Director

cc: Warden, Pontiac Correctional Center
Dwaine Coleman, Register No. B62923

Copied for file

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 1-14-15 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
|---|---|---|

| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Vienna C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☒ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___ _____
   Date of Report    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

ON 1-3-15 I was assaulted by LT. Vinson and C/O Blessing and
reported it to LT. Ohelson that same day who failed to act or
take statement also nurse who did my falsified 72 hr hunger strike
Physical failed to document obvious injuries she observed and felt
in an attempt to cover up LT. Vinson ramming my head into
door and throwing me to ground, I had big lump (goose egg) in
middle of my forehead and deep red bruising on both wrist from
LT. Vinson grabbing my handcuffed hands (behind my back) and
violently snatching them through Chuck hole and twisting my arms

Relief Requested: For assault to be investigated properly by Illinois State police
and all those involved in assault and cover up to be properly investigated
Also request Polygraph test to prove truth of Statements $500,000 Compensation

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Dwaine Coleman                    B62923          1/14/15
_____      _____      _____
Offender's Signature                ID#             Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** | | |
|---|---|---|

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

RECEIVED
JAN 2 2 2015
ADMINISTRATIVE
REVIEW BOARD

_____    _____    _____
Print Counselor's Name     Counselor's Signature      Date of Response

| **EMERGENCY REVIEW** | |
|---|---|

Date Received: ___/___/___   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____              ___/___/___
Chief Administrative Officer's Signature          Date

Coleman v. Vinson, et al. (15-898) IDOC No.:     000151

in upward motion trying to break them and even Continued to Squeeze my hands once Cuffs were off, I had to Snatch my hands away to keep from being further harmed but before that as Nurse was Collecting urine Sample (while handcuffed behind my back) C/O Blessing grabbed me by the throat while LT Vinson Clamped my Jaws Shut as I tried to request injuries be documented. When I told nurse to treat and document obvious physical injury She deliberately and maliciously refused as she Conspired to Cover up assault by LT. Vinson. On 1-5-15 early Am I reported assault to Warden Love but still nothing done and on 1-6-15 I reported assault to Internal affairs by way of Correspondance but was never interviewed and again on 1-12-15 I implored to Warden Love Why investigation is not being Conducted and a Cover up being done? Warden Love tried to Shift responsibility to Warden Hilliard but I reported assault to Warden Love first before I talked to Warden Hilliard and he is the Warden of operations and shuld have acted upon Serious Complaint. I also Showed Warden Love bump on my head on 1-5-15 which wer Clearly Still Visible. I was denied medical attention and injury documentation on all three Shifts due to whatever lie initial Corrupt Nurse put in the report. I Suffered Severe headache and dizzy Spells I saw stars when my head was rammed and was Scared to Sleep for fear of Concussion, my wrist were bruised for two days with pain. As of this date 1-14-15 No investigation has Commenced as far as taking my Complaint Showing utter disregard to abuse Suffered and Criminal Rogue Staff at Vienna C.C. it must be noted if I was the assailant the assaulter every speck and blemish on the officer would have been documented and photographed and he would have mose take Worker Comp Claims as I would have been Charged Criminally So this is Example of one Sided _____ Justice. Also on 1-5-15 Warden Hilliard apologized to me for my treatment and told me he was going to release me from Segregation with a transfer but as I am Sitting in Pontiac Segregation it is obvious he lied also.

Distribution: Master File; Offender                    Page 2                              DOC 0046 (8/2012)

Coleman v. Vinson, et al. (15-898) IDOC No.:        000152

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

in upward motion trying to break them and even continued to squeeze my hands once cuffs were off, I had to snatch my hands away to keep from being further harmed, but before that as nurse was collecting urine sample (while handcuffed behind my back) C/O Blessing grabbed me by the throat while LT Vinson clamped my jaws shut as I tried to request injuries be documented. When I told nurse to treat and document obvious physical injury she deliberately and maliciously refused as she conspired to cover up assault by LT Vinson. On 1-5-15 early Am I reported assault to Warden Love, but still nothing done and on 1-6-15 I reported assault to Internal Affairs by way of correspondance but was never interviewed and again on 1-12-15 I implored to Warden Love why investigation is not being conducted and a cover up being done? Warden Love tried to shift responsibility to Warden Hilliard but I reported assault to Warden Love first before I talked to Warden Hilliard and he is the Warden of operations and should have acted upon serious complaint. I also showed Warden Love bump on my head on 1-5-15 which was clearly still visible. I was denied medical attention and injury documentation on all three shifts due to whatever lie initial concept Nurse Put in the report. I suffered severe headache and dizzy spells I saw stars when my head was rammed and was scared to sleep for fear of concussion, my wrist were bruised for two days with pain. As of this date 1-14-15 no investigation has commenced as far as taking my complaint showing utter disregard to abuse suffered and criminal rogue staff at Vienna C.C. it must be noted if I was the assaulter every speck and blemish on the officer would have been documented and photographed and he would have made false counter comp claims as I would have been charged accordingly so this is example of one sided _____ justice. Also on 1-5-15 Warden Hilliard appeared to me for my treatment and told me he was going to release me from Segregation with a transfer but as I am sitting in Punitive Segregation it is obvious he lied also.

Coleman v. Vinson, et al. (15-898) IDOC No.:      000153

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: 1-15-15 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
|---|---|---|

| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Vienna C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [X] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [ ] Medical Treatment

- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer**, only if EMERGENCY grievance.
  **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 12-31-15 14 LT. Vinson Maliciasly dumped my property consisting of legal work, personal correspondence, misconduct Journals, stamped envelopes and book manuscript along with work product of musical songs I was accessing to shop as a Ghost writer into water on my cell floor after I packed it into a pillow case in anticipation of this tactic, when I flooded my cell after LT. Vinson denied me mental health/Crisis, failed to document hunger strike and said "fuck Coleman" as I was having anxiety attack. also tmade books and Bible damaged

Relief Requested? $1,500 for damage and malicias destruction of property (work product) and independant investigation into corrupt LT. Vinson out of control behavior.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| _____ Offender's Signature | _____ ID# | ___/___/___ Date |
|---|---|---|

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |
|---|

Date Received: ____/____/____     [ ] Send directly to Grievance Officer     [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

~~RECEIVED~~

JAN 2 2 2015

ADMINISTRATIVE
REVIEW BOARD

| _____ Print Counselor's Name | _____ Counselor's Signature | ___/___/___ Date of Response |
|---|---|---|

| **EMERGENCY REVIEW** |
|---|

Date Received: ____/____/____     Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| _____ Chief Administrative Officer's Signature | ___/___/___ Date |
|---|---|

Distribution: Master File; Offender                    Page 1                    DOC 0046 (8/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: 1-14-15 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Vienna C.C. |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____    Date of Report    Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer**, only if EMERGENCY grievance.
   **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 12-31-14 at aprox 9:15 am I refused lunch tray and declared hunger Strike to C/o Stewart and LT. Vinson, LT. Vinson Stated "fuck Coleman" and instructed C/o Stewart not to record hunger Strike or call mental health as I was experiencing Severe anxiety attack C/o Stewart deliberatly did not document my declaration of hunger Strike to intentionally try to delay notification of Deputy Director and Department Legal as per protocol in an attempt to Convince me to eat before Notification had to be made, Vienna C.C. intentionaly falsified hunger Strike documentation by Stating I declared at 8:10 pm on 12-31-14

Relief Requested: Investigation (independant) Conducted into falsified reports and lies told by all involved and once again I'm begging for polygraph to refute all lies perpetrated upon me by Corrupt regime of Vienna C.C.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Dwaine Coleman

| Offender's Signature  B62923 | ID# | 1 / 14 / 15   Date |

(Continue on reverse side if necessary)

---

| **Counselor's Response (if applicable)** |

Date Received: ____/____/____    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

**RECEIVED**

**JAN 2 2 2015**

**ADMINISTRATIVE REVIEW BOARD**

| Print Counselor's Name | Counselor's Signature | ____/____/____ Date of Response |

---

| **EMERGENCY REVIEW** |

Date Received: ____/____/____    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | ____/____/____ Date |

Distribution: Master File; Offender

which is a blatant lie because Vienna C.C. or any other institution will not allow anyone to declare a hunger strike without first actually refusing a meal and we all know no meals are served at 8:10 pm in any institution in the state of Illinois plus further proof of lies and corruption is I was in Crisis cell and female c/o told LT. on 1-1-15 that Crisis log stated Coleman refused dinner previous night and dinner is served at apeox 4 pm so all the lies told by that corrupt institution can and have been refuted by the proliferation of the truth. I have long list of documentation of falsified reports and due process violations at Vienna C.C. Corruption has been rampant at Vienna C.C. and under cover boss need to investigate the corruption and cover ups of misconduct, even HealthCare (Wexford health Contract workers) conspired and participated in falsified Hunger Strike documentation because I informed Heavy set nurse practioner of hunger strike and suicidal intent on 12-13-14 after LT. Vinson told me to turn blue before he believe I'm suicidal to which he rushed in as I was hanging from bunk choking from noose I foshioned from line on bunk, he then took me to healthCare and lied and said it was the first he heard of my Suicide attempt when I informed nurse of Hunger Strike and suicide attempt. Jason Clark, Rhett Bidsell, offender Wilson cell #5 1st Seg all witnessed exact time I declared Hunger Strike as I refused to accept lunch tray, Jason Clark asked for tray but I told him I could not even accept it while declaring hunger strike. Internal affairs has habit of bribing and threatening witnesses which that evidence will be revealed at later date in legal proceedings.

Coleman v. Vinson, et al. (15-898) IDOC No.:    000156

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

which is a blatant lie because Vienna C.C. or any other institution will not allow anyone to declare a hunger strike without first actually refusing a meal and we all know no meals are served at 8:10 pm in any institution in the State of Illinois. Plus further proof of lies and corruption is I was in Crisis Cell and female C/o told LT. on 1-1-15 that Crisis log stated Coleman refused dinner previous night and dinner is served at apox 4 pm so all the lies told by that corrupt institution can and have been refuted by the proliferation of the truth. I have long list of documentation of falsified reports and due process violations at Vienna C.C. Corruption has been rampant at Vienna C.C. and under cover boss need to investigate the corruption and cover ups of misconduct, even Health Care (Wexford health contract workers) conspired and participated in falsified Hunger Strike documentation because I informed Heavy Set Nurse Practioner of hunger strike and suicidal intent on 12-13-14 after LT. Vinson told me to turn blue before he believe i'm suicidal to which he rushed in as I was hanging from bunk choking from noose I fashioned from line on bunk, he then took me to healthCare and lied and said it was the first he heard of my suicide attempt when I informed nurse of Hunger Strike and suicide attempt. Jason Clark, Rhett Bidsell, offender Wilson Cell #5 1 st Seg all witnessed every time I declared Hunger strike as I refused to accept lunch tray, Jason Clark asked for tray but I told him I could not even accept it while declaring hunger strike. Internal affairs has habit of bribing and threatening witnesses which that evidence will be revealed at later date in legal proceedings.

Distribution: Master File; Offender                    Page 2                                    DOC 0046 (8/2012)

Coleman v. Vinson, et al. (15-898) IDOC No.:        000157

ILLINOIS DEPARTMENT OF CORRECTIONS

**Incident Report**

Incident Number: _____

Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: _Vienna_    Date of Incident: 1/3/15    Time of Incident: 850 ☐am ☒pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES | ☒ NO | Were Restraints / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☐ YES | ☒ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Coleman | B62923 | | |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Sgt. Vick | 11909 | | |
| C/O Anderson | 13626 | | |

**Statement of Facts: (NARRATIVE)**

On the above date and approx time while being escorted from the HCU back to his cell inmate Coleman tried to pull away from the Lt and then laid down on the floor. Inmate Coleman was then seen by the nurse a second time and was then placed back in his cell. Inmate Coleman had no visible injuries.

| | | | |
|---|---|---|---|
| Lt Vinson | s/ Signature  6401 | 1/3/15 9⁰⁰pm   s/ Signature  873/21 | 1/3/15 |
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time   Person Accepting Report | Date / Time |

Administrative Assessment: _C.C. Aw Jone Dillon , IA_

Chief Administrative Officer: _s/ Robert Hilliard_    Date / Time: 1/5/15  5 P.m

Distribution:   Director, Deputy Director, File    *Printed on Recycled Paper*    DOC 0434 (Eff. 1/2014)
Legal Services (only if restraints/force used)    [Replaces DC 434]

ILLINOIS DEPARTMENT OF CORRECTIONS

**Incident Report**

Incident Number: _____

Type of Incident: _____

**If the answer is yes to any of the following questions, explain in narrative below:**

Facility/Program: Vienna Correctional Center     Date of Incident: 1/3/2015     Time of Incident: 11:20   ☐ am ☒ pm

| | | | | |
|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES ☒ NO | Were Restraints / Force Used: | ☐ YES ☒ NO |
| Was Property Damaged: | ☐ YES ☒ NO | Were Chemical Agents or OC Used: | ☐ YES ☒ NO |
| Were Arrests Made: | ☐ YES ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES ☒ NO |
| Were there Media Inquiries: | ☐ YES ☒ NO | Any Injuries / Hospitalizations: | ☐ YES ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Lt. Oehlsen | 6335 | | |
| Inmate Coleman | B62923 | | |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Statement of Facts:  (NARRATIVE)**

On the above date and approximate time, as T/A shift supervisor, I was making rounds at building 19.  I checked on the inmates that were in the crisis cells.  One of these inmates, Coleman B62923, stated to me that he had been assaulted by staff earlier in the evening.  I checked with the HCU and the crisis log book and saw that he had been checked by an RN earlier in the evening for the same claim. Inmate Coleman did not appear to be in any immediate distress.  End of report.

| | | | |
|---|---|---|---|
| Lt. Oehlsen | s/ Lt. Oehlsen | 1/4/2015 1:00 AM | s/ Signature |
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report |

Date / Time: 1/4/15 7:00 am

**Administrative Assessment:**  C.C. Atw Love & Ft. Harrison

Chief Administrative Officer: s/Robert Hilliard     Date / Time: 1/5/15 5P.m

Distribution:   Director, Deputy Director, File
Legal Services (only if restraints/force used)

*Printed on Recycled Paper*

DOC 0434 (Eff. 1/2014)
[Replaces DC 434]

Coleman v. Vinson, et al. (15-898) IDOC No.:     000159

ILLINOIS DEPARTMENT OF CORRECTIONS

**Incident Report**

Incident Number: _____

Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: _Vienna_____   Date of Incident: _1/3/2015___   Time of Incident: _09:00___   ☒am ☐pm

| | | |
|---|---|---|
| Was a Weapon Involved: | ☐ YES  ☒ NO | Were Restraints / Force Used:  ☐ YES  ☒ NO |
| Was Property Damaged: | ☐ YES  ☒ NO | Were Chemical Agents or OC Used:  ☐ YES  ☒ NO |
| Were Arrests Made: | ☐ YES  ☒ NO | Appr. Unit and/or Law Enf. Agency Notified:  ☐ YES  ☒ NO |
| Were there Media Inquiries: | ☐ YES  ☒ NO | Any Injuries / Hospitalizations:  ☐ YES  ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Offender Coleman B62923 | | | |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Sgt. Lingle | 7355 | | |

**Statement of Facts:  (NARRATIVE)**

On the above date and app. time this reporting Lt. asked offender Coleman B62923 why he was on his was refusinf his lunch meal and why he declared his Hunger Strike on 1/1/15 at app. 340pm. Offender Coleman B62923 would not respond to this reporting Lt. Shift Supervisor Davis was notified.

| | | | |
|---|---|---|---|
| Lt. Mitchell 5747/14 | s/ Lt. Mitchell | 1/3/2015 9:41 AM | s/ Signature |
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report |
| | | | 1-3-15 1240 Date / Time |

**Administrative Assessment:** _C.C. Also Love & Lt. Harrison_

| | |
|---|---|
| Chief Administrative Officer:  s/ Robert Hilliard | Date / Time:  1/5/15 P.M. |

Distribution:  Director, Deputy Director, File
Legal Services (only if restraints/force used)

*Printed on Recycled Paper*

DOC 0434 (Eff. 1/2014)
[Replaces DC 434]

## McCarty, Leslie

| | |
|---|---|
| **From:** | Peck, Charles |
| **Sent:** | Monday, April 20, 2015 2:09 PM |
| **To:** | Bartley, Mary S. |
| **Cc:** | McCarty, Leslie |
| **Subject:** | FW: Dwaine Coleman #B62923 |
| **Attachments:** | img-129115924-0001.pdf |

Mary, did you forward Lt. Vinson's response to Leslie?

**From:** McCarty, Leslie
**Sent:** Monday, April 20, 2015 1:52 PM
**To:** Peck, Charles
**Subject:** FW: Dwaine Coleman #B62923

Reminder to the below. Thank you.

Call Lt.
Shelton

Leslie McCarty
Illinois Department of Corrections
Office of Inmate Issues
Phone: 217-558-2200 ext. 6010
Fax: 217-522-1957

**From:** McCarty, Leslie
**Sent:** Tuesday, March 03, 2015 11:15 AM
**To:** Peck, Charles
**Subject:** FW: Dwaine Coleman #B62923

Just a reminder. Thanks.

Leslie McCarty
Illinois Department of Corrections
Office of Inmate Issues
Phone: 217-558-2200 ext. 6010
Fax: 217-522-1957

**From:** McCarty, Leslie
**Sent:** Thursday, January 29, 2015 11:59 AM
**To:** Peck, Charles
**Subject:** Dwaine Coleman #B62923

Major – Attached are Offender Coleman's grievances I spoke with you about. Please get responses from the individuals involved in Offender's Coleman's allegations so that I can appropriately address his grievances. Thank you for your assistance.

Leslie McCarty
Illinois Department of Corrections

1

## McCarty, Leslie

**From:**      Oehlsen, Todd
**Sent:**      Thursday, April 23, 2015 11:38 PM
**To:**        McCarty, Leslie
**Subject:**   RE: Dwaine Coleman #B62923

I do remember this incident, although I do not remember exactly what day it was.  I was working the shift after his alleged assault, and I did check and verify that incident reports were written by the accused Lt. and the health care staff on the previous shift.  The inmate in question did not appear to be in any immediate emergency.  I probably talked to this inmate around 12am.

If you need any more information, please let me know.

**From:** McCarty, Leslie
**Sent:** Thursday, April 23, 2015 1:35 PM
**To:** Oehlsen, Todd
**Subject:** Dwaine Coleman #B62923

Lt. — I am reviewing Offender's Coleman's grievance he submitted to our office.  He was transferred and therefore a Grievance Officer's report is not attached.  Can you please review his grievance and respond to the allegations pertaining to you.  Thank you for your assistance.

Leslie McCarty
Illinois Department of Corrections
Office of Inmate Issues
Phone: 217-558-2200 ext. 6010
Fax: 217-522-1957

1

## McCarty, Leslie

| | |
|---|---|
| **From:** | McCarty, Leslie |
| **Sent:** | Tuesday, March 03, 2015 11:15 AM |
| **To:** | Peck, Charles |
| **Subject:** | FW: Dwaine Coleman #B62923 |
| **Attachments:** | img-129115924-0001.pdf |

Just a reminder.  Thanks.


Leslie McCarty
Illinois Department of Corrections
Office of Inmate Issues
Phone: 217-558-2200 ext. 6010
Fax: 217-522-1957

---

**From:** McCarty, Leslie
**Sent:** Thursday, January 29, 2015 11:59 AM
**To:** Peck, Charles
**Subject:** Dwaine Coleman #B62923

Major – Attached are Offender Coleman's grievances I spoke with you about.  Please get responses from the individuals involved in Offender's Coleman's allegations so that I can appropriately address his grievances.  Thank you for your assistance.

Leslie McCarty
Illinois Department of Corrections
Office of Inmate Issues
Phone: 217-558-2200 ext. 6010
Fax: 217-522-1957

1

Coleman v. Vinson, et al. (15-898) IDOC No.:     000163

In response to grievances written on 1/14/15 and 1/15/15 by inmate Coleman B62923. Inmate Coleman never at any time informed this Lieutenant that he wanted to declare a hunger strike nor did he ever inform this Lieutenant of any intent to harm himself. Inmate Coleman was however escorted to the health care unit by this Lt. because he was claiming to be having chest pains. While in the health care unit I did hear inmate Coleman tell the nurse that he wanted to harm himself at which point the health care staff placed inmate Coleman in the crisis cell. Inmate Coleman also did flood his cell as he states but I did not "dump" any property. Furthermore I did not assault inmate Coleman in any way. On 1/3/15 inmate Coleman was upset with health care staff over a medical issue and tried to pull away from this LT. while being escorted back to his cell. Inmate Coleman laid down on the ground and refused to go back in his cell for several minutes, Coleman was taken back to the health care unit and was seen by the nurse a 2nd time and had no injuries of any kind. A copy of the Incident Report from 1/3/15 is included with this response.

Lt. James Vinson



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**DONALD STOLWORTHY**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

April 22, 2015

Dwaine Coleman
Register No. B62923
Pontiac Correctional Center

Dear Mr. Coleman:

This is in response to your grievance received on November 7, 2014, regarding Staff Conduct (C/O Glazier and transfer bus), which was alleged to have occurred while on the Pinckneyville Transfer Bus. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your grievance dated November 7, 2014, wherein you allege on 11/6/14 while on the Pinckneyville transfer bus, C/O Glazier went on an unprovoked, hateful, disrespectful, belligerent, degrading rampage using foul and degrading language, which bordered on racism. You stated Lt. Baker condoned this behavior by ignoring Glazier's outbursts.

This office contacted Lt. Baker who stated he does not recall this situation nor does he recall Inmate Coleman. Additionally, C/O Glazier has retired and is no longer with the Illinois Department of Corrections.

Based on a total review of all available information and lack of information to support the allegations, it is the opinion of this office that the issue has now been was appropriately addressed. It is, therefore, recommended the grievance be denied due a lack of information to substantiate the allegation.

FOR THE BOARD: _____
s/ Leslie McCarty
Leslie McCarty
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
s/ Donald Stolworthy
Donald Stolworthy
Director
5/11/15

cc:   Warden, Pontiac Correctional Center
      Dwaine Coleman, Register No. B62923

Copied for file ( response requested ) This grievance was documented or mailed on 11-7-14

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 11-7-14 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
|---|---|---|

| Present Facility: Vienna CC. | Facility where grievance issue occurred: Transfer Bus |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: ____/____/____    Date of Report      Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 11-6-14 while on transfer bus (Pinckneyville) C/o Chuck Glaze (Pinckneyville) went on an unprovoked, hateful, disrespectful, belligerent, degrading rampage against offenders using foul degrading language which bordered flagrant racism. Calling offenders stupid dumb fucks, dogs and threatening to falsify Disciplinary reports to make them stick. I was subjected to this disrespectful humiliation for six hours. I noticed C/o Glaze shaking profusely, obvious signs of alcohol withdrawal which could be effecting his mood and causing violent outburst and unprofessional behavior. This concerns me because this out of control C/o is entrusted with a loaded weapon. LT. Baker condoned this behavior by ignoring it. IL admin code set Professional guidelines which were broken (back)

Relief Requested: Incident investigated and Counseling offered to this C/o and training on professionalism be enforced because law states we have right to be treated justly and with dignity.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Dwaine Coleman      B62923    11, 7, 14
Offender's Signature       ID#      Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED
NOV 12 2014
OFFICE OF
INMATE ISSUES

_____    _____    ____/____/____
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____    Is this determined to be of an emergency nature?
- ☐ Yes; expedite emergency grievance
- ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____      ____/____/____
Chief Administrative Officer's Signature    Date

Coleman v. Vinson, et al. (15-898) IDOC No. 000166

Illinois administrative Code set standards of proffesional conduct which was Violated by C/o Glaze and not enforced by his Supervisor who witnessed his unproked outburst. The Bus ride from Statesville to lincan C.C. was the exact opposite, the officers were very proffesional while strictly enforcing bus rules. I am an advocate for inmates and our Communities rights so I feel it is my duty to Document each act of misconduct, the investigative results or non-results to expose the picture as a whole on Hoodlaw.Com which is Comming soon to educate the unsuspecting public of what goes on behind the scenes in law enforcement and Corrections. A perfect example is if C/o Glaze tirad provoked an attack (staff assault) it would have been portrayed to the Courts and media as violent offender attacks Correctional officer in Pesumed escape attempt, or whatever Spin I.D.O.C Media Relations tried to put on it. This grievance is the paper trail to put I.D.O.C on notice this Conduct will be well documented so any lies will be exposed with truth and plausible deniability Cannot be Claimed if one of these unproffesional, unstable officers lose complete Control and harm others in the midst of an angry, emotionally unstable, violent ticade. All the signs are there but yet these officers Supervisors Continue to ignore the warning signs and Chalk it up to business as usual. (failure to Supervise)



Coleman v. Vinson, et al. (15-898) IDOC No.: 000167

## McCarty, Leslie

| | |
|---|---|
| **From:** | Baker, Phillip O. |
| **Sent:** | Wednesday, April 22, 2015 12:37 PM |
| **To:** | McCarty, Leslie |
| **Subject:** | RE: Dwaine Coleman #B62923 |

Ms. McCarty,
    I am sorry but I do not recall this situation nor Inmate Coleman. I can not answer if I was or was not assigned to the transfer bus on that date. C/O Glazier has recently retired due to medical reasons.
    P. Baker

---

**From:** McCarty, Leslie
**Sent:** Monday, April 20, 2015 3:59 PM
**To:** Baker, Phillip O.
**Subject:** Dwaine Coleman #B62923

Lt. — I am reviewing a grievance Offender Coleman filed on 11/7/14 stating on 11/6/14 while on transfer bus (Pinckneyville) C/O Chuck Glaser went on an unprovoked, hateful, disrespectful, belligerent, degrading rampage using foul, degrading language which bordered on racism.  Offender goes on to state that Lt. Baker condoned this behavior by ignoring this outburst.   Coleman was transferred to Vienna so I do not have a Grievance Officer's report regarding this incident .  Can you please respond to Offender Coleman's allegations so that I can answer this grievance?  Thank you.

Leslie McCarty
Illinois Department of Corrections
Office of Inmate Issues
Phone: 217-558-2200 ext. 6010
Fax: 217-522-1957

1

**McCarty, Leslie**

| | |
|---|---|
| **From:** | McCarty, Leslie |
| **Sent:** | Monday, April 20, 2015 3:59 PM |
| **To:** | Baker, Phillip O. |
| **Subject:** | Dwaine Coleman #B62923 |

Lt. – I am reviewing a grievance Offender Coleman filed on 11/7/14 stating on 11/6/14 while on transfer bus (Pinckneyville) C/O Chuck Glaser went on an unprovoked, hateful, disrespectful, belligerent, degrading rampage using foul, degrading language which bordered on racism.  Offender goes on to state that Lt. Baker condoned this behavior by ignoring this outburst.   Coleman was transferred to Vienna so I do not have a Grievance Officer's report regarding this incident .  Can you please respond to Offender Coleman's allegations so that I can answer this grievance?  Thank you.

Leslie McCarty
Illinois Department of Corrections
Office of Inmate Issues
Phone: 217-558-2200 ext. 6010
Fax: 217-522-1957

1

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Coleman_ _Dwane_ MI___ _B62923_
Last Name          First Name          ID#

Facility: _Vienna_

☑ Grievance: Facility Grievance # (if applicable) _14-12-014_ Dated: _12-1-14_ or ☐ Correspondence: Dated: _____
Received: _3, 23, 15_    Regarding: _Medical_
Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL   62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☑ This office previously addressed this issue on ___/___/___
Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

Completed by: _Terri Anderson_          s/ Terri Anderson          _4, 8, 15_
Print Name                              Signature                    Date

Distribution:  Offender              *Printed on Recycled Paper*              DOC 0070 (Rev.4/2013)
Inmate Issues

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** December 15, 2014        **Date of Review:** January 27, 2015        **Grievance #** (optional): vc-14-12-014

**Offender:** Coleman, Dwaine                                                    **ID#:** B62923

**Nature of Grievance:** Medical Treatment - Offender alleges he's not receiving any medical treatment for his back and testicle pain.  Offender also requests to be refunded his $5 co-pay.

**Facts Reviewed:** Offender's Grievance, Written Response by the HCU DON, AD 04.03.103

The Director of Nursing, Ms. Vinyard, has provided a written response to Offender's grievance.  In her response, she states: "On 12/1/14 the offender refused his requested sick call.  The offender has been medically evaluated for his complaints and the MD requested records from outside providers, which have now been received.  A review of the medical file reveals the offender is receiving appropriate medical/dental care."

According to AD 04.03.103, "Offenders who request non-emergency treatment shall pay the Department a $5.00 co-pay per visit.  Services are non-emergency services when requested by the offender and determined to be non-emergent by examining medical personnel."

Director of Nursing Vinyard response is a lie and a Blind man can
See that is scripted. I received 200mg Ibuprofin Which I told them was
Useless so appropiate Care is most definibly a lie. Never requested dental
So thats standard lie/denial. Vienna c.c has a propensity for falsifying
repors Just like I was assaulted and it wasnt documented or treated.

Believe back dated due to Stamped                    s/ Dwaine Coleman
emergency yet wasnt processed till                    2-23-15
almost two months later (emergency?)              received on 2-23-15

**Recommendation:** Based on the statement provided by the Director of Nursing, it is the Recommendation of this Grievance Officer that Offender's Grievance be DENIED.

                                                                        s/ Karen Elder

Karen Elder, Ccii
Print Grievance Officer's Name                              Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 2-2-15          ☑ I concur      ☐ I do not concur      ☐ Remand
**Comments:**

**RECEIVED**
MAR 2 3 2015
ADMINISTRATIVE
REVIEW BOARD

                s/ Robert Hilliard                                      2-2-15
Chief Administrative Officer's Signature                          Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

        s/ Dwaine Coleman                              B62923              3-16-15
Offender's Signature                                          ID#                  Date

Distribution:  Master File; Offender                  Page 1                          DOC 0047 (Rev. 3/2005)

14-12-014

### ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 12-1-14 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |

| Present Facility: Vienna C.C. | Facility where grievance issue occurred: Vienna C.C. |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): _____

- ☐ Disciplinary Report: ____ / ____ / ____
  Date of Report                          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON Todays date I was once again subjected to Vienna C.C.
Day to Day Medical Care fraud practices. I am still suffering
from back pain as well as pain in my left testicle which
Vienna C.C. has refused to treat for a month now. I am
experiencing excruciating pain of which my back problems
have been well Documented in the Illinois Department of
Corrections which one point I was issued a Cain and
prescribed muscle Relaxants in I.D.O.C. not only is my
back problems Documented in I.D.O.C but in the free world →

**Relief Requested:** To receive proper treatment by Specilist and refund of
previous $5.00 stolen when I was sent back to Dr. Santos and once
again Neglected.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Dwaine Coleman

| Offender's Signature | ID# B62923 | Date 12,1,14 |

(Continue on reverse side if necessary)

---

| | **Counselor's Response (if applicable)** | |

| Date Received: ____ / ____ / ____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

**Response:**

REC'D / REVIEWED
DEC 1 5 2014
GRIEVANCE OFFICER

RECEIVED
MAR 2 3 2015
ADMINISTRATIVE
REVIEW BOARD

| Print Counselor's Name | Counselor's Signature | Date of Response |

---

RECEIVED          | **EMERGENCY REVIEW** |
Date Received: DEC 0 3 2014
VIENNA CORRECTIONAL CENTER
WARDEN'S OFFICE

Is this determined to be of an emergency nature?
☒ Yes; expedite emergency grievance
w. Krow
☐ No; an emergency is not substantiated.
Offender should submit this grievance in the normal manner.

s/ Robert Hilliard
Chief Administrative Officer's Signature          Date 12,3,14

Distribution: Master File; Offender          Page 1          DOC 0046 (8/2012)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

also. My Testicle pain has yet to be diagnosed and Vienna c.c. refuses to Schedule me to see a urologist even though their Doctor is clueless and incompedent. DR Santos answer to every thing is water and exceccise. follow up Care is supposed to be free of Charge if the problem has not been takin Care of but yet Vienna CC refuses to even issue a Single Motcin to me unless I pay $5.00. The pattern of this Scam is very Clear and in the mean time I am suffering and if my testicle pain turns out to be very Secious. and permenant damage is done I will take apcopiate legal action because this is Cciminal Negligence due to the fact I Cant Choose my own Doctor and is under the Departments Care or neglect. I Am affaid to Seek emergency Care due to fact I was placed in Disciplinary Segegation for requesting Crisis team for not having my Medical needs met. I have been in extreme pain for months and Vienna cc. has refused to give me proper treatment.

AS of 12-2-14 non

of My Grievances have

been returned.

been at Vienna C.C. a

Month and have not seen my

Counselor walk once

Coleman v. Vinson, et al. (15-898) IDOC No.:    000173



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**Bryan Gleckler**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

March 30, 2015

Dwaine Coleman
Register No. B62923
Pontiac Correctional Center

Dear Mr. Coleman:

This is in response to your grievance received on January 22, 2015, regarding Medical (back pain), which was alleged to have occurred at Vienna Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your grievance dated January 15, 2015, wherein you allege you have suffered severe back pain without being offered even a simple ibuprofen. In addition, you have pain in your left testicle. You believe staff is playing games with your health by refusing you treatment. You requested an investigation into Wexford's practices at Vienna CC and compensation in the amount of $500,000.00 for pain and suffering.

Offender transferred to Pontiac CC on January 14, 2015. The ARB contacted contacted Pontiac's HCUA Arroyo and who stated, Offender has been seen for both issues. Offender was seen on 11-9-14 for pain with urination. Offender was seen again on 11-15-14 and 11-16-14 for back pain (previously diagnosed with sciatica) with no pain medication given. Motrin was ordered in December and they changed to Naprosyn in February. The doctor ordered an X-ray which showed mild degenerative changes. Offender was last seen on 2-22-15 by the MD who ordered an ultrasound of the testicle and an antibiotic.

Based on a total review of all available information, it is the opinion of this office that the issue has now been appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied. Monetary compensation will not be awarded to the Offender by the ARB.

FOR THE BOARD:   s/ Leslie McCarty

Leslie McCarty
Administrative Review Board
Office of Inmate Issues

CONCURRED:   s/ Donald Stolworthy

Donald Stolworthy
Director

cc:   Warden, Pontiac Correctional Center
      Dwaine Coleman, Register No. B62923

Coleman v. Vinson, et al. (15-898) IDOC No.:     000174

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 1-15-15 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
|---|---|---|

| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Vienna C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ ADA Disability Accommodation
☐ Staff Conduct  ☐ Dietary  ☒ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☐ Other (specify): _____

☐ Disciplinary Report: ____/____/____ _____
　　　　　　　　　　Date of Report　　　　　　　　Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
　**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　**Chief Administrative Officer,** only if EMERGENCY grievance.
　**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

As of Todays date 1-14-15 I have suffered severe back pain without being
offered a simple ibuprofin as Doctor Santos and Wexford Health
staff played games with my health refusing to treat me even after
medical records from Lake Forest Hospital showed previous complaints and even
I.D.O.C. medical records reflect long history of back problems dating
back to the 90's. The refusal to treat was malicious in nature as
I lodged complaints of healthcare scam at Vienna C.C. only after
X-Ray results were read prior to my Disciplinary transfer was my
condition recognized as degenerative condition( cause of pain) but yet

Relief Requested: Investigation into Wexford Health practices at Vienna C.C. and compensation
for pain and suffering in amount of ~~$900,000~~ $500,000

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_s/ Dwaine Coleman_　　　　　　　B62923　　1/15/15
　Offender's Signature　　　　　　　　　ID#　　　　Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) | |
|---|---|

Date Received: ____/____/____　　☐ Send directly to Grievance Officer　　☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

**RECEIVED**

**JAN 2 2 2015**

**ADMINISTRATIVE REVIEW BOARD**

_____　　　　　　　　　　　　　_____　　____/____/____
Print Counselor's Name　　　　　　Counselor's Signature　　Date of Response

| EMERGENCY REVIEW | |
|---|---|

Date Received: ____/____/____　Is this determined to be of an emergency nature?　☐ Yes; expedite emergency grievance
　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____　　　　　　　　　　　　　　　　　　　　　____/____/____
Chief Administrative Officer's Signature　　　　　　　　　　Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

I was still not treated due to stubbornness of Wexford Health previous Choice to not treat my excruciating pain, I still have pain in my left testicle that they never tried to actually figure out and I was even told by heavy set Nurse Practitioner "Let me guess you want us to Send you to a Specialist on our dime" (Money over Medical Care) Wexford Health is Contracted so it is in their best interest to Cut health Care Cost to maximize profits so Shortcuts are made and serious injuries are left untreated due to greed. I suffered untreated at Vienna C.C. from 11-7-14 till transfer on 1-14-15 Back pain is real and excruciating with severe incapacitating back Spasms.

Coleman v. Vinson, et al. (15-898) IDOC No.:          000176

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

I was still not treated due to stubbornness of Wexford Health previous. Choice to not treat my excruciating pain, I still have pain in my left testicle that they never tried to actually figure out and I was even told by heavy set Nurse Practitioner "Let me guess you want us to send you to a Specialist on our dime" (money over medical care) Wexford Health is contracted so it is in their best interest to cut health care cost to maximize profits so shortcuts are made and serious injuries are left untreated due to greed. I suffered untreated at Vienna C.C. from 11-7-14 till transfer on 1-14-15 Back pain is real and excruciating with severe incapacitating back spasms.

Coleman v. Vinson, et al. (15-898) IDOC No.:      000177

## McCarty, Leslie

| | |
|---|---|
| **From:** | Arroyo, Teresa |
| **Sent:** | Monday, March 16, 2015 10:07 AM |
| **To:** | McCarty, Leslie |
| **Subject:** | RE: Dwaine Coleman #B62923 |

11-9-14 seen for pain with urination.  UA ordered
11-15-14 seen for back pain.  Diagnosed previously with sciatica
11-16-14 seen by MD and no medications were given

Since at Pontiac he has been seen for both issues.  Motrin was ordered originally in December and they changed to Naprosyn in February.
Doctor ordered x-ray and UA
X-ray showed mild degenerative changes.
2-22-15 seen again by MD and he ordered an ultrasound of testicle and Antibiotic.

**Teresa Arroyo**
**Health Care Unit Administrator**
**Pontiac Correctional Center**
**815-842-2816, ext. 2688**
teresa.arroyo@doc.illinois.gov

E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only. This e-mail and any attachments might contain information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Illinois Department of Corrections. Thank you for your cooperation.

**From:** McCarty, Leslie
**Sent:** Tuesday, March 03, 2015 10:10 AM
**To:** Arroyo, Teresa
**Subject:** FW: Dwaine Coleman #B62923

Teresa – Just a reminder on this one.

Leslie McCarty
Illinois Department of Corrections
Office of Inmate Issues
Phone: 217-558-2200 ext. 6010
Fax: 217-522-1957

**From:** Arroyo, Teresa
**Sent:** Friday, February 06, 2015 12:05 PM
**To:** McCarty, Leslie
**Subject:** RE: Dwaine Coleman #B62923

He is being seen today on sick call, so his chart is unavailable right now.  I will see if it becomes available this afternoon.

1

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: _Coleman_ _Dwaine_ _____ _B62923_
             Last Name        First Name        MI        ID#

Facility: _Pontiac CC_
                              _1/30/15, 2/3/15, 2/2/15 & 2/22/15_

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: _____ or ☐ Correspondence: Dated: _____

Received: _2/25/15_ Regarding: _4grvs re medical treatment & racism_
              Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☑ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☑ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- ☐ Provide dates of disciplinary reports and facility where incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court
  Springfield, IL  62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns to: Illinois Prisoner Review Board
  319 E. Madison St., Suite A
  Springfield, IL  62706

**No further redress:**
- ☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____
                                                            Date
- ☐ No justification provided for additional consideration.

Other (specify): _Provide to ARB within DR 504.810 timeframe_

Completed by: _Leslie McCarty_          s/ Leslie McCarty          _3/11/15_
                    Print Name                      Signature                      Date

Distribution:  Offender
               Inmate Issues

*Printed on Recycled Paper*          DOC 0070 (Rev.4/2013)

*Grievance clearly states denial too long & is*
*rubber stamping responses. 2/11*

# Illinois
## Department of
# Corrections

**Bruce Rauner**
Governor

**S. A. Godinez**
Director

Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL 61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

## M E M O R A N D U M

RECEIVED

FEB 2 5 2015

ADMINISTRATIVE
REVIEW BOARD

DATE: *2-13-15*

TO: *Coleman # 62923*

FROM: Grievance Officer
Pontiac Correctional Center

SUBJECT: Grievance(s) dated: *2-3-15*   Topic: *Medical*

Issue: *Denied Med/MH attention.*

The attached is being returned for the reason(s) listed below:

**X**   Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor".

_____   Use proper Committed Person's Grievance (DOC 0046).

_____   Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

_____   Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

_____   Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further.  Discovery date of incident, occurrence, or problem: _____.

_____   Unable to determine nature of grievance/correspondence.  Submit additional specific information.

_____   Illegible copy submitted -- submit legible copy for consideration.

_____   Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee.  If request is denied, utilize the grievance process for further consideration.

_____   Issue has been previously addressed on _____.  No justification for further consideration.

_____   Contact the Record Office with you request and/or additional information (sentence calculations, jail credits, etc.).

_____   Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency parole violation issues, etc.).

_____   Other: _____

*Copies for file in case of accidental destruction.*

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 2-3-15 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
|---|---|---|

| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [x] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): racial Discrimination

- [ ] Disciplinary Report: ____/____/____
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete; Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Pontiac C.C. openly practices racial Discrimination in housing placement and medical/mental Health treatment. I have been in Pontiac for 21 days today and have been trying to see mental health and medical from first day of accival and still havn't been seen. I have submitted request slips with no response and stuck signed money voucher in door which nurse took even though we not supposed to sign until we receive service but Pontiac wont even consider medical needs unless voucher is signed before you are even called to sick call (which if I change mind and dont go they →

Relief Requested: For racial Discrimination to stop and Medical and Mental health needs met

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| s/ Dwaine Coleman | B62923 | 2, 3, /15 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

| **Counselor's Response** (if applicable) | |
|---|---|

Date Received: ____/____/____    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

**RECEIVED**

**FEB 2 5 2015**

**ADMINISTRATIVE REVIEW BOARD**

| Print Counselor's Name | Counselor's Signature | ____/____/____ Date of Response |
|---|---|---|

| **EMERGENCY REVIEW** | |
|---|---|

Date Received: 2 / 11 / 15    Is this determined to be of an emergency nature?    [ ] Yes; expedite emergency grievance
[x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| s/ Randy Pfister | | 2/ 11 /15 |
|---|---|---|
| Chief Administrative Officer's Signature | | Date |

Distribution: Master File; Offender          Page 1          DOC 0046 (8/2012)

Printed on Recycled Paper

Still take money illegally) Since Ive been in North house on seven gallery one white guy arrived one week after me and got expidited and moved to west house in a week then another white guy right next door to me who havnt been in Pontiac a week yet already seen Mental Health twice and im still waiting 21 days later, after checking with other offenders it was confirmed that white offenders get preferential treatment and Pontiac does openly participate in racial Discrimination in meeting white offenders needs above all others I plan to make the Community aware because alot of mentally ill offenders are being neglected Just to meet white offenders needs first and alot of these unecessary tickets are because of neglect because I.DOC only recognizes negative behavior and ignores all polite and respectful request alot loss employee assaults would occur if needs were properly met and discrimination was not being practiced so openly without regard to health and safety. Talked to Counselor today about neglect of medical and Mental Health needs, I am in physical pain and need Mental Health needs meb due to extreme Mood swings and severe anxiety I have Mental Health diagnosis in two different States and need to be treated, I just came off suicide watch right before transfer to Pontiac and was supposed to be on phsyc Detox list but Ms Smith lied to me at Vienna as well as Warden Hulliod when he lied and said he was letting me out of seg because of all false tickets written on me in retaliation for grievances of rights violations. If inmates are lied to and neglected every step of the way what is our recourse other then acting out to get needs met? People are killing their Cellies and Committing suicide due to the gross Neglect at Pontiac and other I.DOC facilities. I pray that Governor Raunes Changes the Culture of Corruption and misconduct in I.DOC and start holding Wardens and Serpervisors liable for failure to supervise. If rules were followed as visorus ns they are enforced the management problems with decrease ten fold.

Coleman v. Vinson, et al. (15-898) IDOC No.:          000182

Still take money illegally) Since Ive been in North house on Seven gallery one white guy arrived one week after me and got exploited and moved to West House in a week then another white guy right next door to me who havnt been in Pontiac a week yet already seen Mental Health twice and im still waiting 21 days later, after checking with other offenders it was confirmed that white offenders get preferential treatment and Pontiac does openly participate in racial Discrimination in meeting white offenders needs above all others I plan to make the Community aware because alot of mentally ill offenders are being Neglected just to meet white offenders needs first and alot of these unecessary tickets are because of neglect because I.Doc only recognizes negative behavior and ignores all polite and respectful request alot less employee assaults would occur if needs were properly met and discrimination was not being practiced so openly without regard to health and safety. Talked to Counselor today about neglect of medical and mental Health needs, I am in physical pain and need mental Health needs met due to extreme Mood swings and severe anxiety & have Mental Health diagnosis in two different States and need to be treated, I Just Came off suicide watch right before transfer to Pontiac and was supposed to be on phsyc Doctor list but Ms Smith lied to me at Vienna as well as Warden Hilliard when he lied and said he was letting me out of seg because of all false tickets written on me in retaliation for grievances of rights violations. If inmates are lied to and neglected every step of the way what is our recourse other then acting out to get needs met? People are killing their Cellies and committing suicide due to the gross Neglect at Pontiac and other I.D.O.C facilities, I Pray that Governor Rauner changes the Culture of Curruption and misconduct in I.Doc and start holding Wardens and supervisors liable for failure to supervise. If rules were followed as vigorously as they are enforced the management problems with decrease ten fold.

Coleman v. Vinson, et al. (15-898) IDOC No.:        000183

*Grievance clearly states attempts to resolve through counsel but Counselor Baylor clearly ignored me and dropped the Ball*

*B 2/11*

**Illinois**
Department of
**Corrections**

**Bruce Rauner**
Governor

**S. A. Godinez**
Director

Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL  61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

## M E M O R A N D U M

DATE: *2-13-15*     *B*

TO: *Coleman* # *62923*

FROM:    Grievance Officer
Pontiac Correctional Center

SUBJECT: Grievance(s) dated: *1-30-15*  Topic: *Medical*

Issue *Mood Swings, anxiety, meds*

The attached is being returned for the reason(s) listed below:

☒       Contact your Correctional Counselor.  Per DR 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor".

_____    Use proper Committed Person's Grievance (DOC 0046).

_____    Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

_____    Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

_____    Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further.  Discovery date of incident, occurrence, or problem: _____.

_____    Unable to determine nature of grievance/correspondence.  Submit additional specific information.

_____    Illegible copy submitted – submit legible copy for consideration.

_____    Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee.  If request is denied, utilize the grievance process for further consideration.

_____    Issue has been previously addressed on _____.  No justification for further consideration.

_____    Contact the Record Office with you request and/or additional information (sentence calculations, jail credits, etc.).

_____    Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency parole violation issues, etc.).

_____    Other: _____

**RECEIVED**

FEB 2 5 2015

ADMINISTRATIVE

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

| Date: 1-30-15 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
|---|---|---|
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation

☐ Staff Conduct    ☐ Dietary    ☒ Medical Treatment    ☐ HIPAA

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify): _____

☐ Disciplinary Report: ____ / ____ / ____
                 Date of Report                Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer,** only if EMERGENCY grievance.
    **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I've been at Pontiac C.C. since 1-14-15 and as such have been trying to see Mental Health since arrived with written and verbal request the Counselor even acknowledged he knew I was trying to see Mental Health. I was just taken off suicide watch prior to transfer to Pontiac and was told I was on Dr's call list but never was seen when Doctor did tele phse (lied to) Now a white offender who just arrived at Pontiac on Wednesday 1-28-15 was seen by Mental Health today (without even requesting to be seen. Why? I am having bad mood swings

**Relief Requested:** To have my Mental Health Needs addressed at once and stop the preferential biased treatments implemented.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Dwaine Coleman      B62923      1 / 30 / 15
    Offender's Signature            ID#             Date

(Continue on reverse side if necessary)

| **Counselor's Response** (if applicable) | |
|---|---|
| Date Received: ____ / ____ / ____ | ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: 

*RECEIVED*

*FEB 2 5 2015*

*ADMINISTRATIVE REVIEW BOARD*

Print Counselor's Name        Counselor's Signature        Date of Response

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: 2/11/15 | Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance    ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

s/ Randy Pfister

Chief Administrative Officer's Signature        2/11/15
                                              Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

and very kind anxiety and need my meds back because this is a very difficult time for me. It's as if my Medical file was never even reviewed because im also having difficult time seeing Medical Doctor to address my extreme Chronic Back problems that leaves me incapacitated at times, also need Testicle Problem diagnosed. (Check medical complaints) It's kind of funny how Counselor was notified of my Mental Health request but yet it's going on three weeks and I still haunt been seen. What do I have, to catch a ticket to get seen? Because it seems I.D.O.C only, responds to Negativity @ while ignoring all dignified and polite request.

Coleman v. Vinson, et al. (15-898) IDOC No.:          000186

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

and very bad anxiety and need my meds back because this is a
very difficult time for me. It's as if my Medical file was
Never even reviewed because im also having difficult time Seeing
Medical Doctor to address my extreme Chronic Back problems
that leaves me incapacitated at times. also need Testicle problem
Diagnosed.( Check Medical Complaints ) It's kind of funny how
Counselor was notified of my Mental Health request but yet it's
going On three weeks and I still haven't been Seen
What do I have to Catch a ticket to get seen? Because
it seems I.D.O.C. Only responds to Negativity ⊘ while
Ignoring all dignified and polite request.

Coleman v. Vinson, et al. (15-898) IDOC No.:      000187

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: 2-22-15 | Offender: (Please Print) Dwaine Coleman | | ID #: B62923 |
|---|---|---|---|
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: | Pontiac C.C. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☒ Other (specify): Institutional Racism

☐ Disciplinary Report: ____ / ____ / ____
Date of Report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have been documenting incidents of racial Bias in Mental Health, Medical Care and cell moves Since I arrived at Pontiac C.C. and for the last three weeks I have been woke up early a.m. hours with racist rants from a white Supremacist gang (STG) Now if This was a Black gang race agitating STG tickets, Dangerous Disturbance and inciting a riot Disciplinary tickets would be written and a Black STG would have been broke up yet whenever Someone moves Cells The West house puts another racist Documented White Supremacist on gallery with them to strengthen their ranks ~~west hous~~

**Relief Requested:** Prison monitors be advised and report discrimination and for racial discrimination to be abolished. If it is not acknowledged it will not be addressed.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| s/ Dwaine Coleman | B62923 | 2,22,15 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

| Date Received: ____ / ____ / ____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

RECEIVED

FEB 2 5 2015

ADMINISTRATIVE
REVIEW BOARD

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

### EMERGENCY REVIEW

| Date Received: ____ / ____ / ____ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

Chief Administrative Officer's Signature _____ Date _____

Coleman v. Vinson, et al. (15-898) IDOC No.:     000188

It is obvious they are strategically placed to keep up agitation. I'm having anxiety attacks due to constant agitation and have been denied mental Health treatment. Whibe offenders only have to request single cell but black offenders are thrown together and made to litterally fight to the death after warning administration of Dangers of Double Celling in Segregation with another offender with proven track record of violent assaults with Deliberate indifference to our health and safety. Check assaults and murders at Pontiac C.C. after administration was warned. White racist offenders brag about preferential treatment while Black offenders have to Catch a DR in order to get our needs met due to institutional Racism. The White Supremacist Gang (STG) actulley tries to recruit Correctional officers and I sit in dock and watch officers acknowledge them with support for the racist rants they do all day everyday. They Spew so much hate and propaganda that they refuse to believe that White kids are state raised more then any other race for foster Care so they overlook that when talking about we dont raise our kids, they overlook whites are on foodstamps more than blacks, whites are more prone to pedophile behavior. I'm not racist or Bias but these are factual rebuttals to the false propaganda they spread day in and day out. everyone is aware of this behavior so to go thrash proper Channels would be a waste of ink and a grievence So I am Sending Copies to Governor, News Media, and administrative review Board. I notice everytime someone tries to help another offender with legal questions or inform someone how to combat misconduct in Prison they get loud and even brag about being paid by good white officers to "Keep You niggas in Your place."

I am an offenders rights advocate and founder of "Hoodlaw"

Black offenders have to Catch a DR to prevent from being harmed after administration discegards Concerns of harm in forcing double cell moves when they are warned but they dont Care about our Safety. This is a longterm Segregation Prison so violent offenders have no problem assaulting or Killing a Cell mate.

The Significance of all this Racial Bias and Hate is it is Black History Month and the cell House orchestrated a racial hate Campaign by allowing the "White" StG to go unchallenged and even adding to their ranks.

Distribution: Master File; Offender                    Page 2                    DOC 0046 (8/2012)

Coleman v. Vinson, et al. (15-898) IDOC No.:          000189

It is obvious they are strategically placed to keep up agitation. I'm having anxiety attacks due to constant agitation and have been denied mental health treatment. White offenders only have to request single cell but black offenders are thrown together and made to litteraly fight to the death after warning administration of dangers of Double Celling in Segregation with another offender with proven track record of violent assaults with Deliberate indifference to our health and safety. Check assaults and murders at Pontiac C.C. after administration was warned. White racist offenders brag about preferential treatment while Black offenders have to catch a DR in order to get our needs met due to institutional Racism. The White Supremacist Gang (STG) actively tries to recruit Correctional officers and I sit in dock and watch officers acknowledge them with support for the racist rants they do all day everyday. They spew so much hate and propaganda that they refuse to believe that White kids are state raised more then any other race or foster care so they overlook that when talking about we dont raise our kids, they overlook whites are on foodstamps more than blacks, whites are more prone to pedophile behavior. I'm not racist or Bias but these are factual rebuttals to the false propaganda they spread day in and day out. everyone is aware of this behavior so to go through proper channels would be a waste of ink and a grievence so I am sending copies to Governor, News Media, and administrative review Board. I notice everytime someone tries to help another offender with legal questions or inform someone how to combat misconduct in Prison they get loud and even brag about being paid by good white officers to "Keep you niggas in your place."

I am an offenders rights advocate and founder of "Hoodlaw"

Black offenders have to catch a DR to prevent from being harmed after administration disregards concerns of harm in forcing double cell moves when they are warned but they dont care about our safety. This is a longterm Segregation Prison so violent offenders have no problem assaulting or killing a Cellmate.

The significance of all this racial Bias and Hate is it is Black History Month and the cell House orchestrated a racial hate Campaign by allowing the "white" STG to go unchallenged and even adding to their ranks.

Distribution: Master File; Offender                    Page 2                    DOC 0046 (8/2012)

Coleman v. Vinson, et al. (15-898) IDOC No.:          000190

*Counselor Consulted on all issues and chose not to act so responses are rubber stamped.*
*2/11*

*If Grievances were actually read you see I talked to Counselor Baylor first.*

# Illinois
## Department of
# Corrections

Bruce Rauner
Governor

S. A. Godinez
Director

Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL 61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

# M E M O R A N D U M

DATE: 2-13-15

TO: Coleman B #62923

FROM: Grievance Officer
Pontiac Correctional Center

SUBJECT: Grievance(s) dated: 2-2-15    Topic: Medical

Issue: psych meds

The attached is being returned for the reason(s) listed below:

_X_ Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor".

_____ Use proper Committed Person's Grievance (DOC 0046).

_____ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

_____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

_____ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further. Discovery date of incident, occurrence, or problem: _____.

_____ Unable to determine nature of grievance/correspondence. Submit additional specific information.

_____ Illegible copy submitted – submit legible copy for consideration.

_____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

_____ Issue has been previously addressed on _____. No justification for further consideration.

_____ Contact the Record Office with you request and/or additional information (sentence calculations, jail credits, etc.).

_____ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency parole violation issues, etc.).

_____ Other: _____

RECEIVED

FEB 2 5 2015

ADMINISTRATIVE
REVIEW BOARD

Coleman v. Vinson, et al. (15-898) IDOC No.:    000191

*(on back for this case of accidental destruction.)*

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**OFFENDER'S GRIEVANCE**

| Date: 2-2-15 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
|---|---|---|
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. | |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☒ Restoration of Good Time ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☒ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify):

☐ Disciplinary Report: ___/___/___
　　　　　　　　　　 Date of Report　　　　　　　　　 Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

　**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　**Chief Administrative Officer,** only if EMERGENCY grievance.
　**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I Just talked to this fake Mental Health Doctor and he basically tried to tell me he not putting me back on medication because I paroled and did'nt take medication on the Streets when I explained I couldn't afford it he went off into why I violated parole to try and say I could afford medication. Senior Citizens in the free world have to choose between eating and medication and they have a income I couldn't afford it. I just came off suicide watch right before transfer to pontiac. I been having fantasies of eating my cellies face →

**Relief Requested:** To be put back on meds and single cell for other offenders protection from my mood swings.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Dwaine Coleman　　　　　　　　　B62923　　2,2,15
　Offender's Signature　　　　　　　　　　ID#　　　　　　Date

**(Continue on reverse side if necessary)**

---

| **Counselor's Response (if applicable)** | | |
|---|---|---|
| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

**RECEIVED**

FEB 2 5 2015

**ADMINISTRATIVE REVIEW BOARD**

_____　_____　___/___/___
Print Counselor's Name　　　　　Counselor's Signature　　　　Date of Response

---

| **EMERGENCY REVIEW** | | |
|---|---|---|
| Date Received: 2, 11, 15 | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

s/ Randy Pfister
　　　　　　　　Chief Administrative Officer's Signature　　　　　　　　2,11,15
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date

Distribution: Master File; Offender　　　　　　Page 1　　　　　　DOC 0046 (8/2012)

off if I get one and without my medication I dont think I can contrl those urges. I've become mentally unstable due to malicious treatment and have Mental Health Dingnosis in two different States so if Pontiac C.C. and I.Doc wants to save money by denying me medication and one of my mood swings causes harm to any other offender due to deliberate indefference this grievance will be available to any potential victim family when they persue charges against Pontiac C.C. and I.DOC white inmates have no problem getting back on their meds when they come back to prison after being off. I have affidavits of Witnesses on Seven gallery who heard this quack Biased Doctor's Comments.

I HAVE WARNED YOU OF fantasies and condition OF mood swings and anxiety

I was convicted of stabbing the mother of my child because of my mood swings and I loved her, I dont love anybody here so I Need Help Please!

Coleman v. Vinson, et al. (15-898) IDOC No.:          000193

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

off if I get one and without my medication I dont think
I can Control those urges. I've become mentally unstable
due to malicious treatment And have mental Health
Diagnosis in two different States so if Pontiac C.C. And
I.D.O.C. wants to save money by denying me medication
and one of my Mood swings causes harm to any other
offender due to deliberate indifference this grievance will
be available to any potential victim family when they Persue
Charges against Pontiac C.C. And I.D.O.C. White inmates
have no problem getting back on their meds when they Come
back to Prison after being off. I have affidavits of
Witnesses on seven gallery who heard this Racist Black
Biased Doctor's Comments.

I HAVE WARNED YOU OF fantasies and
Condition OF Mood swings and OF
ANXIETY

I was Convicted of Stabbing the mother of my Child
because of my Mood swings and I loved her, I dont
love anybody here so I need Help Please!

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

*Heuse corr, and forward to media*
*Sent in by outside source*

| Date: 12-29-14 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
|---|---|---|

*Not grieued*

| Present Facility: | Facility where grievance issue occurred: Vienna C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☒ Other (specify): Due process violation

☐ Disciplinary Report: ____/____/____
Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON 12-28-14 I had Disciplinary hearing for 206 and 304 which I submitted a witness list consisting of Six witnesses which the Committee deemed irrelevant (every single one) Smth. The bullpen is mere inches from cell #1 and #2 plus it was 2:00 am in the morning which you could have heard a mouse urinate on the gallery and on top of that voices were raised as LT Demanded I get on top bunk and I refused in an agitated raised voice. R/O lied throughout whole ticket I was moved to bullpen after being awaken at of my sleep at ⟶

Relief Requested: for Sanctions to be expunged and he transferred back into different minimum (polygraph) and investigation into all Corruption at Vienna C.C.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Dwaine Coleman
_____          B62923          12, 29, 14
Offender's Signature                                    ID#             Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____ BOARD

_____
Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____   Is this determined to be of an emergency nature?
- ☐ Yes; expedite emergency grievance
- ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED
FEB 1 1 2015

_____
Chief Administrative Officer's Signature          Date
ADMINISTRATIVE
REVIEW BOARD

Coleman v. Vinson, et al. (15-898) IDOC No.:   000195

2:00 am in the morning and never laid down because all bunks open were top bunks so when they say I was ordered to lay back down that also is a blatant lie. I was again moved that morning by C/O Schach for second time all in provoking harassing manner and C/O Schach repeatedly gave me direct orders to climb on top bunk of an empty cell to try to pile charges on me because he knew I would refuse due to my back problems. This incident led to C/O Schach writing his false ticket on me because he was ordered to stand down and stop harassing me by Major Campbell so he had axe to grind. If you really read summary a blind man can see what C/O's were taking to do because they conviently left out part about me being moved into bullpen at 2 Am and fact I had never laid down, the false Concept edited version wants everyone to believe I jumped up out of my sleep in a case and threatened a C/O with same thing LT. Mitchell threatened to do to me ( no coincidence ) If my grievances are checked into You can see the dishonest Concept pattern of retaliation at Vienna C.C. for having the nerve to report to Correctional Lieutenants who control Building #19 with an Iron fist in which I am housed. To further illustrate lies and Corruption at Vienna C.C. about not Calling or deeming witnesses irrelevant (Vienna C.C. Pattern) Inmate Michael Barret had a program hearing conducted by Channa L. Harrison LT. Shane Harrison's wife and when Offender Barret requested witnesses they were denied by Channa L. Harrison with Vienna C.C. Standard response "Due to Physical Boundaries" Offender Barret requested witnesses with perfect line of sight from their bunks on Wing 3 in Building #19 It was clear that response was a complete lie as is my response. Bunks on that case still in same order to prove lies and pattern of Corruption and due process violations (Blatant) at Vienna C.C. I received (2) months (C) grade and (2) months segregation and a Disciplinary transfer for these false tickets  Please administer polygraph to determine the truth if a real investigation is to be done. LT. Mitchell the same one who threatened to slap me was present at hearing over my objections so I believe Command influence played a big part in my guilty verdict and sanctions.

Coleman v. Vinson, et al. (15-898) IDOC No.:   000196

*Please send copy to Springfield. Hand deliver issued 41(l)(s) Send to [handwritten annotations at top]*

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

| Dates: 12-28-14 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
|---|---|---|

| Present Facility: | Facility where grievance issue occurred: Vienna C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: _____ / _____ / _____
   Date of Report                    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

   **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer**, only if EMERGENCY grievance.
   **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): 

On Todays date 11-7 Shift C/o working 1st Segregation opened all windows and turned all industrial strength fans on freezing us once again, I politely asked C/o to close windows and turn fan off because I was cold, C/o laughed at me so I told him I was go file grievance on him and he said go ahead you dumb fuck and walked off then returned and said "you know what buy the fuck up I wish you would because I'm on the tact team and I cant wait to get you down" LT Nelson came and let this C/o do what he wanted. This C/o does

**Relief Requested:** _____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____          _____          _____
Offender's Signature                    ID#              Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: _____ / _____ / _____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____          _____          _____
Print Counselor's Name              Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____      Is this determined to be of an emergency nature?

- ☐ Yes; expedite emergency grievance
- ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED
FEB 11 2015
ADMINISTRATIVE REVIEW BOARD

_____                    _____
Chief Administrative Officer's Signature           Date

Distribution: Master File; Offender.                Page 1                    DOC 0046 (8/2012)

Printed on Recycled Paper

Coleman v. Vinson, et al. (15-898) IDOC No.:    000197

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

This every night and I have numerous grievances on him. I am freezing cold and can't take it anymore. I am left to drastic measures of shooting the fan out with water since his supervisor let him get away with his malicious conduct. This grievance will be slipped to a neighbor to be smuggled out because I fear they will come beat me and destroy my property. This C/O's LT asked me if I had a towel to cover up with because he saw I had no top on but this is how Vienna C.C. treats us, they take our clothes but don't have enough clothes to give us, they give us pants and no top, no T-shirt. They haven't had underwear in two weeks and we only shower every three days and they has also been playing with my shower changing the days to intentionally delay me from getting one. They offer yard on Sunday but don't allow us a coat in middle of winter and if you get a jumpsuit it is in bad repair. Major Peck supposedly the next warden have been denying me purchase of legal size envelopes for court filings even after I informed him of administrative code title 20/504.620 Segregation Standards. Just had adjustment committee hearing today where hearing officers blatantly refused to take my full verbal statement to refute lies and prove innocence plus they refused to call witnesses. These are just examples of gestapo tactics employed at Vienna C.C. with no accountability. Just experienced a real bad anxiety attack tonight dealing with this.

Much later cut off fan.

---

Coleman v. Vinson, et al. (15-898) IDOC No.:    000198

Please Copy and forward to me/us before Springfield.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 12-29-14 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
|---|---|---|

| Present Facility: | Facility where grievance issue occurred: Vienna C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify) Violation due process

- [ ] Disciplinary Report: ____/____/____     _____
                                Date of Report          Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON 12-28-14 I Had a Disciplinary hearing for a 206,304 402 which C/O Schoch blatantly lied and on top of the lies I submitted a witness list with three relevant witnesses which were blatantly not called. C/O Shchach first accused inmate McConkey in Cell #1 and then inmate Bicosell in Cell #2 These witnesses were not called because this Coccupt committee Just deemed six relevant witnesses on another false ticket irrelevant (6) and they Know they Couldn't repeat that claim twice so they flat at refused to call my witnesses and →

Relief Requested: for this false Disciplinary report to be expunged and for myself and this Coccupt dishonest officer to be issued a polygraph due to seriousness of Complaint and Conspiracy to deprive liberty

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| s/ Dwaine Coleman | B62923 | 12, 29, 14 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |
|---|

Date Received: ____/____/____     [ ] Send directly to Grievance Officer     [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

| **EMERGENCY REVIEW** |
|---|

Date Received: ____/____/____     Is this determined to be of an emergency nature?
   [ ] Yes; expedite emergency grievance
   [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED

Chief Administrative Officer's Signature   FEB 11 2015   _____
                                                            Date

Distribution: Master File; Offender.     Page 1     DOC 0046 (8/2012)
Printed on Recycled Paper

ADMINISTRATIVE REVIEW BOARD

Coleman v. Vinson, et al. (15-898) IDOC No.:     000199

on top of that they refused to take my complete written statement on top of all that and accussing first two cells of throwing milk (Have signed affidavits) I am left handed and lack the strength to make that throw with my right hand considering the throw had to be made in a right hand direction through bars. This C/O has Vendetta against me because we had words when he moved me to an empty cell and tried to order me to get up in a top bunk in an empty cell knowing I was complaining of back problems. I told committee that if C/O saw me throw the milk why did he ask two other cells first and then ask me if I threw it? C/O Thai tried to justify C/O's actions like he knew C/O's thought process showing complete bias in the proceedings. As for the statement about throwing shit on someone Just complete utter lies of vindictive dishonest corrupt regime due to me filing numerous complaints detailing malicious actions and rampant corruption. I have expressed fears for my life and false Disciplinary reports so all this could have been avoided if my serious concerns were legitimately addressed and I could have been transferred for my safety. These false reports are retaliation for excercising my constitutional rights. I received (4) months segregation and (4) months (C) grade for this false complaint and violation of due process for failing to call witnesses and take complete verbal statement. LT. Mitchell the same one who threatened me was present at hearing so I truly believe command influence was involved, also C/O Ramage so the conclussion of the hearing was very predictable

Coleman v. Vinson, et al. (15-898) IDOC No.:   000200

Please photo copy letter and Grievance before sending to Springfield and media please-

12-28-14

Every night it's some type of Harrassment tactic This C/O working Third Shift 12-28-14 does this every night he work so he can sleep though his shift, His LT. Let him do what he want the whole gallery told LT. Nelson we were freezing but he does nothing. I sick of it. I wont touch any of them but I'm tired of being Harrassed, I Cant even sleep at night for fear of being harmed. Please send this to all media outlets and bug Springfield and tell them I have several Complaints but nothing gets done but they fabricate more tickets on me. Please tell them to request previous grievances on this same Complaint.

Marcus.

P.S They ~~probably beat me tonight and say I assaulted or tried to assault one of them~~ I did not and have been requesting polygraph to refute the false tickets they been writting in retaliation but they refuse because they dont want the truth to come out. RECEIVED

FEB 11 2015

ADMINISTRATIVE

Coleman v. Vinson, et al. (15-898) IDOC No.:   000201

Please acknowledse receipt of these ~~two~~ four documents because they are so corrupt they not above tampering with mail. I believe im on transfer but dont Know when.

Please let Springfield Know I sent them a grievance on 11-7-14 and still have not heard from it.

forever
USA

Printed Branding
™

CAROL STREAM IL 601.

05 FEB 2015 PM 11 L

Administrative Review Board,
P.O. Box 19277
Springfield IL. 62794-9277

62794527777

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: **Coleman**                    **Dwaine**            _____  **B62923**
                Last Name                        First Name              MI              ID#

Facility: **Pontiac CC**

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: __1/15/15__ Correspondence Dated: _____

Received: __1/22/15__   Regarding: _Other – disciplinary hearing process, retaliation, etc._
         Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide a copy of your counselor's response, if applicable.
- ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- ☐ Provide dates of disciplinary reports and facility where incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
                                                                            Office of Inmate Issues
                                                                            1301 Concordia Court
                                                                            Springfield, IL   62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor regarding the issue re work release
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns to:  Illinois Prisoner Review Board
                       319 E. Madison St., Suite A
                       Springfield, IL  62706

**No further redress:**
- ☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____.
                                            Date
- ☒ No justification provided for additional consideration.

**Other** (specify)  Offender's grievance is vague, provides no dates for review, and does not indicate whether Offender attempted to resolve these issues at Vienna CC where they allegedly took place.

s/ Leslie McCarty

Completed by: _Leslie McCarty_                    Signature                    __1/27/15__
             Print Name                                                      Date

Distribution: Offender
            Inmate Issues

Printed on Recycled Paper                                DOC 0070 (Rev.4/2013)

Coleman v. Vinson, et al. (15-898) IDOC No.:      000204

Copied for file

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 1-15-15 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |
|---|---|---|
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Vienna C.C. | |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☒ Other (specify) violation of due process

☐ Disciplinary Report: ____/____/____ _____
Date of Report        Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Every Single Disciplinary hearing I had Conducted at Vienna C.C. my procedural due process was violated which I pointed out to each committee each and every time. My rights to be informed of rules were willfully violated (rules not issued purposefully) Improper exclusion of witnesses, lack of impartiality (LT Harrison wife Conducted one. after I informed her husband I would sue him.) Every Single Hearing was tainted with blatant Corruption Plus my Claims are backed by admin Code. 20 Illinois administrative Code Ch I, Sec 504 Subchapter e a) ① ② ③ In each instance I requested 24 hr notice before hearing to properly prepare defense but each and

Relief Requested: All Disciplinary violations and Sanctions expunged due to procedural due process violations and release from segregation with transfer back to minimum (different) ene faciliwit $10,000 Compensation

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| s/ Dwaine Coleman | B62923 | 1/15/15 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____     ☐ Send directly to Grievance Officer     ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED

JAN 2 2 2015

ADMINISTRATIVE
REVIEW BOARD

_____ _____ ____/____/____
Print Counselor's Name        Counselor's Signature        Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____     Is this determined to be of an emergency nature?     ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____        ____/____/____
Chief Administrative Officer's Signature        Date

Coleman v. Vinson, et al. (15-898) IDOC No.:        000205

every time I was denied and hearing was Conducted by ambush to ensure guilt as Committee Conspired to deprive me of freedom time and time again. I am an outspoken advocate of offenders rights and as such I have been targeted by the mighty hand of I.DOC- and it's retaliation tactics, Rllett Birdsell was assaulted but I to bribed witnesses and covered up incident and even had the gall to write a Disciplinary report for giving false information after threatening and bribing witnesses and then telling him they found him guilty because I assisted him in his defense, my property was intentionally destroyed twice and what wasn't destroyed Vienna allowed it's Confidential informants to plunder from my box which was locked in Seg property Cage which to my Knowledge no inmate has a Key These are just some examples of retaliation tactics from me excercising my Constitutional rights. I was even told by C/o Harrison that even if my Case makes it to Court they will only get a slap on the wrist and no money will be rewarded and that shows the arrogance of these dishonest Corrupt individuals.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** _Coleman_  _Dwaine_  ____  _B62923_
Last Name        First Name      MI        ID#

**Facility:** _Pontiac_

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: _1/14/15_ or ☐ Correspondence: Dated: _____

Received: _1/22/15_ Regarding: _Grivex received a poor PRB hearing_
Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL  62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☒ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL  62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _Outside the jurisdiction of the ARB_

---

**Completed by:** _Leslie McCarty_    s/ Leslie McCarty    _1/29/15_
Print Name              Signature              Date

Distribution:  Offender
Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev.4/2013)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 1-14-15 | Offender: (Please Print) Dwaine Coleman | ID#: B62923 |

| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Vienna C.C. |

**NATURE OF GRIEVANCE:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ ADA Disability Accommodation |
| ☐ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | ☒ Other (specify): Due Process Violation PRB |

☐ Disciplinary Report: _____ / _____ / _____
　　　　　　　　　　　　　　Date of Report　　　　　　　　　　Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
　　**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　　**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　　**Chief Administrative Officer**, only if EMERGENCY grievance.
　　**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
　　administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
　　Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 12-10-14 I had a severly defective hearing by Prison Review board RE: MSR violation report. LT Harrison (whom I have complaints on and I believe had matched me to board who saw me in segregation because of LT. Harrison) after board member verified my identity. She informed me she was revoking my MSR. A hearing had not commenced before that decision was made and furthermore my witness Agent Anderson (who could have provided exculpatory information) was not present nor called as I requested. I believe LT. Harrison negativly influenced my hearing with negative comments and conducted placement in segregation and due to that will see my procedural due process's

**Relief Requested:** Immediate release from incarceration and MSR be reinstated for due process violations.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Dwaine Johnson
_____　　　　　_____　　1/14/15
　　Offender's Signature　　　　　　　　　　　　　ID#　　　　　　　Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: _____ / _____ / _____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

RECEIVED
JAN 2 2 2015
ADMINISTRATIVE
REVIEW BOARD

_____　　　_____　　_____
Print Counselor's Name　　　　　Counselor's Signature　　　　Date of Response

---

**EMERGENCY REVIEW**

| Date Received: _____ / _____ / _____ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance<br>☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

_____　　　　　　　　　　　_____
Chief Administrative Officer's Signature　　　　　　　　　　　Date

Distribution: Master File; Offender　　　　　　　　Page 1　　　　　　　　DOC 0046 (8/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

rights were violated at the hearing because I was deemed guilty before any
hearing commenced. I had a liberty interest in a fair and impartial
hearing which I was denied. I could have possibly been released on
7-15-15 so I am asking that this injustice be remedied. Believe
this is emergency issue due to all my suffering and mental health issues.
Previous grievance on this matter was destroyed by Vienna C.C. and I
believe my U.S. Mail has been tampered with and destroyed by Vienna

Coleman v. Vinson, et al. (15-898) IDOC No.:          000209

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 1-14-15 | Offender: (Please Print) Dwaine Coleman | ID#: B62423 |
|---|---|---|
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Vienna C.C. | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☐ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☒ Other (specify): Due Process Violations Pr

☐ Disciplinary Report: _____     _____
                         Date of Report                       Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
     Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     Chief Administrative Officer, only if EMERGENCY grievance.
     Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
     administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
     Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

On 12-10-14 I had a severly defective hearing by prison review board RE:
MSR Violation reports. LT Harrison (whom I have complaints on and I believe
had instructed me to board who saw me in segregation because of LT Harrison)
after board member verified my identity she informed me she was revoking
my M.S.R. A hearing had not commenced before that decision was made
and furthermore my witness Agent Anderson (who could have provided
exculpatory information) was not present nor called as I requested. I believe
LT Harrison negatively influenced my hearing with negative comments and unlawful
placement in segregation and due to that influence my procedural due process

Relief Requested: Immediate release from incarceration and MSR be reinstated for
Due Process Violations.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

    s/ Dwaine Coleman
              Offender's Signature                      ID#                  Date 1 14 15

(Continue on reverse side if necessary)

---

### Counselor's Response (If applicable)

| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

                                **RECEIVED**

                                 JAN 2 2 2015

                           ADMINISTRATIVE
                           REVIEW BOARD

      Print Counselor's Name                   Counselor's Signature              Date of Response

---

### EMERGENCY REVIEW

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

                                Chief Administrative Officer's Signature                    Date

Coleman v. Vinson, et al. ('15-898) IDOC No.:     000210

rights were violated at the hearing because I was deemed guilty before any hearing commenced. I had a liberty interest in a fair and impartial hearing which I was denied. I could have possibly been released on 4-15-15 so I am asking that this injustice be remedied. Believe this is emergency issue due to all my suffering and mental health issues. Previous grievance on this matter was destroyed by Vienna C.C. And I believe my U.S. Mail has been tampered with and destroyed by Vienna.

Coleman v. Vinson, et al. (15-898) IDOC No.:    000211