IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DWAINE COLEMAN, #B-62923, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 15-898-SMY-RJD |
| | ) | |
| JAMES VINSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT MITCHELL'S MOTION FOR SUMMARY JUDGMENT**

Defendant, DAVID MITCHELL, by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves for summary judgment in his favor and against Plaintiff, stating as follows:

1. Plaintiff's Second Amended Complaint (Doc. 16), filed pursuant to 42 U.S.C. 1983, alleged (1) that Defendants Vinson and Blessing violated Plaintiff's Eighth Amendment rights by using unconstitutional force and failing to protect Plaintiff from serious risk of harm including the unconstitutional force by each defendant, and by Defendant Vinson spreading a rumor that Plaintiff was a snitch; (2) that Defendant Mitchell retaliated against Plaintiff by placing Plaintiff in segregation on November 17, 2014. (Doc. 17, pp. 5-8.)

2. Defendant Mitchell now moves for summary judgment in his favor and against Plaintiff for the following reasons: (1) Defendant Mitchell did not personally determine Plaintiff's placement in the segregation area of the facility; (2) Plaintiff's threat to file a grievance is not protected First Amendment conduct; (3) placement in temporary confinement is not the sort of action that would deter a person of

ordinary firmness from engaging in First Amendment activity; and (4) any actions taken by Defendant Mitchell in relation to Plaintiff on November 17, 2014 would have occurred regardless of any alleged retaliatory motive.

3. Additionally, Defendant Mitchell is entitled to qualified immunity for his actions at issue in this lawsuit.

4. A memorandum of law is attached hereto and hereby incorporated.

WHEREFORE, Defendant Mitchell respectfully requests that this Court grant summary judgment in his favor and against Plaintiff.

                Respectfully submitted,

                DAVID MITCHELL,

                Defendant,

                LISA MADIGAN, Attorney General,
Max Boose, #6320334           State of Illinois
Assistant Attorney General
500 South Second Street            Attorney for Defendant,
Springfield, Illinois 62701
(217) 557-0261 Phone            By: s/Max Boose
(217) 524-5091 Fax                MAX BOOSE
Email: mboose@atg.state.il.us      Assistant Attorney General

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| DWAINE COLEMAN, #B-62923, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 15-898-SMY-RJD |
| ) | |
| JAMES VINSON, et al., ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2018, the foregoing document, *Defendant's Motion for Summary Judgment*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Michael J. Hickey     mkickey@lewisrice.com

and I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant(s):

NONE

Respectfully Submitted,

  s/Max Boose
Max Boose, #6320334
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62701
(217) 557-0261 Phone
(217) 524-5091 Fax
E-Mail:  mboose@atg.state.il.us