IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DWAINE COLEMAN,            )
                           )
    Plaintiff,             )
                           )   Civil No. 3:15-cv-00898-SMY-RJD
vs.                        )
                           )
LT. VINSON, et al.,        )
                           )
    Defendants.            )

**PLAINTIFF'S PRETRIAL DISCLOSURES**

COMES NOW Plaintiff Dwaine Coleman ("Plaintiff"), by and through his undersigned counsel, and for his Pretrial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3), states as follows:

(i)    Plaintiff expects to call the following witnesses pursuant to Rule 26(a)(3)(A)(i):

    1.    **Plaintiff Dwaine Coleman**
           3505 Denver Street
           Memphis, TN 38127

(ii)    Plaintiff may call the following witnesses if the need arises pursuant to Rule 26(a)(3)(A)(i):

    1.    Defendant Lieutenant James Vinson

    2.    Defendant Lieutenant David Mitchell

    3.    Defendant Correctional Officer Jared Blessing

    4.    Warden Love (assistant warden at VCC)

    5.    Warden Hilliard (former Warden)

    6.    Major Campbell  (Shift Commander at VCC)

    7.    Matthew Swalls

    8.    Dylan Luce

    9.    Penny George

10. Darren Harner

11. Travis Wentworth

12. Jessica Powers

13. Medical Director of Vienna Correctional Center

14. Julia Rodriguez

15. Stephanie DeMattia

16. Sergeant Vick, ID # 11909

17. Officer Anderson, ID #13626

18. Lieutenant Oehlsen, ID #6335

19. Major J. Hurst, ID #752

20. Officer M. Stevens, ID #13626

21. Tracy Smith

22. Lieutenant S. Harrison, ID #6284

23. Lieutenant Vaughn

24. Officer McCraw, ID #13178

25. Carol Fairless, RN

26. Officer Trovillion, ID #10874

27. Officer Steward, ID #11887

28. Sergeant Meyers

29. Officer Reid, ID #4587

30. Harold Buchmeier

31. Major Campbell

32. Doctor Santos, M.D.

33. L. Kluge, RN

34. Pamela Franklin, RN

35. Nurse Stanford, RN

36. Nurse Fairless, RN

37. Doctor Powers, M.D.

38. T. Stevens, RN

39. K. Murphy, RN

40. Doctor Larsen, M.D.

Plaintiff reserves the right to call any witnesses identified by Defendants pursuant to Federal Rule of Civil Procedure 26(a)(3) in his case in chief if the need arises.

(iii) Plaintiff may offer deposition testimony from the following as evidence pursuant to Rule 26(a)(3)(A)(ii):

1. Plaintiff Dwaine Coleman

(iv) Plaintiff expects to offer the following documents as evidence, pursuant to Rule 26(a)(3)(A)(iii):

1. All medical and mental health records relating to the incidents in Plaintiff's Second Amended Complaint.

2. All grievances submitted by Plaintiff relating to the incidents in Plaintiff's Second Amended Complaint.

3. All Administrative Review Board documents relating to the incidents in Plaintiff's Second Amended Complaint.

4. All incident reports relating to the incidents in Plaintiff's Second Amended Complaint.

5. All investigative interview documents relating to the incidents in Plaintiff's Second Amended Complaint.

6. All investigation reports relating to the incidents in Plaintiff's Second Amended Complaint.

7. All disciplinary reports relating to the incidents in Plaintiff's Second Amended Complaint.

8. All Adjustment Committee summary reports relating to the incidents in Plaintiff's Second Amended Complaint.

9. All IDOC documents related to Plaintiff's transfer to Pontiac Correctional Center.

10. Documents attached to Defendants' Motion for Summary Judgment.

11. All documents contained in Plaintiff's master file relating to the incidents in Plaintiff's Second Amended Complaint.

12. All documents related to relevant portions of the IDOC Administrative Code.

13. All IDOC counseling summaries relating to the incidents in Plaintiff's Second Amended Complaint.

14. All documents exchanged between the parties relating to the incidents in Plaintiff's Second Amended Complaint.

(v) Plaintiff expects to introduce the following documents as evidence if the need arises pursuant to Rule 26(a)(3)(A)(iii):

1. Defendants' discovery responses.

2. Plaintiff reserves the right to introduce any documents identified by Defendants pursuant to Federal Rule of Civil Procedure 26(a)(3) in his case in chief if the need arises.

Dated: August 30, 2018

Respectfully submitted,

**LEWIS RICE LLC**

By: /s/ Michael J. Hickey
Michael J. Hickey, #6272404(IL)
Jerina D. Phillips #65103(MO)
600 Washington Avenue, Suite 2500
St. Louis, MO  63101
(314) 444-7630
(314) 612-7630 (facsimile)
mhickey@lewisrice.com
jphillips@lewisrice.com

*Attorneys for Plaintiff Dwaine Coleman*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 30th day of August, 2018, a true and correct copy of the foregoing will be delivered to counsel of record via this Court's CM/ECF electronic filing service.

/s/ Michael J. Hickey