IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DWAINE COLEMAN, #B-62923, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.   15-898-RJD |
| | ) | |
| JAMES VINSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' PRETRIAL DISCLOSURES**

The Defendants, JAMES VINSON, JARED BLESSING, and DAVID MITCHELL, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, file the following pretrial disclosures pursuant to Federal Rule 26(a)(3) and this Court's standing order:

I. Witnesses

    a. Witnesses Defendants expect to present at trial:

        i. Defendant James Vinson

        ii. Defendant Jared Blessing

        iii. Defendant David Mitchell

        iv. C/O Jacob Dent, Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995; (618) 658-8371

        v. Tammy Stevens, R.N., Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995; (618) 658-8371

        vi. Lieutenant Todd Oehlsen, ID # 6335, Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995; (618) 658-8371

    b. Witnesses Defendants may call if the need arises:

        i. Plaintiff Dwaine Coleman

        ii. Matthew Swalls, Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995; (618) 658-8371

        iii. Penny George, 6695 State Route #146 East, Vienna, IL 62995; (618) 658-8371

        iv. Travis Wentworth, Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995; (618) 658-8371

        v. Jessica Powers, Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995; (618) 658-8371

        vi. Julia Rodriguez, Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995; (618) 658-8371

        vii. Sergeant Todd Vick, ID # 11909, Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995; (618) 658-8371

        viii. Officer Anderson, ID # 13626, Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995; (618) 658-8371

        ix. Any impeachment or rebuttal witnesses as necessary

    c. Witnesses Defendants expect to present by deposition:

        i. None.

II. <u>Exhibits</u>

    a. Exhibits Defendants expect to offer at trial:

        i. Plaintiff's IDOC Living Unit History for 11/6/2014 – 1/14/2015

        ii. Plaintiff's IDOC Cumulative Counseling Summary

        iii. Offender Disciplinary Report dated 11/17/2014 for Offense 304-Insolence and 403-Disobeying a Direct Order

        iv. Adjustment Committee Final Summary Report dated 11/21/2014

        v. Incident Reports dated 1/3/2015 for incident at 8:50 p.m. and 11:20 p.m.

    b. Exhibits Defendants will only offer if the need arises:

        i. Plaintiff's grievance dated November 17, 2014

        ii. Plaintiff's complaint

        iii. Plaintiff's medical records for November 17, 2014 – January 14, 2015

        iv. Plaintiff's mental health records for November 17, 2014 – January 14, 2015

        v. Plaintiff's IDOC Disciplinary Card for 1/1/1998 – 3/28/2018

Respectfully submitted,

JAMES VINSON, JARED BLESSING, and DAVID MITCHELL,

Defendants,

Lisa Cook, #6298233  
Assistant Attorney General  
500 South Second Street  
Springfield, Illinois 62706  
(217) 782-9014 Phone  
(217) 521-5091 Fax  
Email: lcook@atg.state.il.us

LISA MADIGAN, Illinois Attorney General,

Attorney for Defendants,

By:   s/Lisa Cook  
    LISA COOK  
    Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| DWAINE COLEMAN, #B-62923, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No.  15-898-RJD |
| ) | |
| JAMES VINSON, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2018, the foregoing document, *Defendants' Pretrial Disclosures*, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice of same to the following:

    Michael Hickey      mhickey@lewisrice.com
    Jerina Phillips       jphillips@lewisrice.com

Respectfully Submitted,

  s/Lisa Cook
Lisa Cook, #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
(217) 782-9014 Phone
(217) 782-8767 Fax
E-Mail: lcook@atg.state.il.us