IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DWAINE COLEMAN, #B-62923, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 15-898-SMY-RJD ) |
| JAMES VINSON, et al., | ) ) |
| Defendants. | ) ) |

## DEFENDANT'S INITIAL DISCLOSURES

Defendant, JARED BLESSING, DAVID MITCHELL, and JAMES VINSON, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, hereby provides their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), stating as follows:

    a.    The plaintiff's relevant medical records;

**RESPONSE:** Defendants refer Plaintiff to his medical records, disclosed as Bates stamped Nos. 000212-000361 and mental health records, disclosed as Bates stamped No. 000362-000466.

    b.    The plaintiff's relevant grievances, and all responses to those documents;

**RESPONSE:** Defendants refer Plaintiff to his Vienna grievances and responses, disclosed as Bates stamped No. 000028-000076 and administrative review board grievances and responses, disclosed as Bates stamped No. 000078-000211.

    c.    Relevant incident reports, disciplinary reports, and adjustment committee decisions;

**RESPONSE:** Defendants refer Plaintiff to relevant incident reports, disclosed as Bates stamped No. 000003-000020.

    d.    The identity of any Doe defendants, if Doe defendants are named.

**RESPONSE:** Not Applicable.

    e.    Copies of any other documents, whether paper or electronically stored, which the defendants may use to support their claims or defenses.

**RESPONSE:** Defendants refer Plaintiff the following documentation: Plaintiff's living unit history, disclosed as Bates stamped No. 000021, Cumulative Counseling Summary, disclosed as

EXHIBIT A

Bates stamped No. 000001-000002, and Plaintiff's trust fund, disclosed as Bates stamped No. 000077.

        Respectfully Submitted

        CHAD ADAMS, JOHN BALDWIN,
        JACQUELINE LASHBROOK,
        CHRISTINE BROWN, and LARUE LOVE,

        Defendant,

        LISA MADIGAN, Attorney General,
        State of Illinois

Max Boose, #6320334
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 557-0261 Phone
(217) 782-8767 Fax
Email: mboose@atg.state.il.us

        Attorney for Defendant,

        By: /s/ Max Boose
        MAX BOOSE
        Assistant Attorney General

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DWAINE COLEMAN, #B-62923, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 15-898-SMY-RJD ) |
| JAMES VINSON, et al., | ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

Max Boose, Assistant Attorney General, herein certifies that the foregoing document, *Defendants Initial Disclosures*, has been served upon:

Michael J. Hickey
Lewis Rice LLC - St. Louis
600 Washington Avenue
Suite 2500
St. Louis, MO 63101

by causing to be mailed a copy of same, in a correctly addressed prepaid envelope, to be deposited in the United States mail in Springfield, Illinois on February 2, 2018, and by causing to be electronically mailed to:

Michael Hickey                mhickey@lewisrice.com

/s/ Max Boose
Max Boose, #6320334
Assistant Attorney General
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 557-0261 Phone
(217) 524-5091 Fax
Email: mboose@atg.state.il.us

Page 3

EXHIBIT A