IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DWAINE COLEMAN, #B-62923, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 15-898-SMY-RJD ) |
| JAMES VINSON, et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANT'S SUPPLEMENTAL DISCLOSURES

Defendant, JARED BLESSING, DAVID MITCHELL, and JAMES VINSON, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, hereby provide their supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), stating as follows:

a. The names and working addresses of the persons with knowledge of the relevant incidents whom the defendants may use to support their defense, along with a short description of what each person knows;

**RESPONSE:**

1) **Dwaine Coleman**, B62923, Menard Correctional Center, 711 E Kaskaskia St, Menard, IL 62259. Mr. Coleman is the plaintiff in this matter and would have knowledge of the allegations of the complaint.

2) **Jared Blessing** can be contacted through Max Boose, Illinois Attorney General's Office, 500 S. Second Street, Springfield, Illinois 62701. Mr. Blessing is a defendant in this case, and would have knowledge of his own actions, Plaintiff's allegations, and information relevant to his defense.

3) **David Mitchell** can be contacted through Max Boose, Illinois Attorney General's Office, 500 S. Second Street, Springfield, Illinois 62701. Mr. Mitchell is a defendant in this case, and would have knowledge of his own actions, Plaintiff's allegations, and

Page 1

**EXHIBIT B**

information relevant to his defense, as well as operational information for the areas he has supervised at Vienna Correctional Center ("Vienna").

4) **James Vinson** can be contacted through Max Boose, Illinois Attorney General's Office, 500 S. Second Street, Springfield, Illinois 62701. Mr. Vinson is a defendant in this case, and would have knowledge of his own actions, Plaintiff's allegations, and information relevant to his defense, as well as operational information for the areas he has supervised at Vienna.

5) **Matthew Swalls,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Mr. Swalls is the Warden at Vienna Correctional Center and could testify regarding the policies, procedures, and operations at Vienna.

6) **Dylan Luce,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Mr. Luce is the Assistant Warden of Programs at Pinckneyville Correctional Center and could testify regarding the programming policies, procedures, and operations at Vienna.

7) **Penny George,** 6695 State Route #146 East, Vienna, IL 62995. Ms. George is the Health Care Unit Administrator at Vienna, and would have knowledge of some of the policies and procedures of the Health Care Unit at Vienna, and could provide foundation for Plaintiff's medical and mental health records.

8) **Darren Harner,** 6695 State Route #146 East, Vienna, IL 62995. Mr. Harner is the Intelligence and Internal Affairs Lieutenant at Vienna and could testify regarding the policies, procedures, and operations at Vienna.

9) **Travis Wentworth,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Mr. Wentworth is the current Records custodian at Vienna and could provide foundation for records.

**EXHIBIT B**

10) **Jessica Powers,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Ms. Powers is the medical records custodian at Vienna and could provide foundation for medical records.

11) **Medical Director**, Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. The Medical Director of Vienna could testify regarding the policies and procedures of Vienna as well as the treatment provided to Plaintiff, and could provide foundation for medical records.

12) **Julia Rodriguez,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Ms. Rodriguez was a correctional counselor at Vienna who encountered Plaintiff during time periods relevant to the complaint and could testify regarding the clinical counseling policies of Vienna, Plaintiff's cumulative counseling summary, and any interactions with Plaintiff.

13) **Stephanie DeMattia,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Ms. DeMattia was a correctional counselor at Vienna who encountered Plaintiff during time periods relevant to the complaint and could testify regarding the clinical counseling policies of Vienna, Plaintiff's cumulative counseling summary, and any interactions with Plaintiff.

14) **Sergeant Vick, ID # 11909,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Sgt. Vick was a correctional sergeant at Vienna who encountered Plaintiff on January 3, 2015, is listed on an incident report from that date, and may have knowledge of his observations on that date, Plaintiff's statements and actions, and any other interactions with Plaintiff during time periods relevant to the complaint.

15) **Officer Anderson, ID # 13626,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Officer Anderson was a correctional officer at Vienna who encountered Plaintiff on January 3, 2015, is listed on an incident report from that date,

EXHIBIT B

and may have knowledge of his observations on that date, Plaintiff's statements and actions, and any other interactions with Plaintiff during time periods relevant to the complaint.

16) **Lieutenant Oehlsen, ID # 6335,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Lt. Oehlsen was a correctional officer at Vienna who encountered Plaintiff on January 3, 2015, is listed on an incident report from that date, and may have knowledge of his observations on that date, Plaintiff's statements and actions, and any other interactions with Plaintiff during time periods relevant to the complaint.

17) **Major J. Hurst, ID # 752,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Major Hurst was a correctional major at Vienna who encountered Plaintiff on January 5, 2015, is listed on an incident report from that date, and may have knowledge of his observations on that date, Plaintiff's statements and actions, and any other interactions with Plaintiff during time periods relevant to the complaint.

18) **Officer M. Stevens, ID # 13626,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Officer Stevens was a correctional officer at Vienna who encountered Plaintiff on January 5, 2015, is listed on an incident report from that date, and may have knowledge of his observations on that date, Plaintiff's statements and actions, and any other interactions with Plaintiff during time periods relevant to the complaint.

19) **Tracy Smith,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Ms. Smith was an LCPC at Vienna who encountered Plaintiff on November 17, 2014, January 6, 2015, and is listed on an incident report from January 6, 2015 and in several portions of Plaintiff's medical and mental health records between December 2014 and January of 2015. from that date, and may have knowledge of her observations

EXHIBIT B

on that date, Plaintiff's statements and actions, and any other interactions with Plaintiff during time periods relevant to the complaint.

20) **Lieutenant S. Harrison, ID # 6284,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Lt. Harrison was a correctional lieutenant at Vienna who encountered Plaintiff on December 11, 2014 and January 6, 2015, is listed on an incident report from those dates, and may have knowledge of his observations on that date, Plaintiff's statements and actions, and any other interactions with Plaintiff during time periods relevant to the complaint.

21) **Lieutenant Vaughn,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Lt. Vaughn was a correctional lieutenant at Vienna who encountered Plaintiff on December 11, 2014, is listed in Plaintiff's medical records from that dates, and may have knowledge of his observations on that date, Plaintiff's statements and actions, and any other interactions with Plaintiff during time periods relevant to the complaint.

22) **Officer McCraw, ID # 13178,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Officer McCraw was a correctional officer at Vienna who encountered Plaintiff on December 17, 2014, is listed on an incident report from that date, and may have knowledge of his observations on that date, Plaintiff's statements and actions, and any other interactions with Plaintiff during time periods relevant to the complaint.

23) **Carol Fairless, RN,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Ms. Fairless was a registered nurse at Vienna who encountered Plaintiff on December 31, 2014, is listed on an incident report from that date, and may have knowledge of her observations on that date, Plaintiff's statements and actions, and any other interactions with Plaintiff during time periods relevant to the complaint.

**EXHIBIT B**

24) **Officer Trovillion, ID # 10874,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Officer Trovillion was a correctional officer at Vienna who encountered Plaintiff on December 31, 2014, is listed on an incident report from that date, and may have knowledge of his observations on that date, Plaintiff's statements and actions, and any other interactions with Plaintiff during time periods relevant to the complaint.

25) **Officer Stewart, ID # 11887,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Officer Stewart was a correctional officer at Vienna who encountered Plaintiff on December 31, 2014, is listed on an incident report from that date, and may have knowledge of his observations on that date, Plaintiff's statements and actions, and any other interactions with Plaintiff during time periods relevant to the complaint.

26) **Sergeant Meyers,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Sgt. Meyers was a correctional officer at Vienna who encountered Plaintiff on December 31, 2014, is listed on an incident report from that date, and may have knowledge of his observations on that date, Plaintiff's statements and actions, and any other interactions with Plaintiff during time periods relevant to the complaint.

27) **Officer Reid, ID # 4587,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Officer Reid was a correctional officer at Vienna who encountered Plaintiff on December 31, 2014, is listed on an incident report from that date, and may have knowledge of his observations on that date, Plaintiff's statements and actions, and any other interactions with Plaintiff during time periods relevant to the complaint.

28) **Harold Buchmeier,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Mr. Buchmeier is the grievance officer for Vienna and could testify regarding the grievance process, Plaintiff's grievances, and any communications with Plaintiff.

EXHIBIT B

29) **Major Campbell,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Major Campbell is a day shift Commander at Vienna and could testify regarding the policies, procedures, and operations at Vienna.

30) **Doctor Santos, M.D.,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Dr. Santos is a medical doctor at Vienna who encountered Plaintiff on November 16, 2014, is listed in Plaintiff's medical records from that date, and may have knowledge of his observations on that date, Plaintiff's statements and actions, Plaintiff's medical treatment, and any other interactions with Plaintiff during time periods relevant to the complaint.

31) **L. Kluge, RN,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Ms. Kluge is a registered nurse at Vienna who encountered Plaintiff on November 16 and December 1, 2014, is listed in Plaintiff's medical records from that date, and may have knowledge of her observations on that date, Plaintiff's statements and actions, Plaintiff's treatment, and any other interactions with Plaintiff during time periods relevant to the complaint.

32) **Pamela Franklin, RN,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Ms. Franklin is a registered nurse at Vienna who encountered Plaintiff on December 8, 2014 and January 4, 2015, is listed in Plaintiff's medical records from that date, and may have knowledge of her observations on that date, Plaintiff's statements and actions, Plaintiff's medical treatment, and any other interactions with Plaintiff during time periods relevant to the complaint.

33) **Nurse Stanford, RN,** Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Ms. Stanford is a registered nurse at Vienna who encountered Plaintiff on December 9, 22, and 31, 2014, January 4, 2015, is listed in Plaintiff's medical records from that date, and may have knowledge of her observations on that

EXHIBIT B

date, Plaintiff's statements and actions, Plaintiff's medical treatment, and any other interactions with Plaintiff during time periods relevant to the complaint.

34) **Nurse Fairless, RN**, Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Ms. Fairless is a registered nurse at Vienna who encountered Plaintiff on December 9, 10, and 31, 2014, January 2, 2015, is listed in Plaintiff's medical records from that date, and may have knowledge of her observations on that date, Plaintiff's statements and actions, Plaintiff's medical treatment, and any other interactions with Plaintiff during time periods relevant to the complaint.

35) **Doctor Powers, M.D.**, Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Dr. Powers is a medical doctor at Vienna who encountered Plaintiff on January 3, 2015, is listed in Plaintiff's medical records from that date, and may have knowledge of his observations on that date, Plaintiff's statements and actions, Plaintiff's medical treatment, and any other interactions with Plaintiff during time periods relevant to the complaint.

36) **T. Stevens, RN**, Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Ms. Stevens is a registered nurse at Vienna who encountered Plaintiff on January 3, 2015, is listed in Plaintiff's medical records from that date, and may have knowledge of his observations on that date, Plaintiff's statements and actions, Plaintiff's medical treatment, and any other interactions with Plaintiff during time periods relevant to the complaint.

37) **K. Murphy, RN**, Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Ms. Murphy is a registered nurse at Vienna who encountered Plaintiff on January 3, 2015, is listed in Plaintiff's medical records from that date, and may have knowledge of his observations on that date, Plaintiff's statements and actions,

EXHIBIT B

Plaintiff's medical treatment, and any other interactions with Plaintiff during time periods relevant to the complaint.

38) **Doctor Larsen, M.D.**, Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Dr. Larsen is a medical doctor at Vienna who encountered Plaintiff on January 3, 2015, is listed in Plaintiff's medical records from that date, and may have knowledge of his observations on that date, Plaintiff's statements and actions, Plaintiff's medical treatment, and any other interactions with Plaintiff during time periods relevant to the complaint.

39) **Plaintiff's Medical Providers during Crisis Watch**, Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Defendants otherwise direct Plaintiff to to those medical providers appearing in Plaintiff's medical records, on Bates stamped pages 000280-000286, 000293-000309.

40) **Plaintiff's Mental Health Providers during Crisis Watch**, Vienna Correctional Center, 6695 State Route #146 East, Vienna, IL 62995. Defendants otherwise direct Plaintiff to to those medical providers appearing in Plaintiff's medical records, on Bates stamped pages 000373-000376.

41) Defendants otherwise direct Plaintiff to those individuals identified in any documents tendered in discovery by any party to this lawsuit.

42) The plaintiff's relevant medical records;

**RESPONSE:** Defendants refer Plaintiff to his medical records, disclosed as Bates stamped Nos. 000212-000361 and mental health records, disclosed as Bates stamped No. 000362-000466.

43) The plaintiff's relevant grievances, and all responses to those documents;

**RESPONSE:** Defendants refer Plaintiff to his Vienna grievances and responses, disclosed as Bates stamped No. 000028-000076 and administrative review board grievances and responses, disclosed as Bates stamped No. 000078-000211.

44) Relevant incident reports, disciplinary reports, and adjustment committee decisions;

Page 9

**EXHIBIT B**

**RESPONSE:** Defendants refer Plaintiff to relevant incident reports, disclosed as Bates stamped No. 000003-000020.

45) The identity of any Doe defendants, if Doe defendants are named.

**RESPONSE:** Not Applicable.

46) Copies of any other documents, whether paper or electronically stored, which the defendants may use to support their claims or defenses.

**RESPONSE:** Defendants refer Plaintiff the following documentation: Plaintiff's living unit history, disclosed as Bates stamped No. 000021, Cumulative Counseling Summary, disclosed as Bates stamped No. 000001-000002, and Plaintiff's trust fund, disclosed as Bates stamped No. 000077.

                                          Respectfully Submitted

                                          JARED BLESSING, DAVID MITCHELL,
and JAMES VINSON,

                                          Defendant,

                                          LISA MADIGAN, Attorney General,

Max Boose, #6320334                      State of Illinois
Assistant Attorney General
500 South Second Street                  Attorney for Defendant,
Springfield, Illinois 62701
(217) 557-0261 Phone                   By: /s/ Max Boose
(217) 782-8767 Fax                        MAX BOOSE
Email: mboose@atg.state.il.us       Assistant Attorney General

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DWAINE COLEMAN, #B-62923, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 15-898-SMY-RJD |
| JAMES VINSON, et al., | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

Max Boose, Assistant Attorney General, herein certifies that the foregoing document, *Defendants Supplemental Disclosures*, has been served upon:

Michael J. Hickey
Lewis Rice LLC - St. Louis
600 Washington Avenue
Suite 2500
St. Louis, MO 63101

by causing to be mailed a copy of same, in a correctly addressed prepaid envelope, to be deposited in the United States mail in Springfield, Illinois on February 8, 2018, and by causing to be electronically mailed to:

Michael Hickey          mhickey@lewisrice.com

Max Boose, #6320334
Assistant Attorney General
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 557-0261 Phone
(217) 524-5091 Fax
Email: mboose@atg.state.il.us

EXHIBIT B