# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## Exhibit List

| Style: Dwaine Coleman v. James Vinson, Jared Blessing, and David Mitchell |
|---|

| Case Number: 15-cv-898-RJD |
|---|

| Presiding Judge:<br>Reona J. Daly | Plaintiff's Attorneys:<br>Michael J. Hickey<br>Jerina D. Phillips | Defendants' Attorneys:<br>Ann M. Spillane<br>Brent D. Stratton |
|---|---|---|
| Trial Dates: October 2-3, 2018 | Court Reporter:<br>Chris Dohack (Day 1)<br>Stephanie Rennegarbe (Day 2) | Courtroom Deputy:<br>Jamie Melson |

| Plaintiff No. | Defendant No. | Date Marked | Admitted | Description | Objection |
|---|---|---|---|---|---|
| A | | 10/2/18 | X | Dental record dated January 20, 2015 | |
| | 1 | 10/2/18 | X | Offender Disciplinary Report dated 11/17/2014 for Offense 304-Insolence and 403-Disobeying a Direct Order | |
| | 2 | 10/2/18 | X | Adjustment Committee Final Summary Report dated 11/21/2014 | |
| | 3 | 10/2/18 | X | Incident Report dated 1/3/2015 for incident at 8:50 p.m. | |
| | 4 | 10/3/18 | X | Incident Report dated 1/3/2015 for incident at 11:20 p.m. | |
| | 8 | 10/3/18 | X | Plaintiff's medical records for November 17, 2014 – January 14, 2015 | |
| | 9 | 10/2/18 | X | Plaintiff's mental health records for November 17, 2014 – January 14, 2015 | |