IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
OCT - 3 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

DWAINE COLEMAN, )
 )
Plaintiff, )
 )
-vs- ) No. 15-898-RJD
 )
JAMES VINSON, JARED BLESSING, and )
DAVID MITCHELL, )
 )
Defendants. )

## JURY VERDICT

On Plaintiff Dwaine Coleman's excessive force claim as alleged in Count 1, we find in favor of:

_DWAINE COLEMAN_
**Plaintiff Dwaine Coleman or Defendant James Vinson**

_JARED BLESSING_
**Plaintiff Dwaine Coleman or Jared Blessing**

On Plaintiff Dwaine Coleman's retaliation claim as alleged in Count 2, we find in favor of:

_DAVID MITCHELL_
**Plaintiff Dwaine Coleman or Defendant David Mitchell**

*Note: Complete the following paragraphs on damages only if one or more of the above findings is in favor of Plaintiff. If you do not find in favor of the Plaintiff on any of his claims, skip to the second page of the form and date and sign it.*

## Jury Verdict Form (continued)

We assess compensatory damages against Defendants on Count 1, if any, in the following amount:

*(stating the amount, or if you find that Plaintiff's damages have no money value, set forth a nominal amount, such as $1.00).*

$ 1.00

We assess compensatory damages against Defendant on Count 2, if any, in the following amount: $ _____ *(no more than $1.00)*

*Note: You may not award punitive damages against a Defendant unless you have first found against Defendant and you have awarded Plaintiff compensatory damages. State the amount, or, if none, write the word "none."*

We assess punitive damages, if any, in the following amounts:

$ 35000.00 against James Vinson

$ 0 against Jared Blessing

$ 0 against David Mitchell

Date: 10-3-2018

Presiding juror:

